B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Iron Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Action Equipment Rentals** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-1708190** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **10 South Brown Street** **Hanford, CA** ZIP Code **93230** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 1324** **Hanford, CA** ZIP Code **93232** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **10 South Brown Street** **Hanford, CA 93230** |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

```
2010-61192
FILED
September 28, 2010
4:46 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002959949
```

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Iron Industries, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**Action Equipment Rental** | Case Number: | Date Filed:<br>**9/28/10** |
| District:<br>**Eastern District of California-Fresno Division** | Relationship:<br>**Affiliate** | Judge:<br>**unknown** |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)    (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Iron Industries, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Hagop T. Bedoyan**
Signature of Attorney for Debtor(s)

**Hagop T. Bedoyan 131285, Christian Jinkerson 232143**
Printed Name of Attorney for Debtor(s)

**Klein DeNatale Goldner Cooper Rosenlieb & Kimball**
Firm Name

**5260 North Palm, Suite 201**
**Second Floor**
**Fresno, CA 93704**

Address

Email: hbedoyan@kleinlaw.com
**559 438-4374  Fax: 559 432-1847**
Telephone Number

**September 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Emanuel**
Signature of Authorized Individual

**Charles Emanuel**
Printed Name of Authorized Individual

**CEO and President**
Title of Authorized Individual

**September 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Iron Industries, Inc.**                  Case No. _____

                                                   Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | Security Interest Against personal property owned by Action Equipment | | 1,194,905.14<br><br>(0.00 secured) |
| Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Security Interest Against personal property owned by Action Equipment | | 314,767.91<br><br>(0.00 secured) |
| National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | Security Interest Against personal property owned by Action Equipment | | 289,679.72<br><br>(0.00 secured) |
| FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | Security Interest Agaist personal property owned by Action Equipment | | 231,934.38<br><br>(0.00 secured) |
| Kraus-Anderson Capital<br>523 So. 8th St.<br>Minneapolis, MN 55404 | Kraus-Anderson Capital<br>523 So. 8th St.<br>Minneapolis, MN 55404 | Security Interest Against personal property owned by Action Equipment | | 204,095.87<br><br>(0.00 secured) |
| FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | Security Interest Agaist personal property owned by Action Equipment | | 202,521.63<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 150,885.02<br><br>(0.00 secured) |
| Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | Security Interest Against personal property owned by Action Equipment | | 130,722.15<br><br>(0.00 secured) |
| Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | Security Interest Against personal property owned by Action Equipment | | 102,510.02<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Iron Industries, Inc.**_____   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Diversified Financial Services LLC.<br>PO Box 95662<br>Chicago, IL 60694-5662 | Diversified Financial Services LLC.<br>PO Box 95662<br>Chicago, IL 60694-5662 | Security Interest Agaist personal property owned by Action Equipment | | 101,709.11<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 100,955.13<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 86,240.45<br><br>(0.00 secured) |
| Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Security Interest Against personal property owned by Action Equipment | | 84,860.54<br><br>(0.00 secured) |
| Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | Security Interest Agaist personal property owned by Action Equipment | | 83,514.91<br><br>(0.00 secured) |
| Banc of America - formerly Gehl Finance<br>PO Box 372009<br>Pittsburgh, PA 15250-8009 | Banc of America - formerly Gehl Finance<br>PO Box 372009<br>Pittsburgh, PA 15250-8009 | Security Interest Agaist personal property owned by Action Equipment | | 76,230.24<br><br>(0.00 secured) |
| Banc of America - formerly Gehl Finance<br>PO Box 371995<br>Pittsburgh, PA 15250-7995 | Banc of America - formerly Gehl Finance<br>PO Box 371995<br>Pittsburgh, PA 15250-7995 | Security Interest Agaist personal property owned by Action Equipment | | 74,237.40<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 72,192.76<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 71,901.46<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 70,499.25<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Iron Industries, Inc.**  
　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Banc of America - formerly Gehl Finance** **PO Box 372010** **Pittsburgh, PA 15250-8010** | **Banc of America - formerly Gehl Finance** **PO Box 372010** **Pittsburgh, PA 15250-8010** | **Security Interest Agaist personal property owned by Action Equipment** | | 68,939.94 (0.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 28, 2010**　　　　　　　Signature  **/s/ Charles Emanuel**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Charles Emanuel**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CEO and President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Action Equipment Rentals
10 South Brown Street
Hanford, CA 93230-0001


