2010-61192
FILED
October 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002988001

5

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>IRON INDUSTRIES, INC.,<br><br>    Debtor-In-Possession. | Case No. 10-61192-A-11<br><br>Chapter 11<br><br>DC No.: KDG-1 |
| In re:<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>    Debtor-In-Possession. | Case No. 10-61196-A-11<br><br>Chapter 11<br><br>DC No.: KDG-1<br><br>**Preliminary Hearing**<br><br>Date:  October 6, 2010<br>Time:  1:30 p.m.<br>Place:  U.S. Bankruptcy Court<br>    2500 Tulare Street, Dept. A<br>    Courtroom 11, Fifth Floor<br>    Fresno, California<br>Judge:  Honorable Whitney Rimel |

## ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION

The *Motion for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* ("Motion") filed by IRON INDUSTRIES, INC. ("Iron") and ACTION EQUIPMENT RENTALS ("Action") (collectively "Debtors") was scheduled for hearing

RECEIVED
October 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002988001

1

3207693.DOC

before the Honorable Richard Ford on October 6, 2010 at 1:30 p.m. in the above entitled Court. Hagop T. Bedoyan, Esq. appeared on behalf of the Debtors. Gregory S. Powell, Esq. appeared on behalf of the United States Trustee. Michael Gomez, Esq. appeared on behalf of Banc of America Leasing. Edward Sherman, Esq. appeared on behalf of G.E. Capital Corp., Colonial Pacific Leasing, and People's Capital. Richard Solomon, Esq. appeared on behalf of Wells Fargo Bank. Other appearances made at the hearing are noted on the record.

The Court, having considered the Motion and papers filed in support of the Motion, the papers filed in opposition of the Motion, the comments of counsel, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted on an interim basis through October 23, 2010, subject to the terms and conditions of this Order;

2. Debtors are authorized to use bank deposits on hand and business receivables, (collectively "Cash Collateral"), in the amounts set forth in the Budget attached hereto as Exhibit "A" ("Budget") with an allowed ten percent (10%) variance, on an interim basis through October 23, 2010;

3. Debtor is authorized to make adequate protection payments to the secured creditors in the amounts described in Exhibit "B" attached here ("Secured Creditors") as well as the other payments described in the Budget through October 23, 2010;

4. Debtor is authorized to make the redemption payments to Ford Motor Credit as described in the Budget;

5. The Secured Creditors are granted replacement liens against Debtors' post-petition assets to the same extent, validity, and priority of their pre-petition lien to the extent of any diminution of their collateral base during the period of this interim order. Said liens shall be perfected by operation of law upon entry of this Order and no filing or other action is necessary; and

///

///

3207693.DOC

6. A continued hearing on the Motion shall be held on October 20, 2010 at 1:30 p.m., in Fresno, CA.

Dated:

Oct 12, 2010

_____
United States Bankruptcy Judge

Action Equipment and Iron Industries
Combined 4 Week Cash Flow
September 28, 2010

