FILED
October 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002999836

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re  IRON INDUSTRIES, INC. )
)
) Case No. 10-61192-A-11
)
_____Debtor(s)._____ )  **AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☒ Creditor Matrix
- ☒ List of 20 Largest Unsecured Creditors
- ☐ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders
- ☐ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):
- ☒ To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
- ☐ No pre-petition creditors were added, or amounts owed or classifications of debt changed.

## NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 10/13/10   Attorney's [or *Pro Se* Debtor's] Signature: /s/ HAGOP T. BEDOYAN 131285
Printed Name: HAGOP T. BEDOYAN
Mailing Address: 5260 North Palm, Suite 201
Fresno, CA 93704

## DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated: 10/12/10                                    Dated:

/s/ ROBERT MOFFITT, CFO
Debtor's Signature  Charles Emanuel CEO            Joint Debtor's Signature

## INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change more than 10 creditors must be accompanied by a *separately filed* amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a *text* file containing the creditors in the standard master address list format. These two files *must* be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

EDC 2-015 (Rev. 6/08)

ORIGINAL

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   **Iron Industries, Inc.**             Case No.   **10-61192-A-11**
                                                 Debtor(s)         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | Security Interest Against personal property owned by Action Equipment | | 1,194,905.14<br><br>(0.00 secured) |
| Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Security Interest Against personal property owned by Action Equipment | | 314,767.91<br><br>(0.00 secured) |
| National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | Security Interest Against personal property owned by Action Equipment | | 289,679.72<br><br>(0.00 secured) |
| FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | Security Interest Agaist personal property owned by Action Equipment | | 231,934.38<br><br>(0.00 secured) |
| Kraus-Anderson Capital<br>523 So. 8th St.<br>Minneapolis, MN 55404 | Kraus-Anderson Capital<br>523 So. 8th St.<br>Minneapolis, MN 55404 | Security Interest Against personal property owned by Action Equipment | | 204,095.87<br><br>(0.00 secured) |
| FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 | Security Interest Agaist personal property owned by Action Equipment | | 202,521.63<br><br>(0.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 150,885.02<br><br>(0.00 secured) |
| Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | Security Interest Against personal property owned by Action Equipment | | 130,722.15<br><br>(0.00 secured) |
| Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | Security Interest Against personal property owned by Action Equipment | | 102,510.02<br><br>(0.00 secured) |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Diversified Financial Services LLC. PO Box 95662 Chicago, IL 60694-5662 | Diversified Financial Services LLC. PO Box 95662 Chicago, IL 60694-5662 | Security Interest Agaist personal property owned by Action Equipment | | 101,709.11 (0.00 secured) |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | GE Captial PO Box 802585 Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 100,955.13 (0.00 secured) |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | GE Captial PO Box 802585 Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 86,240.45 (0.00 secured) |
| Wells Fargo Equip Finance PO Box 1450 Minneapolis, MN 55485-8178 | Wells Fargo Equip Finance PO Box 1450 Minneapolis, MN 55485-8178 | Security Interest Against personal property owned by Action Equipment | | 84,860.54 (0.00 secured) |
| Daimler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | Daimler Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | Security Interest Agaist personal property owned by Action Equipment | | 83,514.91 (0.00 secured) |
| Banc of America - formerly Gehl Finance PO Box 372009 Pittsburgh, PA 15250-8009 | Banc of America - formerly Gehl Finance PO Box 372009 Pittsburgh, PA 15250-8009 | Security Interest Agaist personal property owned by Action Equipment | | 76,230.24 (0.00 secured) |
| Banc of America - formerly Gehl Finance PO Box 371995 Pittsburgh, PA 15250-7995 | Banc of America - formerly Gehl Finance PO Box 371995 Pittsburgh, PA 15250-7995 | Security Interest Agaist personal property owned by Action Equipment | | 74,237.40 (0.00 secured) |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | GE Captial PO Box 802585 Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 72,192.76 (0.00 secured) |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | GE Captial PO Box 802585 Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 71,901.46 (0.00 secured) |
| GE Captial PO Box 802585 Chicago, IL 60680-2585 | GE Captial PO Box 802585 Chicago, IL 60680-2585 | Secured by Lien Against personal property owned by Action Equipment Rentals | | 70,499.25 (0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re   Iron Industries, Inc.

Debtor(s)

Case No.   10-61192-A-11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Banc of America - formerly Gehl Finance<br>PO Box 372010<br>Pittsburgh, PA 15250-8010 | Banc of America - formerly Gehl Finance<br>PO Box 372010<br>Pittsburgh, PA 15250-8010 | Security Interest Agaist personal property owned by Action Equipment | | 68,939.94<br><br>(0.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   October 12, 2010        Signature   /s/ Charles Emanuel
                                            Charles Emanuel
                                            CEO and President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.