2010-61192
FILED
November 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003036963

7

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 10-61192-A-11 |
| IRON INDUSTRIES, INC., | Chapter 11 |
| Debtor-In-Possession. | DC No.: KDG-1 |
| In re: | Case No. 10-61196-A-11 |
| ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP, | Chapter 11 |
| | DC No.: KDG-1 |
| Debtor-In-Possession. | **Preliminary Hearing** |

Date: October 20, 2010
Time: 1:30 p.m.
Place: U.S. Bankruptcy Court
 2500 Tulare Street, Dept. A
 Courtroom 11, Fifth Floor
 Fresno, California
Judge: Honorable Whitney Rimel

**SECOND ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION**

The *Motion for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* ("Motion") filed by IRON INDUSTRIES, INC. ("Iron") and ACTION EQUIPMENT RENTALS ("Action") (collectively "Debtors") was scheduled for hearing

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

RECEIVED
October 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003036963

before the Honorable Whitney Rimel on October 20, 2010 at 1:30 p.m. in the above entitled Court. Hagop T. Bedoyan, Esq. appeared on behalf of the Debtors. Gregory S. Powell, Esq. appeared on behalf of the United States Trustee. Andrew Alper appeared on behalf of Banc of America Leasing. Edward Sherman, Esq. appeared on behalf of G.E. Capital Corp., Colonial Pacific Leasing, and People's Capital. Richard Solomon, Esq. appeared on behalf of Wells Fargo Bank. Other appearances made at the hearing are noted on the record.

The Court, having considered the Motion and papers filed in support of the Motion, the papers filed in opposition of the Motion, the comments of counsel, and good cause appearing therefor,

IT IS ORDERED that:

1.  The Motion is granted on an interim basis through November 30, 2010, subject to the terms and conditions of this Order;

2.  Debtors are authorized to use bank deposits on hand and business receivables, (collectively "Cash Collateral"), in the amounts set forth in the Budget attached hereto as Exhibit "A" ("Budget") with an allowed ten percent (10%) variance, on an interim basis through November 30, 2010;

3.  Debtor is authorized to make adequate protection payments to the secured creditors in the amounts described in Exhibit "B" attached here ("Secured Creditors") as well as the other payments described in the Budget through November 30, 2010;

4.  The Secured Creditors are granted replacement liens against Debtors' post-petition assets to the same extent, validity, and priority of their pre-petition lien to the extent of any diminution of their collateral base during the period of this interim order. Said liens shall be perfected by operation of law upon entry of this Order and no filing or other action is necessary;

5.  Opposition to the use of Cash Collateral shall be filed no later than November 22, 2010 and any reply to said opposition shall be filed so as to be received by the parties in interest no later than November 29, 2010; and

///

2

32T0076.DOC

6. A continued hearing on the Motion shall be held on December 1, 2010 at 1:30 p.m., in Fresno, CA.

Dated:

Nov 01, 2010

_____
United States Bankruptcy Judge

32T0076.DOC

Action Equipment and Iron Industries
Combined November and December Cash Flow
October 20, 2010

