**3**

RANDALL P. MROCZYNSKI (State Bar No. 156784)
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119

Attorneys for Secured Creditor
DCFS USA LLC Successor To
DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.,<br><br>Debtors. | Case No.: 10-61192<br><br>DC NO. RPM-1<br><br>Chapter 11<br><br>NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO LOCAL RULE 4001-1 AND 9014-1(f)(1) |
| DCFS USA LLC Successor To DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC,<br><br>Movant,<br><br>v.<br><br>IRON INDUSTRIES, INC.,<br><br>Respondents. | Hearing Date and Time:<br><br>Date: December 16, 2010<br>Time: 1:30 p.m.<br>Dept: A<br>Ctrm.: 11<br>Floor: 5 |

TO DEBTORS, DEBTORS' ATTORNEY, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT at the above-referenced date and time in the Fresno Division of the United States Bankruptcy Court located at 2500 Tulare Street, Suite 2501, Fresno, California, Movant, DCFS USA LLC Successor To DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC ("Movant"), shall move this Court for an order terminating the

1

Case No. 10-61192
Notice of Motion for Relief

6100.0283  2142340.1

automatic stay of 11 U.S.C. § 362 as to Movant, its successors, transferees and assigns. The Motion will be heard before the Honorable Whitney Rimel, United States Bankruptcy Judge.

Movant shall move this Court for relief from stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2), in order to allow Movant to take possession of and liquidate those certain Four (4) Freightliner M2106 vehicles, having the VIN Numbers 1FVACXDD66HV82086; 1FVACXDD26HV82084; 1FVACXDD86HV82073; and 1FVACXDD66HV82072 as well as those certain attached 2000 gallon tank systems having the Serial Numbers HV82086, HV82084, HV82073 and HV82072 (collectively the "Collateral") securing the Debtors' obligation to Movant. Movant seeks an Order of this Court allowing Movant to enforce its remedies to repossess or otherwise obtain possession and dispose of its Collateral in accordance with non-bankruptcy law. Movant additionally seeks an Order that the 10-day stay of F.R.B.P. 4001(a)(3) shall not apply.

Pursuant to Local Rules 9014-1(d)(3) and 9014-1(f)(1), opposition to the granting of the Motion must be in writing and must be filed with the Court at least fourteen (14) days prior to the date of the hearing.

Opposition must be accompanied by evidence establishing the opposition's factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to F.R.C.P. 43(e) as made applicable by F.R.B.P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discreetly each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file a separate statement

///

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

6100.0283 2142340.1

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1  shall be construed as consent to resolution of the motion and all disputed material factual issues
2  pursuant to F.R.C.P. 43(e).

DATED: November 4, 2010        Respectfully submitted,

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: /s/ Randall P. Mroczynski
    Randall P. Mroczynski, Esq.
    Attorneys for Secured Creditor,
    DCFS USA LLC Successor To
    DAIMLERCHRYSLER FINANCIAL
    SERVICES AMERICAS, LLC