FILED
November 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003055204

**3**

RANDALL P. MROCZYNSKI (State Bar No. 156784)
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119

Attorneys for Secured Creditor
DCFS USA LLC Successor To
DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.,<br><br>Debtor. | Case No.: 10-61192<br><br>DC NO. RPM-1<br><br>Chapter 11<br><br>DECLARATION OF TIFFANEE WALKER IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO LOCAL RULE 4001-1 AND 9014-1(f)(1) |
| DCFS USA LLC Successor To DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC,<br><br>Movant,<br><br>v.<br><br>IRON INDUSTRIES, INC.,<br><br>Respondents. | Hearing Date and Time:<br><br>Date: December 16, 2010<br>Time: 1:30 p.m.<br>Dept: A<br>Ctrm.: 11<br>Floor: 5 |

I, Tiffanee Walker, declare as follows:

1. I am employed by the Moving Party DCFS USA LLC Successor To DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC ("DCFS") as a Bankruptcy Coordinator. I am the person primarily responsible for the account of Debtor IRON INDUSTRIES, INC. ("Debtor").

2. I have care, custody and control of DCFS' books, records and files relating to its Contract with the Debtor. I have personally worked on said books, records and files and, as to the following facts, I know them to be true of my own personal knowledge or have gained knowledge of them from DCFS' books, records and files. Said books, records and files were prepared in the regular course of DCFS' business at or near the time of the acts, conditions, or events to which they relate by a person who had personal knowledge of the event being recorded and a business duty to accurately record such event. I have reviewed all of DCFS' books and records in connection with this matter. I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

3. On April 7, 2006, Debtor entered into a Direct Purchase Money Loan and Security Agreement with DCFS (hereinafter the "Contract") for purchase of Four (4) Freightliner M2106 vehicles, having the VIN Numbers 1FVACXDD66HV82086; 1FVACXDD26HV82084; 1FVACXDD86HV82073; and 1FVACXDD66HV82072 as well as those certain attached 2000 gallon tank systems having the Serial Numbers HV82086, HV82084, HV82073 and HV82072 (hereinafter the "Collateral"). Per the Contract, DCFS retained a purchase money security interest in the Collateral. A true and correct copy of the Contract is attached to the List of Exhibits filed in support of this Motion as Exhibit "A".

4. DCFS properly perfected its interest in the Collateral pre-petition by noting its lien on the Title Certificates obtained through the California Department of Motor Vehicles. True and correct copies of said Title Certificates are attached to the List of Exhibits filed in support of this Motion as Exhibit "B".

5. Debtor agreed to make monthly payments on the Contract in the amount of $4,142.65. The Contract is in default for the payments coming due June 7 through October 7, 2010, respectively, each in the amount of $4,142.65.

6. The total indebtedness owed by Debtor under the Contract is $89,021.83. The aggregate fair market value of the Collateral pursuant to the NADA Official Commercial Trucks Guide is $84,500.00. A true and correct copy of the relevant page of the NADA Official

Commercial Trucks Guide is attached to the List of Exhibits filed in support of this Motion as Exhibit "C".

7. DCFS has not been provided with proof that the Collateral is insured.

I declare under penalty of perjury that the foregoing is true and correct, and as to those matters testified to on information and belief, I believe them to be true.

Executed November __1__, 2010 at Fort Worth, Texas.

_____
Tiffanee Walker, Declarant

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977