FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003082016

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
WELLS FARGO EQUIPMENT FINANCE, INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>Debtor-In-Possession.<br><br>In re<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>Debtor-In-Possession. | Case No: 10-61192-A-11<br>DC No: RAS-001<br>Chapter 11<br><br>Case No.: 10-61196-A-11<br>DC No. RAS-001<br>Chapter 11<br><br>**OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENTS BY WELLS FARGO EQUIPMENT FINANCE, INC.**<br><br>Date: December 1, 2010<br>Time: 1:30 p.m.<br>Dept: 11<br>Place: 2500 Tulare Street, Dept. A, 5th Fl.<br>      Fresno, CA<br>Judge: Honorable Whitney Rimel |

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE, ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:

WELLS FARGO EQUIPMENT FINANCE, INC. ("WELLS FARGO") hereby files its opposition to Debtors, IRON INDUSTRIES, INC. and ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP (collectively "Debtors") proposed payment of adequate protection

///

1

as set forth in their Motion for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection.

WELLS FARGO's opposition is based upon this Notice, the Declarations and Exhibits filed concurrently herewith.

Dated: 11/17/10

Respectfully submitted,

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER

By: _____
Richard A. Solomon
Attorneys for Creditor
WELLS FARGO EQUIPMENT FINANCE, INC.

H:\COMMON\RAS\Wells Fargo Equip Fin\Action Equipment - Iron Industries\Iron Industries, Inc\Pld\Obj to Prop Adeq Prot Pmt