4
Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
WELLS FARGO EQUIPMENT FINANCE, INC.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>             Debtor-In-Possession.<br><br>In re<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>             Debtor-In-Possession. | Case No: 10-61192-A-11<br><br>DC No: RAS-001<br><br>Chapter 11<br><br>Case No.: 10-61196-A-11<br><br>DC No. RAS-001<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTI HOHENSEE IN SUPPORT OF WELLS FARGO EQUIPMENT FINANCE, INC.'S OPPOSITION TO PROPOSED ADEQUATE PROTECTION PAYMENTS**<br><br>Date: December 1, 2010<br>Time: 1:30 p.m.<br>Dept: 11<br>Place: 2500 Tulare Street, Dept. A, 5th Fl.<br>       Fresno, CA<br>Judge: Honorable Whitney Rimel |

    I, Christi Hohensee, declare and say as follows:

    1.    I am employed as a Loan Adjuster for Secured Creditor WELLS FARGO EQUIPMENT FINANCE, INC. ("WELLS FARGO"). In that capacity, I am charged with the responsibility for handling the collection of certain credit transactions made by WELLS FARGO which have become delinquent. I am the employee of WELLS FARGO which is primarily responsible for securing payment of WELLS FARGO's account with Debtors, IRON

INDUSTRIES, INC. and ACTION EQUIPMENT RENTALS (hereinafter collectively referred to as "Debtors").

2. I have custody and control of WELLS FARGO's business records relating to its account with Debtors. Such records were prepared in the ordinary course of business of WELLS FARGO by a person employed by WELLS FARGO who has personal knowledge of the events being recorded and who has a business duty to WELLS FARGO to make a record of such event. The sources of information and method and time of preparation are such as to indicate their trustworthiness.

3. The records of WELLS FARGO, attached hereto and from which certain testimony herein is derived, are made in the ordinary course of WELLS FARGO's business by persons with a business duty to WELLS FARGO to make such records. The records were made at or near the time of the occurrence of the event which they purport to memorialize.

4. WELLS FARGO's books and records with respect to Debtors follow the above referenced format concerning the keeping and maintaining of records.

5. Debtors proposed payment of adequate protection to WELLS FARGO is based upon Debtors belief that the fair market value of the collateral securing Debtors' obligations to WELLS FARGO has a value of $297,500.00. See Exhibit "A" attached hereto entitled "Action Equipment Rental Wells Fargo - Debt Allocation". Said Exhibit was prepared by Debtors. The Accounts 2000864115 0856-0865 and 2000862317 0585-0838 are not accounts being handled by WELLS FARGO. They are accounts being handled by a different division of WELLS FARGO i.e. Greater Bay Wells Fargo Capital Finance.

6. Debtors proposed to pay the total sum of $7,400.90 to all WELLS FARGO entities. Of that sum, WELLS FARGO has received the $6,032.32. Said payment represents an adequate protection payment of 2.02% per month. WELLS FARGO will accept that percentage figure as a monthly adequate protection payment.

7. WELLS FARGO believes that its equipment has a fair market value of $452,280.00 and using the monthly adequate protection payment of 2.02%, the monthly adequate protection payment should be the sum of $9,136.06, payable to WELLS FARGO. Attached

hereto, marked as Exhibit "B", and incorporated herein by this reference is a Collateral Evaluation for WELLS FARGO's collateral dated November 15, 2010, showing a fair market value $452,280.00.

8. Based upon WELLS FARGO's fair market value analysis, WELLS FARGO requests that the monthly adequate protection to WELLS FARGO from Debtors be increased to the sum of $9,136.06.

If called as a witness, I could and would competently testify to all the forgoing.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 15th day of November 2010 at Tempe, Arizona.

