FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003082017

3
Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
WELLS FARGO EQUIPMENT FINANCE, INC.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>Debtors. | Case No: 10-61192<br><br>DC No: RAS-001<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>The Courtroom of the Honorable Whitney Rimel |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, California, 92130.

On 11-17-10, I served the foregoing document described as **OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENTS BY WELLS FARGO EQUIPMENT FINANCE, INC.** and **DECLARATION OF CHRISTI HOHENSEE IN SUPPORT OF WELLS FARGO EQUIPMENT FINANCE, INC.'S OPPOSITION TO PROPOSED ADEQUATE PROTECTION PAYMENTS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

///

///

1

/X/ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U. S. Postal Service pursuant to which practice the correspondence will be deposited with the U. S. Postal Service this same day in the ordinary course of business.

/ / (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

/ / (VIA UPS NEXT DAY AIR) I caused such envelope to be placed in the UPS depository at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with UPS on that same day at San Diego, California in the ordinary course of business.

/ / (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4) I caused the machine to print a transmission record of the transmission.

/ / (BY E-MAIL/ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the addressee(s) at the e-mail addresses as shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

/ / (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/ (Federal) I declare under the penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on __11-17-10__, at San Diego, California.

_____
Denise A. Arviso

H:\COMMON\RAS\Wells Fargo Equip Fin\Action Equipment - Iron Industries\Iron Industries, Inc\Pld\00 POS, Eastern, Fresno.wpd

2

<pre>
                         SERVICE LIST
                    In re: Iron Industries, Inc..
                       Case No. 10-61192
</pre>

**DEBTOR:**
Iron Industries, Inc.
PO Box 1324
Hanford, CA 93232

**DEBTOR'S COUNSEL:**
Hagop T. Bedoyan
5260 N. Palm Avenue, No. 201
Fresno, CA 93704

**U.S. TRUSTEE:**
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

**U.S. TRUSTEE'S COUNSEL:**
Gregory S. Powell
2500 Tulare Street, No. 1401
Fresno, CA 93721

Robin S. Tubesing
2500 Tulare Street, No. 1401
Fresno, CA 93721

Honorable Whitney Rimel
United States Bankruptcy Court
Eastern District of California - Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

**20 LARGEST CREDITORS:**

| | | |
|---|---|---|
| Diversified Financial Services, LLC<br>PO Box 95662<br>Chicago, IL 60694-5662 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 |
| Daimler Truck Financial<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | Banc of America - formerly Gehl Finance<br>PO Box 372009<br>Pittsburgh, PA 15250-8009 | Bank of America - formerly Gehl Finance<br>PO Box 371995<br>Pittsburgh, PA 15250-7995 |
| GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 |
| Banc of America - formerly Gehl Finance<br>PO Box 372010<br>Pittsburgh, PA 15250-8010 | | |