**FILED**

**November 17, 2010**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003082164

2

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
HITACHI CAPITAL AMERICA CORP.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Case No: 10-61192-A-11 |
| IRON INDUSTRIES, INC. | DC No: RAS-001 |
| Debtor-In-Possession. | Chapter 11 |
| | Case No.: 10-61196-A-11 |
| In re | DC No. RAS-001 |
| ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP, | Chapter 11 |
| Debtor-In-Possession. | **OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENTS BY HITACHI CAPITAL AMERICA CORP.** |
| | Date: December 1, 2010 |
| | Time: 1:30 p.m. |
| | Dept: 11 |
| | Place: 2500 Tulare Street, Dept. A, 5th Fl. Fresno, CA |
| | Judge: Honorable Whitney Rimel |

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE,

ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:

HITACHI CAPITAL AMERICA CORP. ("HITACHI") hereby files its opposition to

Debtors, IRON INDUSTRIES, INC. and ACTION EQUIPMENT RENTALS, A GENERAL

PARTNERSHIP (collectively "Debtors") proposed payment of adequate protection

///

1

1    as set forth in their motion for Order Authorizing Use of Cash Collateral and Payment of

2    Adequate

3    protection.

4        HITACHI's opposition is based upon this Notice, the Declarations and Exhibits filed

5    concurrently herewith.

6

7    Dated: _____          Respectfully submitted,

8                                 SOLOMON, GRINDLE, SILVERMAN & WINTRINGER

9

10                              By:_____

11                                 Richard A. Solomon
                                  Attorneys for Creditor

12                                 HITACHI CAPITAL AMERICA CORP.

13    H:\COMMON\RAS\Hitachi\Iron Industries, Inc\Pld\Obj to Prop Adeq Prot Pmt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28