FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003082162

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
HITACHI CAPITAL AMERICA CORP.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>        Debtor-In-Possession. | Case No: 10-61192-A-11<br><br>DC No: RAS-001<br><br>Chapter 11 |
| In re<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>        Debtor-In-Possession. | Case No.: 10-61196-A-11<br><br>DC No. RAS-001<br><br>Chapter 11<br><br>**DECLARATION OF GARY S. GRAY IN SUPPORT OF HITACHI CAPITAL AMERICA CORP.'S OPPOSITION TO PROPOSED ADEQUATE PROTECTION PAYMENTS**<br><br>Date: December 1, 2010<br>Time: 1:30 p.m.<br>Dept: 11<br>Place: 2500 Tulare Street, Dept. A, 5th Fl.<br>      Fresno, CA<br>Judge: Honorable Whitney Rimel |

I, Gary S. Gray, declare and say as follows:

1. I am employed as a Litigation and Workout Analyst for Secured Creditor HITACHI CAPITAL AMERICA CORP. ("HITACHI"). In that capacity, I am charged with the responsibility for handling the collection of certain credit transactions made by HITACHI which have become delinquent. I am the employee of HITACHI which is primarily responsible for securing payment of HITACHI's account with Debtors, IRON INDUSTRIES, INC. and ACTION EQUIPMENT RENTALS (hereinafter collectively referred to as "Debtors").

1

2. I have custody and control of HITACHI's business records relating to its account with Debtors. Such records were prepared in the ordinary course of business of HITACHI by a person employed by HITACHI who has personal knowledge of the events being recorded and who has a business duty to HITACHI to make a record of such event. The sources of information and method and time of preparation are such as to indicate their trustworthiness.

3. The records of HITACHI, attached hereto and from which certain testimony herein is derived, are made in the ordinary course of HITACHI's business by persons with a business duty to HITACHI to make such records. The records were made at or near the time of the occurrence of the event which they purport to memorialize.

4. HITACHI's books and records with respect to Debtors follow the above referenced format concerning the keeping and maintaining of records.

5. Debtors proposed motion for payment of adequate protection payments to HITACHI list HITACHI's equipment and set a fair market value of $73,000. Attached hereto, marked as Exhibit "A", and incorporated herein by this reference is a document entitled "Action Equipment Rental HCA-Debt Allocation" which was prepared by Debtor. HITACHI believes that the fair market value of its collateral is the sum of $158,373.00. Attached hereto, marked as Exhibit "B" are true and correct copies of fair market value information on HITACHI's collateral.

Using Debtor's proposed adequate protection payment of 2.02% per month, the adequate protection payment to HITACHI, based upon a fair market value of $158,373.00 is $3,199.13 per month.

///
///
///
///
///
///
///

6. By its objection, HITACHI request that the Court order that the adequate protection payment to HITACHI be increased to the sum of $3,199.13 per month.

If called as a witness, I could and would competently testify to all the forgoing.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 15th day of November 2010 at Norwalk, CT.

_____
GARY S. GRAY

H:\COMMON\RAS\Hitachi\Iron Industries, Inc\Pld\Obj to Prop Adeq Prot Pmt - Dec

3

Action Equipment Rental
HCA-Debt Allocation

| Contract # | Asset Num | Description | Account # | Year | Model | Ser# | Hours | Market Value | Liquid Value | Proceeds Rec. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 003-0040932-6 | 0277 | 4 X 4 SKIPLOADER 4 IN 1 BUCKET | 300 | 2006 | 3CLL | 907870 | 506.40 | $ 17,000 | $ 14,000 | | |
| 003-0040932-4 | 0354 | 4 X 4 BACKHOE EXT DIG | 100 | 2006 | JCB 214 | 491405 | 1,740.10 | $ 22,000 | $ 15,000 | | |
| 003-0040932-5 | 0264 | 4 X 4 SKIPLOADER 4 IN 1 BUCKET | 400 | 2006 | 3CLL | 907811 | 148.70 | $ 17,000 | $ 14,000 | | |
| HCA-00569 5050 | 1404 | EXCAVATOR 12,500 LB YANMAR | 100 | 2005 | VIO55-5 | ymnu1055r | | $ 17,000 | $ 14,000 | | |
| | | | | | | | | $ 73,000 | $ 57,000 | | |

Exhibit    C
Page       19

EXHIBIT A




Home | Register | Contact Us

# High/Low/Average

North America Listings

**You Searched For: Manufacturer = YANMAR; Model = VIO55; Year From = 2006; Year To = 2006**

|  | Auction Prices | Equipment For Sale Prices |
|---|---|---|
| Total number of listings found: | 9 | 4 |
| Highest price found: | US $24,411 | US $58,000 |
| Lowest price found: | US $22,145 | US $28,500 |
| **Average price:** | **US $23,702** | **US $40,379** |
| **Average w/out High & Low:** | **US $23,823** | **US $37,509** |

Here is an at-a-glance view of current "quick sale", auction prices, and also current asking, or "retail", prices.

We have done computations on both "Equipment For Sale" & "Auction Results" listings for the type of equipment you specified. Above you see the average price found, the highest & lowest prices, and the average price computed again after throwing out the highest & lowest prices. For clarification, we've also displayed the number of listings on which the computations were performed. (NOTE: Items without a price have been omitted from the calculations.)

[ Return To Previous Page ]

Home   Copyright & Legal Notice   Privacy Policy   Site Map   Contact Us

Copyright © by Sandhills Publishing Company 2010. All rights reserved.

EXHIBIT B



Home | Register | Contact Us

## High/Low/Average

North America Listings

**You Searched For: Manufacturer = JCB; Model = 214 IVT**

| | Auction Prices | Equipment For Sale Prices |
|---|---|---|
| Total number of listings found: | 0 | 2 |
| Highest price found: | | US $68,500 |
| Lowest price found: | | US $62,000 |
| **Average price:** | | |
| **Average w/out High & Low:** | | **US $65,250** |

Here is an at-a-glance view of current "quick sale", auction prices, and also current asking, or "retail" prices.
We have done computations on both "Equipment For Sale" & "Auction Results" listings for the type of equipment you specified. Above you see the average price found, the highest & lowest prices, and the average price computed again after throwing out the highest & lowest prices. For clarification, we've also displayed the number of listings on which the computations were performed. (NOTE: Items without a price have been omitted from the calculations.)

[Return To Previous Page]



Home   Copyright & Legal Notice   Privacy Policy   Site Map   Contact Us

Copyright © by Sandhills Publishing Company 2010. All rights reserved.



Home | Register | Contact Us

North America Listings

## High/Low/Average

You Searched For: Manufacturer = JCB; Model = 214E

|  | Auction Prices | Equipment For Sale Prices |
|---|---|---|
| Total number of listings found: | 233 | 11 |
| Highest price found: | US $47,000 | US $43,000 |
| Lowest price found: | US $11,000 | US $19,800 |
| Average price: | **US $17,960** | **US $28,460** |
| Average w/out High & Low: | **US $17,865** | **US $27,807** |

Here is an at-a-glance view of current "quick sale", auction prices, and also current asking, or "retail" prices.
We have done computations on both "Equipment For Sale" & "Auction Results" listings for the type of equipment you specified. Above you see the average price found, the highest & lowest prices, and the average price computed again after throwing out the highest & lowest prices. For clarification, we've also displayed the number of listings on which the computations were performed. (NOTE: Items without a price have been omitted from the calculations.)

[Return To Previous Page]

Home    Copyright & Legal Notice    Privacy Policy    Site Map    Contact Us

Copyright © by Sandhills Publishing Company 2010. All rights reserved.

