FILED
November 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003092835

LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990

Attorneys for Creditor
PNC EQUIPMENT FINANCE, INC.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| *In re*<br><br>IRON INDUSTRIES, INC.<br><br>Debtor-In-Possession. | Case No. 10-61192-A-11<br><br>DC No.: RAS-001<br><br>Chapter 11<br><br>Case No. 10-61196-A-11<br><br>DC No.: RAS-001<br><br>Chapter 11 |
| *In re*<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>Debtor-In-Possession. | **OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENTS BY WELLS FARGO EQUIPMENT FINANCE, INC.**<br><br>Date: December 1, 2010<br>Time: 11:30 a.m.<br>Place: 2500 Tulare Street, Dept A, 5th Fl.<br>Fresno, CA 90012<br>Judge: Honorable Whitney Rimel |

TO THE COURT, ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:

PNC Equipment Finance, Inc. ("PNC") hereby files its opposition to the proposed payment of adequate protection set forth in Debtors' Iron Industries, Inc. and Action Equipment Rentals, a general partnership (collectively "Debtors") Motion for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection.

PNC's opposition is based upon this Notice, the Declarations and Exhibits filed concurrently herewith.

PNC is in the process of evaluating the market value of its equipment, presently leased to the Debtors, and reserves the right to revise its position on the market value of said equipment at a future hearing regarding the use of cash collateral.

DATED: November 22, 2010

LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
LEO D. PLOTKIN
JOHN P. MERTENS

By: ______________________
JOHN P. MERTENS

Attorneys for Creditor
PNC EQUIPMENT FINANCE, INC.

## DECLARATION OF JOHN P. MERTENS

I, JOHN P. MERTENS, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts in the State of California and am an attorney with of Levy, Small & Lallas, A Partnership Including Professional Corporations ("LSL"). I have personal, first-hand knowledge of the entire contents of this Declaration and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit "1" is a true and correct copy of Exhibit A to the Declaration of Robert Moffitt, filed as document 29 in the jointly-administered bankruptcy case In re: Action Equipment Rentals. From this document, it is apparent that adequate protection payments to PNC Equipment Finance, Inc. ("PNC") are based upon a purported fair market value of $69,500 for the equipment leased by National City Commercial Capital Co. (now PNC) to Debtors ("PNC Equipment").

3. Attached hereto as Exhibit "2" is a true and correct copy of continuation sheet 24 of 30, showing the entry for National City Commercial Capital Co. (now PNC) on debtors' Schedule D, filed as document 37 in the jointly-administered bankruptcy case In re: Action Equipment Rentals. On this document, debtors admit that the fair market value the PNC Equipment is $169,500.

4. Debtors propose monthly adequate protection payments of $1,409 based on a purported fair market value of $69,500 for the PNC Equipment, which amounts to 2.03% of the purported value thereof. PNC has not had an opportunity to evaluate the fair market value of the PNC Equipment, but it is at least $169,500. PNC requests monthly adequate protection payments of at least $3,436.32, and reserves the right to present evidence of a higher fair market value of the PNC Equipment at a future time.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22nd day of November, 2010 at Los Angeles, California.

JOHN P. MERTENS

26069

**Action Equipment Rental**
**Adequate Protection Payments**

| | Retained Equipment @ FMV | Adequate Protection Payment (a) |
|---|---|---|
| GE Credit | $ 377,100 | $ 7,646 |
| Gehl/B of A | $ 529,000 | $ 10,726 |
| Wells Fargo | $ 365,000 | $ 7,401 |
| Peoples | $ 587,000 | $ 11,902 |
| National City PNC | $ 69,500 | $ 1,409 |
| FCC | $ 356,500 | $ 7,229 |
| Daimler Chrysler | $ 180,000 | $ 3,650 |
| American Bank | $ 25,000 | $ 507 |
| Balboa | $ 35,000 | $ 710 |
| Ford | $ 75,000 | $ 1,521 |
| HCA | $ 73,000 | $ 1,480 |
| Diversified | $ 33,000 | $ 669 |
| CNH | $ 94,000 | $ 1,906 |
| Sacramento Leasing | $ 131,850 | $ 2,673 |
| Trinity | $ 122,500 | $ 2,484 |
| Stearns Bank | $ 46,000 | $ 933 |
| DLL | $ 12,000 | $ 243 |
| Leaf Financial | $ 64,400 | $ 1,306 |
| WestAmerica | $ 59,000 | $ 1,196 |
| Kraus-Anderson | $ 108,000 | $ 2,190 |
| BB&T | $ 35,000 | $ 710 |
| John Deere | $ 80,000 | $ 1,622 |
| M&T Bank | $ 23,500 | $ 476 |
| U.S. Bank | $ 34,000 | $ 689 |
| Irwin | $ 8,000 | $ 162 |
| | $ 3,523,350 | $ 71,441 |

(a) Monthly payment calculated based on the fully amortized payment at 8% for 5 years.

