UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Iron Industries, Inc. | **Case No :** | 10-61192 - A - 11 |
| | | **Date :** | 12/01/10 |
| | | **Time :** | 01:30 |

| | | |
|---|---|---|
| **Matter :** | [20] - Motion/Application to Use Cash Collateral [KDG-1] Filed by Debtor Iron Industries, Inc. (kesf) | UNOPPOSED |

**Judge :** Whitney Rimel
**Courtroom Deputy :** Gay Parker
**Reporter :** Linda Gorman
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Hagop T. Bedoyan
**Respondent(s) :**
(by phone)    Creditor's Attorney - John Mertens; Mark Poniatowski; Richard Solomon
    U.S. Trustee's Attorney - Greg Powell

MOTION was :
Granted

pursuant to budget through December. Relief from stay today as to all items of equipment debtor wishes to surrender. Provide for inspection of collateral.

ORDER TO BE PREPARED BY :    Hagop T. Bedoyan
ORDER TO BE APPROVED BY :    Respondent(s)