2010-61192
FILED
December 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003114020

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>IRON INDUSTRIES, INC.,<br><br>    Debtor-In-Possession. | Case No. 10-61192-A-11<br>Jointly Administered with<br>Case No. 10-61196-A-11<br><br>Chapter 11<br><br>DC No. KDG-10 |
| In re:<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>    Debtor-In-Possession. | Date: December 1, 2010<br>Time: 1:30 pm<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR FEES AND EXPENSES BY ATTORNEYS FOR IRON INDUSTRIES, INC.**

The First Application for Allowance of Fees and Expenses Filed by Attorneys for IRON INDUSTRIES, INC. ("Debtor") on November 10, 2010 (the "First Application") came on for hearing on December 1, 2010, after notice to Debtor, Action Equipment Rentals, the United States Trustee, all creditors, and parties requesting special notice.

After considering the First Application, there being no objection filed or made to the First Application and Proof of Service on Debtor, Action Equipment Rentals, the United States Trustee, all creditors, and parties requesting special notice having been filed herein:

///

RECEIVED
December 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003114020

1      IT IS ORDERED, ADJUDGED, and DECREED that:

2      1.    The First Application for Allowance of Fees and Expenses Filed by Attorneys
3 for Iron Industries, Inc. in Chapter 11 Case, Klein, DeNatale, Goldner, Cooper, Rosenlieb &
4 Kimball ("Klein, DeNatale") on November 10, 2010 is approved on an interim basis;
5      2.    The sum of $24,708.00 for services rendered and the sum of $132.13 in
6 expenses incurred by Klein, DeNatale as Debtor's attorneys incurred from September 21, 2010
7 through October 20, 2010; and
8      3.    Klein, DeNatale is authorized to transfer from its trust account the sum of
9 $24,840.13 to pay the interim fees and expenses approved by this order.

Dated:

Dec 03, 2010

_____
United States Bankruptcy Judge

3351588                           2