HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

Attorneys for Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>IRON INDUSTRIES, INC.,<br><br>    Debtor-In-Possession. | Case No. 10-61192-A-11<br>Jointly Administered with<br>Case No. 10-61196-A-11<br><br>Chapter 11<br><br>DC No. KDG-18 |
| In re:<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>    Debtor-In-Possession. | **PRELIMINARY HEARING**<br><br>Date:    January 5, 2011<br>Time:   1:30 pm<br>Place:  United States Bankruptcy Court<br>          2500 Tulare Street, Fifth Floor<br>          Department A, Courtroom 11<br>          Fresno, California<br>Judge:  Honorable Whitney Rimel |

## ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION THROUGH JANUARY 26, 2011

The *Second Motion for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* ("Motion") filed by IRON INDUSTRIES, INC. ("Iron") and ACTION EQUIPMENT RENTALS ("Action") (collectively "Debtors") was scheduled for hearing

1

33E6759.DOC

before the Honorable Whitney Rimel on January 5, 2011, at 1:30 p.m. in the above entitled Court. Hagop T. Bedoyan, Esq. appeared on behalf of the Debtors. Gregory S. Powell, Esq. appeared on behalf of the United States Trustee. John Mertens appeared for National City PNC and Kimberly Leding appeared for FCC. Other appearances made at the hearing are noted on the record.

The Court, having considered the Motion and papers filed in support of the Motion, the papers filed in opposition of the Motion, the comments of counsel, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted on an interim basis through January 26, 2011, subject to the terms and conditions of this Order;

2. Debtors are authorized to use bank deposits on hand and business receivables, (collectively "Cash Collateral"), in the amounts set forth in the Budget attached hereto as Exhibit "A" ("Budget") with an allowed ten percent (10%) variance, on an interim basis through January 26, 2011;

3. Debtor is authorized to make adequate protection payments to the secured creditors in the amounts described in Exhibit "B" attached here ("Secured Creditors") as well as the other payments described in the Budget through January 26, 2011;

4. Debtor is authorized to increase the amount of the monthly adequate protection payment to National City PNC from $1,409.00 to $1,612.00 as described in Exhibit "B" attached here.

5. Debtor and National City PNC will retain their rights to argue different amounts at a future date concerning the value of National City PNC's collateral.

6. The Secured Creditors are granted replacement liens against Debtors' post-petition assets to the same extent, validity, and priority of their pre-petition lien to the extent of any diminution of their collateral base during the period of this interim order. Said liens shall be perfected by operation of law upon entry of this Order and no filing or other action is necessary;

