2010-61192
FILED
April 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003424039

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

Attorneys for Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>IRON INDUSTRIES, INC.,<br><br>    Debtor-In-Possession. | Case No. 10-61192-A-11<br>Jointly Administered with<br>Case No. 10-61196-A-11<br><br>Chapter 11<br><br>DC No. KDG-37 |
| In re:<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>    Debtor-In-Possession. | **PRELIMINARY HEARING**<br><br>Date:   April 22, 2011<br>Time:  11:00 a.m.<br>Place:  United States Bankruptcy Court<br>          2500 Tulare Street, Fifth Floor<br>          Department A, Courtroom 11<br>          Fresno, California<br>Judge:  Honorable Whitney Rimel |

**ORDER SHORTENING TIME FOR SERVICE OF MOTION BY DEBTORS FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION**

The Court having reviewed the *Ex Parte Application for Order Shortening Time for Service of Motion By Debtors for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* filed by IRON INDUSTRIES, INC. ("Iron") and ACTION EQUIPMENT RENTALS ("Action") (collectively "Debtors"),

It appearing that good cause exists for issuing an Order Shortening Time and that no party in interest will be prejudiced or harmed as a result,

RECEIVED
April 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003424039

IT IS HEREBY ORDERED that:

1. The *Ex Parte Application for Order Shortening Time for Service of Motion by Debtors for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* is granted;

2. The preliminary hearing on the *Motion By Debtor for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* ("the Motion") shall be held on April 22, 2011, at 11:00 a.m. at the United States Bankruptcy Court, 2500 Tulare Street, Department A, Courtroom 11, Fifth Floor, Fresno, California. A final hearing will be scheduled at the preliminary hearing to allow any parties in interest to file oppositions, if any, to the motion and responsive pleadings;

3. Debtors shall serve copies of the Notice of Hearing, Motion and supporting documents on the United States Trustee, Debtors, and any parties identified in the *Order Limiting Service of Certain Motions* by first class mail on Thursday, April 14, 2011,

4. Opposition, if any, to the Motion shall be presented at the preliminary hearing on the Motion;

5. The Court shall continue the hearing on the Motion, to permit the filing of briefs; and

6. Any party may arrange a telephonic appearance by contacting Court Conference at (866) 582-6878 prior to 4:00 p.m. on April 21, 2011.

Dated:

Apr 15, 2011

United States Bankruptcy Judge