Ahern Rentals
4241 S Arville St.
Las Vegas, NV 89103-3713


Airgas NCN
PO Box 7423
Pasadena, CA 91109-7423


Airgas West
P.O. Box 6030
Lakewood, CA 90714-6030


American Bank Leasing
555 Sun Valley Dr. Bldg. E5
Rosewell, GA 30076


Applied Underwriters
PO Box 3646
Omaha, NE 68103-0646


Attorney Melissa W. Cook & Associates
3444 Camino Del Rio North #106
San Diego, CA 92108


Balboa Capital
PO Box 514870
Los Angeles, CA 90051-4870


Banc of America
c/o Andrew K. Alpher Esq.
Frandzel Robins Bloom & Csato LC
6500 Wilshire Blvd, 7th Floor
Los Angeles, CA 90048-4920


Banc of America - formerly Gehl Finance
PO Box 371992
Pittsburgh, PA 15250-7992


Banc of America - formerly Gehl Finance
PO Box 371994
Pittsburgh, PA 15250-7994

Banc of America - formerly Gehl Finance
PO Box 371995
Pittsburgh, PA 15250-7995


Banc of America - formerly Gehl Finance
PO Box 371996
Pittsburgh, PA 15250-7996


Banc of America - formerly Gehl Finance
PO Box 371997
Pittsburgh, PA 15250-7997


Banc of America - formerly Gehl Finance
PO Box 371998
Pittsburgh, PA 15250-7998


Banc of America - formerly Gehl Finance
PO Box 371999
Pittsburgh, PA 15250-7999


Banc of America - formerly Gehl Finance
PO Box 372000
Pittsburgh, PA 15250-8000


Banc of America - formerly Gehl Finance
PO Box 372001
Pittsburgh, PA 15250-8001


Banc of America - formerly Gehl Finance
PO Box 372002
Pittsburgh, PA 15250-8002


Banc of America - formerly Gehl Finance
PO Box 372003
Pittsburgh, PA 15250-8003


Banc of America - formerly Gehl Finance
PO Box 372004
Pittsburgh, PA 15250-8004


Banc of America - formerly Gehl Finance
PO Box 372005
Pittsburgh, PA 15250-8005

Banc of America - formerly Gehl Finance
PO Box 372006
Pittsburgh, PA 15250-8006


Banc of America - formerly Gehl Finance
PO Box 372007
Pittsburgh, PA 15250-8007


Banc of America - formerly Gehl Finance
PO Box 372008
Pittsburgh, PA 15250-8008


Banc of America - formerly Gehl Finance
PO Box 372009
Pittsburgh, PA 15250-8009


Banc of America - formerly Gehl Finance
PO Box 372010
Pittsburgh, PA 15250-8010


Banc of America - formerly Gehl Finance
PO Box 372011
Pittsburgh, PA 15250-8011


Banc of America - formerly Gehl Finance
PO Box 372012
Pittsburgh, PA 15250-8012


Banc of America - formerly Gehl Finance
PO Box 372013
Pittsburgh, PA 15250-8013


Banc of America - formerly Gehl Finance
PO Box 372014
Pittsburgh, PA 15250-8014


Banc of America - formerly Gehl Finance
PO Box 372015
Pittsburgh, PA 15250-8015


Banc of America - formerly Gehl Finance
PO Box 372016
Pittsburgh, PA 15250-8016

Banc of America - formerly Gehl Finance
PO Box 372017
Pittsburgh, PA 15250-8017


Banc of America - formerly Gehl Finance
PO Box 372018
Pittsburgh, PA 15250-8018


Banc of America - formerly Gehl Finance
PO Box 372019
Pittsburgh, PA 15250-8019


Banc of America - formerly Gehl Finance
PO Box 372020
Pittsburgh, PA 15250-8020


Banc of America - formerly Gehl Finance
PO Box 372021
Pittsburgh, PA 15250-8021


Banc of America - formerly Gehl Finance
PO Box 372022
Pittsburgh, PA 15250-8022


Banc of America - formerly Gehl Finance
PO Box 372023
Pittsburgh, PA 15250-8023


Banc of America - formerly Gehl Finance
PO Box 372024
Pittsburgh, PA 15250-8024


Banc of America - formerly Gehl Finance
PO Box 372025
Pittsburgh, PA 15250-8025


Banc of America - formerly Gehl Finance
PO Box 372026
Pittsburgh, PA 15250-8026


Banc of America Leasing
Mailcode: IL1-231-08-49
231 S. LaSalle Street, 8th Floor
Attn: Raymond E. Ratliff
Chicago, IL 60604

BB&T Leasing Corporation
P.O. Box 580155
Charlotte, NC 28258-0155


California Field Iron Workers Trust
131 N. El Molino Ave #330
Pasadena, CA 91101-1878