| | Week 1<br>9/29-10/2 | Week 2<br>10/3-10/9 | Week 3<br>10/10-10/16 | Week 4<br>10/17-10/23 | Total |
|---|---:|---:|---:|---:|---:|
| **Beginning Cash Balance** | $ 556,443 | $ 577,547 | $ 546,724 | $ 609,568 | $ 556,443 |
| **Sources:** | | | | | |
| Construction Collections | $ 45,000 | $ 50,000 | $ 35,000 | $ 50,000 | $ 180,000 |
| Payroll Reimbursements from Action Equipment | $ - | $ 55,000 | $ - | $ 55,000 | $ 110,000 |
| Equipment Rental Collections-Third Party | $ 63,342 | $ 98,000 | $ 98,000 | $ 98,000 | $ 357,342 |
| Equipment Rental Collections-Iron Industries | $ - | $ - | $ 20,000 | $ - | $ 20,000 |
| Hanford Rent-Action to Iron | $ 6,000 | $ - | $ - | $ - | $ 6,000 |
| **Total Sources** | $ 114,342 | $ 203,000 | $ 153,000 | $ 203,000 | $ 673,342 |
| **Uses:** | | | | | |
| Parts COGS | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 21,000 |
| Machine COGS | $ 8,250 | $ 8,250 | $ 8,250 | $ 8,250 | $ 33,000 |
| Used Machine COGS | $ 150 | $ 150 | $ 150 | $ 150 | $ 600 |
| Direct Labor | $ 6,000 | $ 75,500 | $ 6,000 | $ 75,500 | $ 163,000 |
| Material Costs | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 19,646 |
| Fuel | $ - | $ 27,000 | $ - | $ 27,000 | $ 54,000 |
| Equipment Leased | $ - | $ - | $ 7,500 | $ - | $ 7,500 |
| Equipment Rental-Iron to Action | $ - | $ - | $ 20,000 | $ - | $ 20,000 |
| Insurance | $ 20,151 | $ 4,784 | $ - | $ - | $ 24,935 |
| Employee Certification | $ - | $ - | $ - | $ 100 | $ 100 |
| Sub Pay & Travel | $ 700 | $ 2,708 | $ 700 | $ 2,708 | $ 6,815 |
| Equipment Repairs | $ - | $ - | $ - | $ 700 | $ 700 |
| Hotel & Lodging | $ 1,093 | $ 1,093 | $ 1,093 | $ 1,093 | $ 4,371 |
| Work Comp | $ - | $ - | $ 23,030 | $ - | $ 23,030 |
| Advertisement | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 |
| Rent Hanford | $ 14,500 | $ - | $ - | $ - | $ 14,500 |
| Rent Tulare | $ 8,700 | $ - | $ - | $ - | $ 8,700 |
| Rent Porterville | $ 4,841 | $ - | $ - | $ - | $ 4,841 |
| Uniforms | $ - | $ 1,200 | $ - | $ - | $ 1,200 |
| Outside Labor | $ - | $ 55,000 | $ - | $ 55,000 | $ 110,000 |
| Alarm | $ - | $ - | $ 300 | $ - | $ 300 |
| Shop Supplies | $ 525 | $ 525 | $ 525 | $ 525 | $ 2,100 |
| Office Supplies | $ 446 | $ 446 | $ 446 | $ 446 | $ 1,782 |
| Computer System | $ 165 | $ 165 | $ 165 | $ 165 | $ 660 |
| Credit Card Fees | $ 619 | $ 619 | $ 619 | $ 619 | $ 2,475 |
| Cleaning | $ 25 | $ 25 | $ 25 | $ 25 | $ 100 |
| Management Compensation Ron Silveira | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 4,100 |
| Management Compensation Scott McCoy | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 4,500 |
| Licenses and Permits | $ 550 | $ 1,150 | $ 550 | $ 1,150 | $ 3,400 |
| Postage and Delivery | $ 330 | $ 330 | $ 330 | $ 330 | $ 1,320 |
| Repairs | $ - | $ - | $ - | $ 1,800 | $ 1,800 |
| Equipment Repairs | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 4,200 |
| Telephone | $ - | $ - | $ 5,980 | $ - | $ 5,980 |
| Internet Service | $ - | $ - | $ 300 | $ - | $ 300 |
| Training & Continued Education | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 |
| Freight & Delivery | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 |
| Travel & Ent | $ 82 | $ 82 | $ 82 | $ 82 | $ 329 |
| Meals | $ 275 | $ 275 | $ 275 | $ 275 | $ 1,100 |
| Hotel & Lodging | $ 100 | $ 100 | $ 100 | $ 100 | $ 400 |
| Gas and Electric | $ - | $ 4,800 | $ - | $ - | $ 4,800 |
| Water | $ - | $ 400 | $ - | $ - | $ 400 |
| Trash service | $ - | $ 400 | $ - | $ - | $ 400 |
| Payroll-Salaried Employees | $ - | $ 23,500 | $ - | $ 23,500 | $ 47,000 |
| Taxes | $ - | $ 11,586 | $ - | $ 11,586 | $ 23,172 |
| Redemption Payments to Ford Motor Credit | $ 12,000 | $ - | $ - | $ - | $ 12,000 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - | $ - |
| Adequate Protection Payments to Secured Creditors | $ - | $ - | $ - | $ 71,441 | $ 71,441 |
| **Total Uses** | $ 93,238 | $ 233,823 | $ 90,156 | $ 296,280 | $ 713,497 |
| **Net Cash Flow** | $ 21,105 | $ (30,823) | $ 62,844 | $ (93,280) | $ (40,155) |
| **Ending Cash Balance** | $ 577,547 | $ 546,724 | $ 609,568 | $ 516,288 | $ 516,288 |
| Amount to be held in reserve pending contract start-up (a) | $ - | $ 120,000 | $ 120,000 | $ 103,000 | $ 343,000 |
| **Ending Cash Balance After Reserve** | | | | | $ 173,288 |
| | | | | ck $ | $ - |

(a) Iron Industries has a significant backlog of pending projects, certain of which could start during this period. If started, significant start-up costs would be required.

Exhibit A

Page 4

Action Equipment Rental
Adequate Protection Payments

| | Retained Equipment @ FMV | Adequate Protection Payment (a) |
|---|---:|---:|
| GE Credit | $ 377,100 | $ 7,646 |
| Gehl/B of A | $ 529,000 | $ 10,726 |
| Wells Fargo | $ 365,000 | $ 7,401 |
| Peoples | $ 587,000 | $ 11,902 |
| National City PNC | $ 69,500 | $ 1,409 |
| FCC | $ 356,500 | $ 7,229 |
| Daimler Chrysler | $ 180,000 | $ 3,650 |
| American Bank | $ 25,000 | $ 507 |
| Balboa | $ 35,000 | $ 710 |
| Ford | $ 75,000 | $ 1,521 |
| HCA | $ 73,000 | $ 1,480 |
| Diversified | $ 33,000 | $ 669 |
| CNH | $ 94,000 | $ 1,906 |
| Sacramento Leasing | $ 131,850 | $ 2,673 |
| Trinity | $ 122,500 | $ 2,484 |
| Stearns Bank | $ 46,000 | $ 933 |
| DLL | $ 12,000 | $ 243 |
| Leaf Financial | $ 64,400 | $ 1,306 |
| WestAmerica | $ 59,000 | $ 1,196 |
| Kraus-Anderson | $ 108,000 | $ 2,190 |
| BB&T | $ 35,000 | $ 710 |
| John Deere | $ 80,000 | $ 1,622 |
| M&T Bank | $ 23,500 | $ 476 |
| U.S. Bank | $ 34,000 | $ 689 |
| Irwin | $ 8,000 | $ 162 |
| | $ 3,523,350 | $ 71,441 |

(a) Monthly payment calculated based on the fully amortized payment at 8% for 5 years.

Exhibit B

Page 5