| | Week 4 10/17-10/23 | Week 5 10/24-10/30 | Week 6 10/31-11/6 | Week 7 11/7-11/13 | Week 8 11/14-11/20 | (Holiday Wk) Week 9 11/21-11/27 | (Short Wk) Week 10 11/27-11/30 | Month of December | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ 681,807 | $ 546,055 | $ 637,793 | $ 610,407 | $ 681,805 | $ 571,464 | $ 642,644 | $ 668,143 | $ 681,807 |
| **Sources:** | | | | | | | | | |
| Construction Collections | $ 50,000 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 441,398 | $ 742,561 |
| Payroll Reimbursements from Action Equipment | $ 55,000 | $ - | $ 55,000 | $ - | $ 55,000 | $ - | $ - | $ 165,000 | $ 330,000 |
| Equipment Rental Collections-Third Party | $ 98,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 98,000 | $ 58,800 | $ 39,200 | $ 392,000 | $ 980,000 |
| Equipment Resale | $ - | $ 20,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 20,000 |
| Equipment Rental Collections-Iron Industries | $ - | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ 20,000 | $ 40,000 |
| Hanford Rent-Action to Iron | $ - | $ 6,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| **Total Sources** | $ 203,000 | $ 165,860 | $ 194,860 | $ 159,860 | $ 194,860 | $ 100,660 | $ 81,060 | $ 1,018,398 | $ 2,118,561 |
| **Uses:** | | | | | | | | | |
| Parts COGS | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 21,000 | $ 57,750 |
| Machine COGS | $ 8,400 | $ 20,000 | $ - | $ - | $ - | $ - | $ - | $ 20,000 | $ 48,400 |
| Direct Labor | $ 75,500 | $ 6,000 | $ 75,500 | $ 6,000 | $ 75,500 | $ 6,000 | $ 6,000 | $ 238,500 | $ 489,000 |
| Material Costs | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 21,122 | $ 55,502 |
| Fuel | $ 27,000 | $ - | $ 27,000 | $ - | $ 27,000 | $ - | $ 27,000 | $ 54,000 | $ 162,000 |
| Equipment Leased | $ 7,500 | $ - | $ - | $ 7,500 | $ - | $ - | $ - | $ 7,500 | $ 22,500 |
| Equipment Rental-Iron to Action | $ 20,000 | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ 20,000 | $ 60,000 |
| Insurance | $ - | $ - | $ 4,500 | $ - | $ 14,349 | $ - | $ - | $ 9,284 | $ 28,133 |
| Employee Certification | $ 100 | $ - | $ - | $ - | $ 100 | $ - | $ - | $ 100 | $ 300 |
| Sub Pay & Travel | $ 2,708 | $ 700 | $ 2,708 | $ 700 | $ 2,708 | $ 700 | $ 2,708 | $ 6,815 | $ 19,746 |
| Equipment Repairs | $ 700 | $ - | $ - | $ - | $ 700 | $ - | $ - | $ 700 | $ 2,100 |
| Hotel & Lodging | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 12,900 | $ 33,900 |
| Work Comp | $ - | $ - | $ - | $ 23,030 | $ - | $ - | $ - | $ 23,030 | $ 46,060 |
| Advertisement | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 | $ 1,375 |
| Rent Hanford | $ - | $ 14,028 | $ - | $ - | $ - | $ 2,928 | $ - | $ 8,928 | $ 25,884 |
| Rent Tulare | $ - | $ 8,700 | $ - | $ - | $ - | $ - | $ - | $ 8,700 | $ 17,400 |
| Rent Porterville | $ - | $ 4,841 | $ - | $ - | $ - | $ - | $ - | $ 4,841 | $ 9,682 |
| Uniforms | $ - | $ - | $ - | $ 1,200 | $ - | $ - | $ - | $ 1,200 | $ 2,400 |
| Outside Labor | $ 55,000 | $ - | $ 55,000 | $ - | $ 55,000 | $ - | $ - | $ 165,000 | $ 330,000 |
| Alarm | $ - | $ - | $ - | $ 300 | $ - | $ - | $ - | $ 300 | $ 600 |