_____
Christi Hohensee

H:\COMMON\RAS\Wells Fargo Equip Fin\Action Equipment - Iron Industries\Iron Industries, Inc Pld Obj to Prop Adeq Prot Prot - Dec

Action Equipment Rental
Wells Fargo-Debt Allocation

| Contract # | Asset Num | Description | Account # | Well Info Year | Model | Ser# | Keepers Market Value | Keepers Liquid Value | Proceeds Rec. | Non-Keepers Market Value | Non-Keepers Liquid Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10235472400 | 0800 | 15' SCISSORLIFT | 100 | 04/17/08 | GR-15 | GR08-011683 | $ 6,500 | $ 5,500 | | | |
| | 0909 | 15' SCISSORLIFT | 300 | 7/08 | GR-15 | GR08-12657 | $ 6,500 | $ 5,500 | | | |
| | 0911 | 15' SCISSORLIFT | 300 | 7/28/08 | GR-15 | GR08-12678 | $ 6,500 | $ 5,500 | | | |
| | 0912 | 15' SCISSORLIFT | 100 | 7/28/08 | GR-15 | GR08-12677 | $ 6,500 | $ 5,500 | | | |
| | 0893 | 19 FT ELECTRIC SCISS | 100 | 7/23/2008 | GS-1930 | GS3007A-096402 | $ 6,500 | $ 5,500 | | | |
| | 0895 | 19 FT ELECTRIC SCISS | 300 | 7/23/2008 | GS-1920 | GS3007A-096386 | $ 6,500 | $ 5,500 | | | |
| | 0896 | 19 FT ELECTRIC SCISS | 400 | 7/23/2008 | GS-1930 | GS3007A-096390 | $ 6,500 | $ 5,500 | | | |
| | 0897 | 19 FT ELECTRIC SCISS | 100 | 7/23/2008 | GS-1930 | GS3007A-096394 | $ 6,500 | $ 5,500 | | | |
| | 0898 | 19 FT ELECTRIC SCISS | 300 | 7/23/08 | GS-1930 | GS3007A-096397 | $ 6,500 | $ 5,500 | | | |
| | 0894 | 19 FT ELECTRIC SCISS | 300 | 7/23/2008 | GS-1930 | GS3007A-096399 | $ 6,500 | $ 5,500 | | | |
| | 0899 | 26 FT SCISSOR ELEI | 100 | 7/23/2008 | GS-2646 | GS4608-93440 | | | $ 4,390 | $ 7,500 | $ 5,000 |
| | 0900 | 26 FT SCISSOR ELEI | 100 | 7/23/2008 | GS-2646 | GS4608-93430 | $ 7,500 | $ 6,000 | | | |
| | 0901 | 26 FT SCISSOR ELEI | 100 | 7/23/2008 | GS-2646 | GS4608-93435 | $ 7,500 | $ 6,000 | | | |
| | 0902 | 26 FT SCISSOR ELEI | 400 | 7/23/2008 | GS-2646 | GS4608-93433 | $ 7,500 | $ 6,000 | | | |
| | 0890 | 26FT ROUGH TERRA | 300 | 7/23/2008 | NONMARKGENIE | GS6608-51949 | | | $ 11,329 | $ 12,500 | $ 10,000 |
| | 0891 | 26FT ROUGH TERRA | 400 | 7/23/2008 | NONMARKGENIE | GS6808-51949 | $ 12,500 | $ 10,000 | | | |
| | 0892 | 26FT ROUGH TERRA | 300 | 7/23/2008 | NONMARKGENIE | GS6808-52359 | | | $ 11,540 | $ 12,500 | $ 10,000 |
| | 0916 | 26FT ROUGH TERRA | 300 | 08/08 | NONMARKGENIE | 052464 | $ 12,500 | $ 10,000 | | | |
| | 0917 | 26FT ROUGH TERRA | 400 | 08/08 | NONMARKGENIE | 052467 | $ 12,500 | $ 10,000 | | | |
| | 0903 | 32 ELECTRIC SCISS | 100 | 7/23/2008 | GS-3246 | GS4608-93498 | $ 9,500 | $ 7,500 | | | |
| | 0904 | 32 ELECTRIC SCISS | 300 | 7/23/2008 | GS-3246 | GS4608-93499 | $ 9,500 | $ 7,500 | | | |
| | 0905 | 32 ELECTRIC SCISS | 300 | 7/23/2008 | GS-3246 | GS4608-93553 | $ 9,500 | $ 7,500 | | | |
| | 0906 | 32 ELECTRIC SCISS | 100 | 7/23/2008 | GS-3246 | GS4608-93521 | $ 9,500 | $ 7,500 | | | |
| | 0910 | PERSONAL LIFT | 300 | 7/08 | AWP-30 | AWP08-62292 | | | | | |
| 20161966703 | 0869 | 37' SCISSORLIFT RT | 300 | 06/13/08 | 3772RT | 9301311 | | | $ 14,925 | $ 17,000 | $ 13,000 |
| | 0870 | 37' SCISSORLIFT RT | 300 | 06/13/08 | 3772RT | 9301301 | | | $ 14,003 | $ 17,000 | $ 13,500 |
| | 0871 | 37' SCISSORLIFT RT | 100 | 06/13/08 | 3772RT | 9301310 | $ 17,000 | $ 13,000 | | | |
| | 0868 | 37' SCISSORLIFT RT | 100 | 06/13/08 | 3772RT | 9301305 | | | $ 14,465 | $ 17,000 | $ 13,000 |
| 20161966704 | 0922 | VACUUM 500 GALLON | 300 | 09/18/08 | FX60-500 | CMWFX60XC5000000 | $ 30,000 | $ 25,000 | | | |
| 10161966700 | 0174 | 47' DOUBLE DRUM R | 300 | 2006 | VMT-280 | JCB1700031 | $ 12,000 | $ 9,500 | | | |
| | 0171 | 66' PAD DRUM ROLL | 100 | 2005 | VM-75-PD | JKC9142708 | | | $ 22,690 | $ 26,000 | $ 20,000 |
| | 0172 | 66' PAD DRUM ROLL | 100 | 2006 | VM-75-PD | JKC9442707 | $ 26,000 | $ 20,000 | | | |
| 20161966701 | 0826 | 800 GALLON WATER | 100 | 05/15/08 | EXP-800-S | 34717-L000023 | $ 5,000 | $ 4,500 | | | |
| | 0827 | 800 GALLON WATER | 100 | | EXP-800S | 34728-L000026 | $ 5,000 | $ 4,500 | | | |
| | 0844 | 800 GALLON WATER | 100 | 05/08 | EXP-800-5 | 5VUT614208L000034 | $ 5,000 | $ 4,500 | | | |
| | 0845 | 800 GALLON WATER | 200 | 05/08 | EXP-800-5 | 5VUT614228L000035 | $ 5,000 | $ 4,500 | | | |
| | 0589 | TRENCHER RIDE ON | 100 | 10/10/07 | RT40 | CMWRT40XC7000018 | $ 15,000 | $ 12,500 | | | |
| | 0796 | EQUIPMENT TRAILEI | 100 | 04/17/08 | FT-10 | 5FTWH14297102827E | $ 5,000 | $ 4,000 | | | |