Exhibit A

Page 3 EXHIBIT 1, Page 3

In re **Action Equipment Rentals**, Debtor — Case No. **10-61196-A-11**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Sacramento Leasing<br>5301 Madison Ave, Ste. 101<br>Sacramento, CA 95841 | | | Collecting for:<br>Key Equipment Finance<br>Value $ | | | | Notice Only | |
| Account No. 914001<br>Kraus-Anderson Capital<br>523 So. 8th St.<br>Minneapolis, MN 55404 | X | - | Security Interest Against Asset No. See Schedule - B<br>Security Interest asset numbers: 1073' 1501' 1502' 1505' 1118' 1269' 1074' 1116' 1506' 1529<br>Value $ 108,000.00 | | | | 204,095.87 | 96,095.87 |
| Account No. Unknown<br>Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | X | - | Security Interest Against Asset No. See Schedule - B<br>Security Interest asset numbers: 0570' 0571' 0572' 0573' 0574' 0575' 0576' 0577' 0611' 0679' 0680' 0598' 0559' 0560' 0684' 0689' 0688' 0687' 0645' 0657' 0700' 0701<br>Value $ 64,400.00 | | | | 102,510.02 | 38,110.02 |
| Account No. 45002-001<br>M&T Bank formerly Court Square<br>PO Box 62176<br>Baltimore, MD 21264 | | - | Security Interest Against Asset No. See Schedule -B<br>390, 395, 396<br>Value $ 23,500.00 | | | | 44,444.57 | 20,944.57 |
| Account No. 103714000<br>National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | | - | Security Interest Against Asset No. - See Schedule-B<br>Security Interest asset numbers: 0601' 0602' 0617' 0618' 0619' 0620' 0621' 0625' 0626' 0627' 0603' 0604' 0605' 0606' 0607' 0608' 0628' 0623' 0624<br>Value $ 169,500.00 | | | | 289,679.72 | 120,179.72 |
| | | | | | | Subtotal (Total of this page) | 640,730.18 | 275,330.18 |

Sheet 24 of 30 continuation sheets attached to Schedule of Creditors Holding Secured Claims

EXHIBIT 1, Page 4

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

| | |
|---|---|
| In re: IRON INDUSTRIES, INC. Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 10-61192-A-11 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Levy, Small & Lallas, 815 Moraga Drive, Los Angeles, CA 90049

A true and correct copy of the foregoing document described as OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENT BY WELLS FARGO EQUIPMENT FINANCE, INC. will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 22, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 22, 2010 | Mary Alice Corton | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

*In re*

**IRON INDUSTRIES, INC.**

*Debtor*

**Case Number: 10-61192-A-11**

CHAPTER 11

| | |
|---|---|
| **Iron Industries, Inc.**<br>PO Box 1324<br>Hanford, CA 93232<br>*Debtor* | **Hagop T. Bedoyan, Esq.**<br>5260 N. Palm Avenue, No. 201<br>Fresno, CA 93704<br>*Debtor's Counsel* |
| **Office of the U.S. Trustee**<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721<br>*U.S. Trustee* | **Gregory S. Powell, Esq.**<br>2500 Tulare Street, No. 1401<br>Fresno, CA 93721<br>*U.S. Trustee's Counsel* |
| **Banc of America**<br>formerly Gehl Finance<br>PO Box 371995<br>Pittsburgh, PA 15250-7995 | **Key Equipment Finance**<br>PO Box 74713<br>Cleveland, OH 44194 |
| **Banc of America**<br>formerly Gehl Finance<br>PO Box 372009<br>Pittsburgh, PA 15250-8009 | **Kraus-Anderson Capital**<br>523 So. 8th Street<br>Minneapolis, MN 55404 |
| **Banc of America**<br>formerly Gehl Finance<br>PO Box 372010<br>Pittsburgh, PA 15250-8010 | **Leaf Funding Inc.**<br>PO Box 644006<br>Cincinnati, OH 45264-4006 |
| **Daimler Truck Financial**<br>13650 Heritage Parkway<br>Fort Worth, TX 76177 | **National City Commercial Capital Co. Ltd.**<br>995 Dalton Avenue<br>Cincinnati, OH 45203 |
| **Diversified Financial Services LLC**<br>PO Box 95662<br>Chicago, IL 60694-5662 | **People's Capital & Leasing Corporation**<br>255 Bank Street, 4th Floor<br>Waterbury, CT 06702-2213 |
| **FCC Financing Inc.**<br>PO Box 905010<br>Charlotte, NC 28290-5010 | **Wells Fargo Equip Finance**<br>PO Box 1450<br>Minneapolis, MN 55485-8178 |
| **GE Capital**<br>PO Box 802585<br>Chicago, IL 60680-2585 | **Honorable Whitney Rimel**<br>United States Bankruptcy Court<br>Eastern District of California<br>– Fresno Division<br>2500 Tulare Street, No. 2501<br>Fresno, CA 93721-1318 |