33E6759.DOC

7. A final hearing on the Motion shall be held on January 26, 2011 at 2:00 p.m., in Bakersfield, California.

Dated: Jan 08, 2011

*United States Bankruptcy Judge*

33E6759.DOC

Action Equipment Rental
January through April 2011 Cash Flow
December 15, 2010

| | Week 15<br>1/1-1/8 | Week 16<br>1/9-1/15 | Week 17<br>1/16-1/22 | Week 18<br>1/23-1/29 | February | March | April | Total |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance (b) | $ 459,552 | $ 529,643 | $ 490,727 | $ 477,860 | $ 460,864 | $ 472,993 | $ 447,733 | $ 459,552 |
| **Sources:** | | | | | | | | |
| Post-Petition Equipment Rental Sales-Third Party | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 275,000 | $ 350,000 | $ 375,000 | $ 1,300,000 |
| Post Petition Equipment Resale Sales | | | | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 |
| Post Petition Equipment Rental Sales-Iron Industries | $ 18,951 | $ 18,951 | $ 18,951 | $ 18,951 | $ 81,435 | $ 90,289 | $ 94,380 | $ 341,907 |
| Total Post Petition Revenues | $ 93,951 | $ 93,951 | $ 93,951 | $ 118,951 | $ 381,435 | $ 465,289 | $ 494,380 | $ 1,741,907 (c) |
| Less: Additions to Accounts Receivable | $ (93,951) | $ (93,951) | $ (93,951) | $ (118,951) | $ (381,435) | $ (465,289) | $ (494,380) | $ (1,741,907) |
| Equipment Rental Collections-Third Party | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 320,000 | $ 290,000 | $ 288,000 | $ 1,218,000 |
| Equipment Resale Collections (a) | | | | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 |
| Equipment Rental Collections-Iron Industries | $ 18,951 | $ 18,951 | $ 18,951 | $ 18,951 | $ 81,435 | $ 90,289 | $ 94,380 | $ 341,907 |
| **Total Sources** | $ 98,951 | $ 98,951 | $ 98,951 | $ 123,951 | $ 426,435 | $ 405,289 | $ 407,380 | $ 1,659,907 |
| **Uses:** | | | | | | | | |
| Parts and Materials COGS | $ 5,250 | $ 5,250 | $ 5,250 | $ 5,250 | $ 21,000 | $ 22,575 | $ 32,000 | $ 96,575 |
| Machine COGS (a) | | | | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 |
| Advertisement | $ 400 | $ 400 | $ 400 | $ 400 | $ 1,600 | $ 1,720 | $ 1,720 | $ 6,640 |
| Rent Hanford-To Iron Industries | | $ 6,000 | | | $ 6,000 | $ 6,000 | $ 6,000 | $ 24,000 |
| Rent Tulare | | $ 8,700 | | | $ 8,700 | $ 8,700 | $ 8,700 | $ 34,800 |
| Rent Porterville | | $ 4,841 | | | $ 4,841 | $ 4,841 | $ 4,841 | $ 19,364 |
| Fuel | | $ 18,000 | | $ 18,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 144,000 |
| Uniforms | $ 1,200 | | | | $ 1,200 | $ 1,200 | $ 1,200 | $ 4,800 |
| Outside Labor-Iron Industries | | $ 60,000 | | $ 60,000 | $ 120,000 | $ 120,000 | $ 120,000 | $ 480,000 |
| Alarm | | $ 300 | | | $ 300 | $ 300 | $ 300 | $ 1,200 |
| Shop Supplies | $ 1,512 | $ 1,512 | $ 1,512 | $ 1,512 | $ 6,060 | $ 6,515 | $ 6,515 | $ 25,137 |
| Outside Hauling | | | | | | | | $ - |
| Office Supplies | $ 375 | $ 375 | $ 375 | $ 375 | $ 1,500 | $ 1,613 | $ 1,613 | $ 6,225 |
| Computer System | $ 165 | $ 165 | $ 165 | $ 165 | $ 660 | $ 710 | $ 710 | $ 2,739 |
| Automobile Expense | | | | $ 2,450 | $ 2,450 | $ 2,450 | $ 2,450 | $ 9,800 |
| Credit Card Fees and Bank Charges | $ 915 | $ 915 | $ 915 | $ 915 | $ 3,660 | $ 3,935 | $ 3,935 | $ 15,189 |
| Cleaning | | | | | | | | $ - |
| Dues and Subscriptions | | | | | | | | $ - |
| Equipment Rental-Iron Owned Equipment | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 80,000 |
| Management Compensation Ron Silveira | $ 1,025 | $ 1,025 | $ 1,025 | $ 1,025 | $ 4,100 | $ 4,408 | $ 4,408 | $ 17,015 |
| Management Compensation Scott McCoy | $ 1,125 | $ 1,125 | $ 1,125 | $ 1,125 | $ 4,500 | $ 4,838 | $ 4,838 | $ 18,675 |
| Health Insurance | | | | $ 5,600 | $ 5,600 | $ 5,600 | $ 5,600 | $ 22,400 |
| Insurance | | $ 4,748 | | | $ 4,748 | $ 4,748 | $ 4,748 | $ 18,992 |