California High Reach, Inc
PO Box 578519
Modesto, CA 95357-8519


California Ironworkers Field Pension
c/o Erin e. Davis, Esq
Melissa W. Cook & Associates
3444 Camino del Rio North, Ste 106
San Diego, CA 92108


Carboline Company
2150 Schuetz Rd St.
St. Louis, MO 63146


Charles Emanuel
220 West Terrace
Hanford, CA 93230


CNH Capital
PO BOX 894703
Los Angeles, CA 90189-4703


CNH CAPITAL (CC)
Dept CH 10460
Palatine, IL 60055-0460


Cummins West Inc
14775 Wicks Blvd
San Leandro, CA 94577


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


De Lage Landen
P.O. Box 41601
Philadelphia, PA 19101-1601

Delray Tire
2544 So. Cherry
Fresno, CA 93706


Diversified Financial Services LLC.
PO Box 95662
Chicago, IL 60694-5662


Employment Development Department
P.O. Box 826880, MIC 92E
Sacramento, CA 94280-0001


FCC Financing Inc.
P.O. Box 905010
Charlotte, NC 28290-5010


Financial Pacific Leasing, Inc.
3455 S. 344th Way #300
Federal Way, WA 98001-9546


First Bank Inc.
1788 Tribute Road #304
Sacramento, CA 95815


Ford Motor Credit
National Bankrupcty Service Center
PO Box 6275
Dearborn, MI 48121


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952


Fresno Oxygen
PO Box 1666
Fresno, CA 93717-1666


GE Capital
c/o Glass & Goldberg
21700 Oxnard Street, Suite 430
Woodland Hills, CA 91367-3665


GE Capital Corporation
1961 Hirst Drive
Moberly, MO 65270

GE Captial
PO Box 802585
Chicago, IL 60680-2585


GEHL Company
143 Water Street
West Bend, WI 53095


General Petroleum
PO Box 31001-1235
Pasadena, CA 91110-1235


Golden State Builders Exchange
8789 Auburn Folsom Rd
#C-327
Granite Bay, CA 95746


HCA Equipment Finance LLC.
21925 Network Place
Chicago,, IL 60673-1219


Internal Revenue Service
P.O. Box 21126, Stop N781
Philadelphia, PA 19114


Irwin Commercial Finance
PO Box 6214
Indianapolis, IN 46206-6214


JLG, Inc.
13224 Fountainhead Plaza
Hagerstown, MD 21742


John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194


Komatsu Financial
1333 Butterfield Road #600
Downers Grove, IL 60515

Kraus-Anderson Capital
523 So. 8th St.
Minneapolis, MN 55404


Kroonenberg Crane Service Inc
1015 N. Bollinger Ct.
Visalia, CA 93291


Kurz Truck Service
PO Box 599
Strathmore, CA 93267


Leaf Funding Inc.
PO Box 644006
Cincinnati, OH 45264-4006


M&T Bank formerly Court Sq.
PO Box 62176
Baltimore, MD 21264


Maxim Manufacturing Corporation
PO Box 110
Sebastopol, MS 39359


Mobile Modular Management Corp
PO Box 45043
San Franciso, CA 94145-5043


National City Commercial Capital Co. Ltd
995 Dalton Ave
Cincinnati, OH 45203


People's Capital & Leasing Corporation
255 Bank St 4th Floor
Waterbury, CT 06702-2213


Praxair Distribution Inc.
Dept LA 21511
Pasadena, CA 91185-1511


Rajysan Equipment dba MMD Equipment
121 High Hill Rd
Swedesboro, NJ 08085

Robert Moffitt
2918 Pine Castle Drive
Hanford, CA 93230


Sacramento Leasing Inc.
P.O. Box 41376
Sacramento,, CA 95841-0376


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Stearns Bank
500 13th St.
P.O. Box 750
Albany, MN 56307


TelePacific
Early Termination Debt
PO BOX 36430
Las Vegas, NV 89133-6430


Trinity
PO Box 7167
Pasadena,, CA 91109-7167


United States Attorney
for Internal Revenue Service
2500 Tulare Street, Suite 4401
Fresno, CA 93721


US Bank Vendor Services
PO BOX 790448
Saint Louis, MO 63179-0448


Valley Ford
455 11th Avenue
Hanford, CA 93232-0909


Wells Fargo Equip Finance
PO Box 1450
Minneapolis, MN 55485-8178

West America Bank
P.O. Box 0552
Merced, CA 95341