| Shop Supplies | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 525 | $ 2,100 | $ 5,775 |
| Office Supplies | $ 446 | $ 446 | $ 446 | $ 446 | $ 446 | $ 446 | $ 446 | $ 1,803 | $ 4,922 |
| Computer System | $ 165 | $ 165 | $ 165 | $ 165 | $ 165 | $ 165 | $ 165 | $ 660 | $ 1,815 |
| Credit Card Fees | $ 619 | $ 619 | $ 619 | $ 619 | $ 619 | $ 619 | $ 619 | $ 2,475 | $ 6,806 |
| Cleaning | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 100 | $ 275 |
| Management Compensation Ron Silveira | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 4,100 | $ 11,275 |
| Management Compensation Scott McCoy | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 4,500 | $ 12,375 |
| Licenses and Permits | $ 1,150 | $ 550 | $ 1,150 | $ 550 | $ 1,150 | $ 550 | $ 550 | $ 3,400 | $ 9,050 |
| Postage and Delivery | $ 330 | $ 330 | $ 330 | $ 330 | $ 330 | $ 330 | $ 330 | $ 1,350 | $ 3,660 |
| Repairs | $ 1,800 | $ - | $ - | $ - | $ 1,800 | $ - | $ - | $ 1,800 | $ 5,400 |
| Equipment Repairs | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 4,200 | $ 11,550 |
| Telephone | $ - | $ - | $ - | $ 5,980 | $ - | $ - | $ - | $ 5,980 | $ 11,960 |
| Internet Service | $ - | $ - | $ - | $ 300 | $ - | $ - | $ - | $ 300 | $ 600 |
| Training & Continued Education | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 | $ 1,375 |
| Freight & Delivery | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 500 | $ 1,375 |
| Travel & Ent | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 353 | $ 928 |
| Meals | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 1,100 | $ 3,025 |
| Hotel & Lodging | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 400 | $ 1,100 |
| Gas and Electric | $ - | $ - | $ - | $ 4,800 | $ - | $ - | $ - | $ 4,800 | $ 9,600 |
| Water | $ - | $ - | $ 400 | $ - | $ - | $ - | $ - | $ 400 | $ 800 |
| Trash service | $ - | $ - | $ 400 | $ - | $ - | $ - | $ - | $ 400 | $ 800 |
| Payroll-Salaried Employees | $ 23,500 | $ - | $ 23,500 | $ - | $ 23,500 | $ - | $ - | $ 70,500 | $ 141,000 |
| Taxes | $ 11,586 | $ - | $ 11,586 | $ - | $ 11,586 | $ - | $ - | $ 34,758 | $ 69,516 |
| Redemption Payments to Ford Motor Credit | $ 12,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12,000 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Adequate Protection Payments to Secured Creditors | $ 72,506 | $ - | $ - | $ - | $ 72,506 | $ - | $ - | $ 72,506 | $ 217,518 |
| **Total Uses** | $ 338,752 | $ 74,122 | $ 222,247 | $ 88,463 | $ 305,201 | $ 29,481 | $ 55,561 | $ 843,404 | $ 1,957,231 |
| **Net Cash Flow** | $ (135,752) | $ 91,738 | $ (27,386) | $ 71,397 | $ (110,341) | $ 71,180 | $ 25,500 | $ 174,994 | $ 161,330 |
| **Ending Cash Balance** | $ 546,055 | $ 637,793 | $ 610,407 | $ 681,805 | $ 571,464 | $ 642,644 | $ 668,143 | $ 843,137 | $ 843,137 |
| Amount to be held in reserve pending contract start-up (a) | $ 343,000 | $ 149,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 492,000 |
| **Ending Cash Balance After Reserve** | | | | | | | | | $ 351,137 |
| | | | | | | | | ck $ | - |