Exhibit C

Page 9

EXHIBIT A

| Loan # | ID | Description | Date | Model | Serial | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20161966700 | 0876 | 2000 GALLON WATER 400 | 06/29/08 | INTE | 1HTSCABN4XH652468 | | | $ | 12,000 | $ 7,500 |
| | 0877 | 200 GALLON WATER 300 | 06/23/08 | INTE | 1HTSCABN1XH652461 | | | $ | 12,000 | $ 7,500 |
| | 1247 | DELIVERY GOOSENE 200 | 04/01/08 | FELL | 5FTWH14297102827L | $ 7,500 | $ 5,000 | | | |
| 200864115 | 0856 | LIGHT TOWER 4000\400 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| Greater Bay | 0857 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| Wells Fargo Capital | 0858 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| Finance | 0859 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0860 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0861 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0862 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0863 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0864 | LIGHT TOWER 4000\100 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| | 0865 | LIGHT TOWER 4000\200 | 06/08 | NLPROLOM | CU | $ 4,000 | $ 3,000 | | | |
| 200862317 | 0585 | 185 CFM AIR COMPR 100 | 09/26/07 | PDS185S | B4-6B44478 | $ 7,500 | $ 4,500 | | | |
| Wells Fargo Fin | 0595 | 185 CFM AIR COMPR 300 | 10/18/07 | PDS185S | B4-6B44690 | $ 7,500 | $ 4,500 | | | |
| Capital Finance | 0538 | 60KW GENERATOR 100 | 2007 | 60 KW | 1476a60924 | $ 12,500 | $ 9,500 | | | |
| 90145226-000 | 0169 | 84" PAD FOOT ROLLER | 2006 | VM-132 | JKC8342306 | | | $ | 30,000 | $ 20,000 |
| | | | | | | $ 365,000 | $ 268,500 | $ 133,813 | $ 165,500 | $ 120,000 |

Note: $22,690 appears near the subtotal area.