Exhibit A
Page 4

| Item | | | | | | | |
|---|---|---|---|---|---|---|---|
| Licenses and Permits | $ 550 | $ 550 | $ 550 | $ 2,200 | $ 2,365 | $ 2,365 | $ 9,130 |
| Postage and Delivery | $ 330 | $ 330 | $ 330 | $ 1,320 | $ 1,419 | $ 1,419 | $ 5,478 |
| Professional Fees | | 7,533 | | 12,500 | 25,000 | 25,000 | 70,033 |
| Computer Repairs | $ 200 | $ 200 | $ 200 | $ 800 | $ 860 | $ 860 | $ 3,320 |
| Equipment Repairs | $ 4,050 | $ 4,050 | $ 4,050 | $ 16,000 | $ 16,000 | $ 16,000 | $ 64,200 |
| Telephone | $ 5,280 | | | $ 5,280 | $ 5,280 | $ 5,280 | $ 21,120 |
| Internet Service | $ 300 | | | $ 300 | $ 300 | $ 300 | $ 1,200 |
| Training & Continued Education | $ 125 | $ 125 | $ 125 | $ 500 | $ 538 | $ 538 | $ 2,075 |
| Freight & Delivery | $ 125 | $ 125 | $ 125 | $ 500 | $ 538 | $ 538 | $ 2,075 |
| Meals | $ 275 | $ 275 | $ 275 | $ 1,100 | $ 1,183 | $ 1,183 | $ 4,565 |
| Hotel & Lodging | $ 100 | $ 100 | $ 100 | $ 400 | $ 430 | $ 430 | $ 1,660 |
| Gas and Electric | $ 6,300 | | | $ 6,300 | $ 6,300 | $ 6,300 | $ 25,200 |
| Water | $ 400 | | | $ 400 | $ 400 | $ 400 | $ 1,600 |
| Trash service | $ 400 | | | $ 400 | $ 400 | $ 400 | $ 1,600 |
| Sales Taxes | | | $ 11,000 | $ 11,000 | | $ 11,000 | $ 44,000 |
| Property Taxes | $ 3,463 | | | | | $ 3,463 | $ 6,926 |
| Small Tools and Equipment | $ 1,875 | $ 1,875 | $ 1,875 | $ 7,500 | | $ 7,500 | $ 30,000 |
| U.S. Trustee Fees | | | $ 6,500 | | | $ 6,500 | $ 13,000 |
| Adequate Protection Payments to Secured Creditors | $ — | $ 69,887 | $ 69,887 | $ 69,887 | $ 69,887 | $ 69,887 | $ 279,550 |
| | | | | | | | |
| Total Uses | $ 28,860 | $ 137,866 | $ 111,817 | $ 140,947 | $ 414,306 | $ 430,549 | $ 449,937 | $ 1,714,283 (d) |
| Net Cash Flow | $ 70,091 | $ (38,915) | $ (12,867) | $ (16,996) | $ 12,128 | $ (25,260) | $ (42,557) | $ (54,376) |
| Ending Cash Balance | $ 529,643 | $ 490,727 | $ 477,860 | $ 460,864 | $ 472,993 | $ 447,733 | $ 405,176 | $ 405,176 |

(a) The company buys and sells equipment from time to time in the ordinary course of business. Timing is difficult to predict, therefore, the cost is budgeted with no margin to avoid artificially overstating the excess cash balance in the event that these sales do not occur during the relevant budget period.
(b) Beginning cash balance estimated.
(c) Additions to Collateral.
(d) Cash used is less than additions to collateral (c).