(a) Iron Industries has a significant backlog of pending projects, certain of which could start during this period. If started, significant start-up costs would be required.

Exhibit A
Page 4

Cash Collateral Budget-Extended-R4.xls

**Action Equipment Rental**
**November and December Cash Flow**
**October 20, 2010**

| | Week 4 10/17-10/23 | Week 5 10/24-10/30 | Week 6 10/31-11/6 | Week 7 11/7-11/13 | Week 8 11/14-11/20 | (Holiday Wk) Week 9 11/21-11/27 | (Short Wk) Week 10 11/27-11/30 | Month of December | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance (b) | $ 223,482 | $ 157,308 | $ 223,978 | $ 235,189 | $ 330,721 | $ 258,598 | $ 305,609 | $ 315,020 | $ 223,482 |
| **Sources:** | | | | | | | | | |
| Equipment Rental Collections-Third Party | 98,000 | 98,000 | 98,000 | 98,000 | 98,000 | 58,800 | 39,200 | 392,000 | 980,000 |
| Equipment Resale (a) | - | 20,000 | - | - | - | - | - | - | 20,000 |
| Equipment Rental Collections-Iron Industries | - | - | - | 20,000 | - | - | - | 20,000 | 40,000 |
| Total Sources | $ 98,000 | $ 118,000 | $ 98,000 | $ 118,000 | $ 98,000 | $ 58,800 | $ 39,200 | $ 412,000 | $ 1,040,000 |
| **Uses:** | | | | | | | | | |
| Parts and Materials COGS | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 5,250 | 21,000 | 57,750 |
| Machine COGS (a) | 8,400 | 20,000 | | | | | | 20,000 | 48,400 |
| Advertisement | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 500 | 1,375 |
| Rent Hanford-To Iron Industries | | 6,000 | | | | | | 6,000 | 12,000 |
| Rent Tulare | | 8,700 | | | | | | 8,700 | 17,400 |
| Rent Porterville | | 4,841 | | | | | | 4,841 | 9,682 |
| Fuel | 18,000 | | 18,000 | | 18,000 | | 18,000 | 36,000 | 108,000 |
| Uniforms | | | 1,200 | | | | | 1,200 | 2,400 |
| Outside Labor-Iron Industries | 55,000 | | 55,000 | | 55,000 | | | 165,000 | 330,000 |
| Alarm | | | | 300 | | | | 300 | 600 |
| Shop Supplies | 525 | 525 | 525 | 525 | 525 | 525 | 525 | 2,100 | 5,775 |
| Office Supplies | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 1,500 | 4,125 |
| Computer System | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 660 | 1,815 |
| Credit Card Fees | 619 | 619 | 619 | 619 | 619 | 619 | 619 | 2,475 | 6,806 |
| Cleaning | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 100 | 275 |
| Management Compensation Ron Silveira | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 1,025 | 4,100 | 11,275 |
| Management Compensation Scott McCoy | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 4,500 | 12,375 |
| Insurance | - | - | - | - | 14,349 | - | - | 4,784 | 19,133 |
| Licenses and Permits | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 2,200 | 6,050 |
| Postage and Delivery | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 1,350 | 3,660 |
| Equipment Repairs | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 1,050 | 4,200 | 11,550 |
| Telephone | | | | 5,280 | | | | 5,280 | 10,560 |
| Internet Service | | | | 300 | | | | 300 | 600 |
| Training & Continued Education | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 500 | 1,375 |
| Freight & Delivery | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 500 | 1,375 |
| Meals | 275 | 275 | 275 | 275 | 275 | 275 | 275 | 1,100 | 3,025 |
| Hotel & Lodging | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 400 | 1,100 |
| Gas and Electric | | | | 4,800 | | | | 4,800 | 9,600 |
| Water | | | 400 | | | | | 400 | 800 |
| Transportation | | | 400 | | | | | 400 | 800 |
| U.S. Trustee Fees | | | | | | | | | - |
| Adequate Protection Payments to Secured Creditors (c) | 70,985 | - | - | - | 70,985 | - | - | 70,985 | 212,955 |
| Total Uses | $ 164,174 | $ 51,330 | $ 86,789 | $ 22,469 | $ 170,123 | $ 11,789 | $ 29,789 | $ 376,175 | $ 912,637 |
| Net Cash Flow | $ (66,174) | $ 66,670 | $ 11,211 | $ 95,531 | $ (72,123) | $ 47,011 | $ 9,411 | $ 35,825 | $ 127,363 |
| Ending Cash Balance | $ 157,308 | $ 223,978 | $ 235,189 | $ 330,721 | $ 258,598 | $ 305,609 | $ 315,020 | $ 350,845 | $ 350,845 |

(a) The company buys and sells equipment from time to time in the ordinary course of business. Timing is difficult to predict, therefore, the cost is budgeted with no margin to avoid artificially overstating the excess cash balance in the event that these sales do not occur during the relevant budget period.
(b) Beginning cash balance for week 4 has been updated to actual.
(c) Adequate protection payment in Week 4 has been revised based upon subsequent review.