Exhibit C
Page 10

Customer Name
Iron Industries/Action Equipment Rentals

Source of Values: Collateral Valuation Date 11/15/2010

| Lienholder | Account Number | Year | Make | Model | Equipment Description | Serial # / VIN | Fair Market Value |
|---|---|---|---|---|---|---|---|
| WFEFI - Iron Industries | 001-0161966-700 | 2006 | JCB/Vibromax | VMT280 | Roller | 1700031 | $ 19,250 |
| WFEFI - Iron Industries | 002-0161966-701 | 2006 | JCB/Vibromax | 75 PDB | Roller | JKC9442707 | $ 43,250 |
| WFEFI - Iron Industries | 002-0161966-701 | 2007 | Ditch Witch | RT40 | Trencher | CMWRT40XC70001864 | $ 19,000 |
| WFEFI - Iron Industries | 002-0161966-701 | 2007 | Ditch Witch | H314 | Trencher Attachment | CMWH314XJ70000935 | $  -   |
| WFEFI - Iron Industries | 002-0161966-701 | 2007 | Felling | FT-10W00184 | Trailer | 5FTWH14297102827B | $ 5,240 |
| WFEFI - Iron Industries | 002-0161966-701 | 2008 | Wylie | 800g | Water Wagon | 5VUTG14268L000023 | $ 4,700 |
| WFEFI - Iron Industries | 002-0161966-701 | 2008 | Wylie | 800g | Water Wagon | 5VUTG14268L000026 | $ 4,700 |
| WFEFI - Iron Industries | 002-0161966-701 | 2008 | Wylie | 800g | Water Wagon | 5VUTG14268L000034 | $ 4,700 |
| WFEFI - Iron Industries | 002-0161966-701 | 2008 | Wylie | 800g | Water Wagon | 5VUTG14268L000035 | $ 4,700 |
| WFEFI - Iron Industries | 002-0161966-702 | 2008 | Felling | FT-18GN00022 | Trailer | 5FTDE21279103Z567 | $ 5,240 |
| WFEFI - Iron Industries | 002-0161966-703 | 2009 | MEC | 3772RT | Scissorlift | 9301310 | $ 24,500 |
| WFEFI - Iron Industries | 002-0161966-704 | 2005 | Ditch Witch | FX60 | Vac System | CMWFX60C50000004 | $ 25,000 |
| WFEFI - Iron Industries | 002-0161966-704 | 2005 | | T9SH6 | Vac Trailer | 1DSB122R51722074 | $  -   |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96386 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96390 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96394 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96397 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96399 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 1930 | | 96402 | $ 6,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GS2668 | | 51949 | $ 12,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 2646 | | 93430 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 2646 | | 93433 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 2646 | | 93435 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 2646 | | 93498 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 2646 | | 93499 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 3246 | | 93521 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 3246 | | 93498 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 3246 | | 93449 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 3246 | | 93521 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi 3246 | | 93558 | $ 11,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | Ansi AWP-SB 30 | | AWP08-62292 | $ 3,000 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GR15 | | 12657 | $ 4,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GR15 | | 12677 | $ 4,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GR15 | | 12678 | $ 4,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GR15 | | 11683 | $ 4,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GS2668 | | 52464 | $ 12,500 |
| WFEFI - Action Equipment | 001-0235472-400 | 2008 | Genie | GS2668 | | 52467 | $ 12,500 |
| WFEFI - Action Equipment | 001-0235472-700 | | Gehl | DL12 | | RS844JX1116247 | $ 46,500 |
| WFEFI - Action Equipment | 001-0235472-701 | | Gehl | RS8 | | RS844JX1016180 | $ 36,000 |
| | | | | | | Total | $ 452,280 |

EXHIBIT B