Exhibit A
Page 5

Iron Industries
January through April 2011 Cash Flow
December 15, 2010

| | Week 15 1/1-1/8 | Week 16 1/9-1/15 | Week 17 1/16-1/22 | Week 18 1/23-1/29 | February | March | April | Total |
|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance (b)** | $ 222,972 | $ 218,581 | $ 248,284 | $ 229,230 | $ 238,983 | $ 288,745 | $ 683,653 | $ 222,972 |
| **Sources:** | | | | | | | | |
| Post-Petition Construction Revenues Billed or Accrued-Private Metal Bld. | $ 38,045 | $ 38,045 | $ 38,045 | $ 38,045 | $ 221,882 | $ 448,500 | $ 415,300 | $ 1,237,862 |
| Post-Petition Construction Revenues Billed or Accrued-Private Structural | $ 41,399 | $ 41,399 | $ 41,399 | $ 41,399 | $ 208,937 | $ 170,646 | $ 100,000 | $ 645,180 |
| Post-Petition Construction Revenues Billed or Accrued-Union Structural | $ 110,062 | $ 110,062 | $ 110,062 | $ 110,062 | $ 383,530 | $ 283,744 | $ 428,500 | $ 1,536,023 |
| Post-Petition Construction Revenues Billed or Accrued-Material Only | | | | | | | | $ - |
| Less: Additions to Accounts Receivable | $ (189,507) | $ (189,507) | $ (189,507) | $ (189,507) | $ (814,349) | $ (902,890) | $ (943,800) | $ (3,419,065) (f) |
| Construction Collections | $ 155,165 | $ 155,466 | $ 148,087 | $ 149,645 | $ 659,787 | $ 1,058,632 | $ 707,569 | $ 3,034,351 |
| Joint Check Collections (c) | $ 8,500 | | | | | | | $ 8,500 |
| Payroll Reimbursements from Action Equipment | $ - | $ 60,000 | $ - | $ 60,000 | $ 120,000 | $ 120,000 | $ 120,000 | $ 480,000 |
| Rent from Action-Rental Equipment and Hanford Building | $ 5,000 | $ 11,000 | $ 5,000 | $ 5,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 104,000 |
| **Total Sources** | $ 168,665 | $ 226,466 | $ 153,087 | $ 214,645 | $ 805,787 | $ 1,204,632 | $ 853,569 | $ 3,626,851 |
| **Collections:** | | | | | | | | |
| 90% of $2,000,000 beginning AR collected 80% by the end of Feb. and 20% March | $ 163,665 | $ 155,466 | $ 148,087 | $ 149,645 | $ 659,787 | $ 360,000 | | $ 1,636,650 |
| 90% of Weeks 13-14 Collected in Early March | | | | | | | | $ - |
| 90% of weeks 15-16 Collected in Late March | | | | | | $ 698,632 | | $ 698,632 |
| 90% of Weeks 17-18 Collected in Early April | | | | | | | $ 341,112 | $ 341,112 |
| 90% of Februray collected 50% in Late April | | | | | | | $ 366,457 | $ 366,457 |
| **Total Collections** | $ 163,665 | $ 155,466 | $ 148,087 | $ 149,645 | $ 659,787 | $ 1,058,632 | $ 707,569 | $ 3,042,851 |
| **Uses:** | | | | | | | | |
| **Project Related Costs:** | | | | | | | | |
| Direct Labor-Ongoing Projects-Private Metal Bld. | 45% | $ 17,120 | $ 17,120 | $ 17,120 | $ 17,120 | $ 99,847 | $ 201,825 | $ 186,885 | $ 557,038 |
| Direct Labor-Ongoing Projects-Private Structural | 45% | $ 18,630 | $ 18,630 | $ 18,630 | $ 18,630 | $ 94,022 | $ 76,791 | $ 45,000 | $ 290,331 |
| Direct Labor-Ongoing Projects-Union Structural | 65% | $ 71,540 | $ 71,540 | $ 71,540 | $ 71,540 | $ 249,295 | $ 184,434 | $ 278,525 | $ 998,415 |
| Total Direct Labor (d) | 100% | $ 107,290 | $ 107,290 | $ 107,290 | $ 107,290 | $ 443,163 | $ 463,049 | $ 510,410 | $ 1,845,784 |
| Material Costs-Ongoing Projects | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Fuel-Ongoing Projects (e) | 4% | $ 7,580 | $ 7,580 | $ 7,580 | $ 7,580 | $ 32,574 | $ 36,116 | $ 37,752 | $ 136,763 |
| Equipment Rental-To Action-Ongoing Projects (e) | 10% | $ 18,951 | $ 18,951 | $ 18,951 | $ 18,951 | $ 81,435 | $ 90,289 | $ 94,380 | $ 341,907 |
| Equipment Repairs (e) | 1% | $ 1,895 | $ 1,895 | $ 1,895 | $ 1,895 | $ 8,143 | $ 9,029 | $ 9,438 | $ 34,191 |
| Sub Pay & Travel-Ongoing Travel (e) | 2% | $ 3,790 | $ 3,790 | $ 3,790 | $ 3,790 | $ 16,287 | $ 18,058 | $ 18,876 | $ 68,381 |
| Hotel & Lodging-Ongoing Projects (e) | 2% | $ 3,790 | $ 3,790 | $ 3,790 | $ 3,790 | $ 16,287 | $ 18,058 | $ 18,876 | $ 68,381 |
| Work Comp-Ongoing Projects (e) | 5% | $ 9,475 | $ 9,475 | $ 9,475 | $ 9,475 | $ 40,717 | $ 45,145 | $ 47,190 | $ 170,953 |
| **Fixed Costs:** | | | | | | | | |
| Equipment Leased | | | | | | | | | $ - |
| Rent Hanford | | | | $ 2,928 | | $ 2,928 | $ 2,928 | $ 2,928 | $ 11,712 |
| Insurance | | $ 4,500 | | | | $ 4,500 | $ 4,500 | $ 4,500 | $ 18,000 |