Exhibit A

Cash Collateral Budget-Extended-R4.xls

Iron Industries
November and December Cash Flow
October 20, 2010

| | Week 4 10/17-10/23 | Week 5 10/24-10/30 | Week 6 10/31-11/6 | Week 7 11/7-11/13 | Week 8 11/14-11/20 | (Holiday Wk) Week 9 11/21-11/27 | (Short Wk) Week 10 11/27-11/30 | Month of December | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance (b) | $ 458,325 | $ 388,747 | $ 413,815 | $ 375,218 | $ 351,084 | $ 312,866 | $ 337,035 | $ 353,123 | $ 458,325 |
| **Sources:** | | | | | | | | | |
| Construction Collections | $ 50,000 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 41,860 | $ 441,398 | $ 742,561 |
| Payroll Reimbursements from Action Equipment | $ 55,000 | $ - | $ 55,000 | $ - | $ 55,000 | $ - | $ - | $ 165,000 | $ 330,000 |
| Rent from Action-Hanford | $ - | $ 6,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,000 |
| Total Sources | $ 105,000 | $ 47,860 | $ 96,860 | $ 41,860 | $ 96,860 | $ 41,860 | $ 41,860 | $ 606,398 | $ 1,078,561 |
| **Uses:** | | | | | | | | | |
| Direct Labor-Ongoing Projects | $ 75,500 | $ 6,000 | $ 75,500 | $ 6,000 | $ 75,500 | $ 6,000 | $ 6,000 | $ 238,500 | $ 489,000 |
| Material Costs-Ongoing Projects | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 4,912 | $ 21,122 | $ 55,502 |
| Fuel-Ongoing Projects | $ 9,000 | $ - | $ 9,000 | $ - | $ 9,000 | $ - | $ 9,000 | $ 18,000 | $ 54,000 |
| Equipment Leased (c) | $ 7,500 | $ - | $ - | $ 7,500 | $ - | $ - | $ - | $ 7,500 | $ 22,500 |
| Equipment Rental-To Action-Ongoing Projects (c) | $ 20,000 | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ 20,000 | $ 60,000 |
| Rent Hanford | $ - | $ 8,028 | $ - | $ - | $ - | $ 2,928 | $ - | $ 2,928 | $ 13,884 |
| Insurance | $ - | $ - | $ 4,500 | $ - | $ - | $ - | $ - | $ 4,500 | $ 9,000 |
| Employee Certification | $ 100 | $ - | $ - | $ - | $ 100 | $ - | $ - | $ 100 | $ 300 |
| Sub Pay & Travel-Ongoing Travel | $ 2,708 | $ 700 | $ 2,708 | $ 700 | $ 2,708 | $ 700 | $ 2,708 | $ 6,815 | $ 19,746 |
| Equipment Repairs | $ 700 | $ - | $ - | $ - | $ 700 | $ - | $ - | $ 700 | $ 2,100 |
| Hotel & Lodging-Ongoing Projects (c) | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 12,900 | $ 33,900 |
| Work Comp-Ongoing Projects | $ - | $ - | $ - | $ 23,030 | $ - | $ - | $ - | $ 23,030 | $ 46,060 |
| Office Supplies | $ 71 | $ 71 | $ 71 | $ 71 | $ 71 | $ 71 | $ 71 | $ 303 | $ 797 |
| Licenses and Permits | $ 600 | $ - | $ 600 | $ - | $ 600 | $ - | $ - | $ 1,200 | $ 3,000 |
| Repairs | $ 1,800 | $ - | $ - | $ - | $ 1,800 | $ - | $ - | $ 1,800 | $ 5,400 |
| Telephone | $ - | $ - | $ - | $ 700 | $ - | $ - | $ - | $ 700 | $ 1,400 |
| Business Meals | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 353 | $ 928 |
| Payroll-Salaried Employees | $ 23,500 | $ - | $ 23,500 | $ - | $ 23,500 | $ - | $ - | $ 70,500 | $ 141,000 |
| Taxes | $ 11,586 | $ - | $ 11,586 | $ - | $ 11,586 | $ - | $ - | $ 34,758 | $ 69,516 |
| Redemption Payments to Ford Motor Credit (c) | $ 12,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12,000 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Adequate Protection Payments to Secured Creditors | $ 1,521 | $ - | $ - | $ - | $ 1,521 | $ - | $ - | $ 1,521 | $ 4,562 |
| Total Uses | $ 174,578 | $ 22,792 | $ 135,458 | $ 65,994 | $ 135,078 | $ 17,692 | $ 25,772 | $ 467,229 | $ 1,044,594 |
| Net Cash Flow | $ (69,578) | $ 25,068 | $ (38,597) | $ (24,134) | $ (38,218) | $ 24,168 | $ 16,088 | $ 139,169 | $ 33,967 |
| Ending Cash Balance | $ 388,747 | $ 413,815 | $ 375,218 | $ 351,084 | $ 312,866 | $ 337,035 | $ 353,123 | $ 492,292 | $ 492,292 |
| Amount to be held in reserve pending contract start-up (a), (d) | $ 343,000 | $ 149,000 | | | | | | | $ 492,000 |
| Ending Cash Balance-After Reserve | | | | | | | | | $ 292 |