Exhibit A
Page 6

REVISED FINAL Cash Collateral Budget-Jan-April-01-5-11.xls

| Category | | | | | | | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| Employee Certification | | | | $ 100 | $ 100 | $ 100 | $ 400 |
| Building | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 6,000 | $ 6,000 | $ 24,000 |
| Outside Hauling | $ 321 | $ 321 | $ 321 | $ 321 | $ 1,443 | $ 1,443 | $ 5,613 |
| Office Supplies | $ 71 | $ 71 | $ 71 | $ 71 | $ 284 | $ 305 | $ 1,179 |
| Bank Service Charges | $ 135 | $ 135 | $ 135 | $ 135 | $ 540 | $ 581 | $ 2,241 |
| Dues and Subscriptions | $ 50 | $ 50 | $ 50 | $ 50 | $ 225 | $ 225 | $ 875 |
| Licenses and Permits | | $ 750 | $ 750 | $ 750 | $ 3,000 | $ 3,000 | $ 12,000 |
| Professional Fees | | $ 7,533 | | | $ 12,500 | $ 25,000 | $ 70,033 |
| Repairs | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 5,000 | $ 5,000 | $ 25,000 |
| Telephone | $ 1,621 | $ 1,621 | $ 1,621 | $ 1,621 | $ 1,621 | $ 1,621 | $ 6,484 |
| Business Meals | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 82 | $ 574 |
| Payroll-Salaried Employees | $ 23,500 | $ 23,500 | $ 23,500 | $ 23,500 | $ 47,000 | $ 47,000 | $ 188,000 |
| Taxes | | $ 11,586 | $ 11,586 | | $ 23,172 | $ 23,172 | $ 92,688 |
| Small Tools and Equipment | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 7,500 | $ 7,500 | $ 30,000 |
| U.S. Trustee Fees | | | $ 9,750 | | | $ 9,750 | $ 19,500 |
| Adequate Protection Payments to Secured Creditors | | | $ 1,524 | $ 1,524 | $ 1,524 | $ 1,524 | $ 6,095 |
| Payments of Pre-Petition Liens on Construction Projects (c) | $ 8,500 | | | | | | $ 8,500 (g) |
| **Total Uses** | $ 173,056 | $ 196,763 | $ 172,141 | $ 204,892 | $ 756,026 | $ 809,723 | $ 3,189,253 |
| **Net Cash Flow** | $ (4,391) | $ 29,703 | $ (19,054) | $ 9,753 | $ 49,762 | $ 394,908 | $ 437,597 |
| **Ending Cash Balance** | $ 218,581 | $ 248,284 | $ 229,230 | $ 238,983 | $ 288,745 | $ 683,653 | $ 660,569 |
| Amount to be held in reserve pending contract start-up (a) | | | | | | | $ 660,000 |
| **Ending Cash Balance-After Reserve** | | | | | | | $ 569 |

(a) The Company has a significant backlog of pending projects which, when starting, require the funding of significant start up costs. Excess funds are reserved for this purpose.

(b) Beginning cash balance estimated.

(c) Payments of Pre-Petition Liens will be paid by joint check from the general contractor in order to release liens on the project, or paid by Iron Industries to prevent contractors Licence Bond claims, and allow Iron Industries to complete work and be paid for work performed.

(d) Labor reflects weekly accrual, however some payments will be made bi-Weekly.

(e) Other variable costs are incurred weekly, however payments may not be made in the weeks incurred.

(f) Additions to Collateral.

(g) Cash used is less than additions to collateral (c).

Exhibit ___A___

Page ___7___

## Action Equipment Rentals and Iron Industries, Inc.
## Adequate Protection Payments

| | Retained Equipment @ FMV | Adequate Protection Payment (a) | |
|---|---:|---:|---|
| GE Credit | $ 395,500 | 8,019.32 | Revised 1.06.11 |
| Bank of America | $ 206,000 | 4,177.00 | Revised 10.13.10 |
| Gehl | $ 328,000 | 6,650.66 | Revised 12.18.10 |
| Wells Fargo Equipment Finance, Inc. | $ 390,000 | 7,907.79 | Revised 12.28.10 |
| Wells Fargo Financial Capital Finance | $ 67,500 | 1,368.66 | |
| Peoples | $ 609,500 | 12,358.46 | Revised 10.12.10 |
| National City PNC | $ 79,500 | 1,611.73 | Revised 01.05.11 |
| FCC | $ 206,500 | 4,187.08 | Revised 12.18.10 |
| Daimler Chrysler | $ 180,000 | 3,649.75 | |
| American Bank | $ 25,000 | 506.91 | |
| Balboa | $ 35,000 | 709.67 | |
| Ford | $ 75,149 | 1,523.75 | Revised 12.20.10 |
| HCA | $ 73,000 | 1,480.18 | |
| Diversified | $ 33,000 | 669.12 | |
| CNH | $ 94,000 | 1,905.98 | |
| Sacramento Leasing | $ 131,850 | 2,673.44 | |
| Trinity | $ 122,500 | 2,483.86 | |
| Stearns Bank | $ 46,000 | 932.71 | |
| DLL | $ 12,000 | 243.32 | |
| Leaf Financial | $ 64,400 | 1,305.80 | |
| WestAmerica | $ 59,000 | 1,196.31 | |
| Kraus-Anderson | $ 108,000 | 2,189.85 | |
| BB&T | $ 35,000 | 709.67 | |
| John Deere | $ 80,000 | 1,622.11 | |
| M&T Bank | $ 23,500 | 476.50 | |
| U.S. Bank | $ 34,000 | 689.40 | |
| Irwin | $ 8,000 | 162.21 | |
| | $ 3,521,899 | 71,411.24 | |

(a) Monthly payment calculated based on the fully amortized payment at 8% for 5 years.