Exhibit A
4

(a) The Company has a significant backlog of pending projects, certain of which could start during this period. If started, significant start-up costs would be required.
(b) Beginning cash balance for week 4 has been updated to actual.
(c) Amounts in Week 4 have been revised to include approved but undisbursed deferred items from weeks 1-3.
(d) Includes Weeks 1-4 budgeted reserve of $343,000.

Cash Collateral Budget-Extended-R4.xls

Action Equipment Rental
Adequate Protection Payments

| | Retained Equipment @ FMV | Adequate Protection Payment (a) | Interest | Principal | |
|---|---:|---:|---:|---:|---|
| GE Credit | $ 377,100 | $ 7,646.2 | $ 2,322 | $ 5,324 | |
| Bank of America | $ 206,000 | $ 4,177.0 | $ 1,268 | $ 2,909 | Revised 10.13.10 |
| Gehl | $ 353,000 | $ 7,158.0 | $ 2,173 | $ 4,985 | Revised 10.13.10 |
| Wells Fargo | $ 365,000 | $ 7,400.9 | $ 2,247 | $ 5,154 | |
| Peoples | $ 609,500 | $ 12,358.5 | $ 3,752 | $ 8,606 | Revised 10.12.10 |
| National City PNC | $ 69,500 | $ 1,409.2 | $ 428 | $ 981 | |
| FCC | $ 356,500 | $ 7,228.5 | $ 2,195 | $ 5,034 | |
| Daimler Chrysler | $ 180,000 | $ 3,649.8 | $ 1,108 | $ 2,542 | |
| American Bank | $ 25,000 | $ 506.9 | $ 154 | $ 353 | |
| Balboa | $ 35,000 | $ 709.7 | $ 215 | $ 495 | |
| Ford | $ 75,000 | $ 1,520.7 | $ 462 | $ 1,059 | |
| HCA | $ 73,000 | $ 1,480.2 | $ 449 | $ 1,031 | |
| Diversified | $ 33,000 | $ 669.1 | $ 203 | $ 466 | |
| CNH | $ 94,000 | $ 1,906.0 | $ 579 | $ 1,327 | |
| Sacramento Leasing | $ 131,850 | $ 2,673.4 | $ 812 | $ 1,861 | |
| Trinity | $ 122,500 | $ 2,483.9 | $ 770 | $ 1,714 | |
| Stearns Bank | $ 46,000 | $ 932.7 | $ 283 | $ 650 | |
| DLL | $ 12,000 | $ 243.3 | $ 74 | $ 169 | |
| Leaf Financial | $ 64,400 | $ 1,305.8 | $ 396 | $ 910 | |
| WestAmerica | $ 59,000 | $ 1,196.3 | $ 363 | $ 833 | |
| Kraus-Anderson | $ 108,000 | $ 2,189.9 | $ 645 | $ 1,545 | |
| BB&T | $ 35,000 | $ 709.7 | $ 215 | $ 495 | |
| John Deere | $ 80,000 | $ 1,622.1 | $ 493 | $ 1,129 | |
| M&T Bank | $ 23,500 | $ 476.5 | $ 145 | $ 331 | |
| U.S. Bank | $ 34,000 | $ 689.4 | $ 209 | $ 480 | |
| Irwin | $ 8,000 | $ 162.2 | $ 49 | $ 113 | |
| | $ 3,575,850 | $ 72,505.8 | $ 22,009 | $ 50,497 | |

(a) Monthly payment calculated based on the fully amortized payment at 8% for 5 years.

Exhibit B
Page 7