**36**

1  HAGOP T. BEDOYAN, CSB 131285
   CHRISTIAN D. JINKERSON, CSB 232143
2  KLEIN, DENATALE, GOLDNER,
      COOPER, ROSENLIEB & KIMBALL, LLP
3  5260 N. Palm Avenue, Suite 201
   Fresno, California 93704
   Telephone: (559) 438-4374
4  Facsimile: (559) 432-1847
   Email: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com
5
   Attorneys for Debtors in Possession
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 In re:                              Case No.  10-61192-A-11
                                       **Jointly Administered With**
12 IRON INDUSTRIES, INC.,              **Case No.** 10-61196-A-11

13        Debtor-In-Possession.        Chapter  11

14 ─────────────────────────────       DC NO.  KDG-45
   In re:
15                                      Date:   July 6, 2011
   ACTION EQUIPMENT RENTALS, A         Time:   1:30 p.m.
16 GENERAL PARTNERSHIP,                 Place:  United States Bankruptcy Court
                                               2500 Tulare Street, Fifth Floor
17        Debtor-In-Possession.                Department A, Courtroom 11
                                               Fresno, California
18                                      Judge:  Honorable Whitney Rimel

19 **JOINT DISCLOSURE STATEMENT FOR IRON INDUSTRIES, INC. AND ACTION
   EQUIPMENT RENTALS IN CONNECTION WITH DEBTORS' JOINT PLAN OF
20 REORGANIZATION DATED MAY 15, 2011**

21        Iron Industries, Inc., an "S" corporation ("Iron"), and Action Equipment Rentals, a

22 general partnership ("Action" and together with Iron, collectively, the "Debtors"), provide this

23 Joint Disclosure Statement (the "Disclosure Statement") to provide adequate information to

24 allow parties in interest to make an informed decision about accepting Debtors' Joint Chapter

25 11 Plan of Reorganization (the "Plan).

26 / / /

27 / / /

28

# I.    INTRODUCTION

Iron and Action each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on September 28, 2010. Debtors are affiliates because they have common ownership and their businesses are interrelated and are a common enterprise. Specifically, Robert Moffitt and Charles Emanuel each own 50% of Iron, and they each own 25% of Action. In addition, Iron is a major customer of Action. The Court entered Orders Directing Joint Administration of the Chapter 11 Cases filed by Iron and Action on November 7, 2010.

Debtors have operated their businesses as debtors-in-possession since filing their bankruptcy petitions and a trustee has not been appointed in either of their bankruptcy cases. No Creditors' Committee was formed or appointed. This Disclosure Statement is provided to the holders of claims to provide adequate information to claimants so that claimants can arrive at an informed decision in exercising their right to accept or reject the Debtors' Plan. A copy of the Plan will be served on Debtors, the United States Trustee, all creditors, and parties requesting special notice after the Disclosure Statement is approved by the Bankruptcy Court.

Your vote to accept or reject the Plan is important. The Plan can be confirmed by the Court if it is accepted by the holders of claims in each class of claims voting on the Plan. Furthermore, the Court can confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class rejecting it if the requisite acceptances are not obtained.

NO REPRESENTATIONS ABOUT THE DEBTORS, PARTICULARLY ABOUT THE DEBTORS' FUTURE BUSINESS OPERATIONS OR THE VALUE OF ITS PROPERTY, ARE AUTHORIZED BY THE DEBTORS EXCEPT AS SET FORTH IN THIS DISCLOSURE STATEMENT. ANY REPRESENTATIONS OR INDUCEMENTS MADE TO SECURE ACCEPTANCE OR REJECTION OF THE PLAN OTHER THAN AS CONTAINED IN THIS DISCLOSURE STATEMENT SHOULD NOT BE RELIED UPON BY ANY CREDITOR OR INTEREST HOLDER.

///

///

THE INFORMATION CONTAINED IN THIS DISCLOSURE STATEMENT HAS NOT BEEN SUBJECT TO A CERTIFIED AUDIT. IN ADDITION, IT IS IMPOSSIBLE TO MAKE ESTIMATIONS AND PROJECTIONS INTO THE FUTURE WITH ABSOLUTE ACCURACY. THEREFORE, THE DEBTORS ARE UNABLE TO WARRANT OR REPRESENT THAT THE INFORMATION CONTAINED IN THIS DISCLOSURE STATEMENT IS COMPLETELY ACCURATE, EVEN THOUGH EVERY EFFORT HAS BEEN MADE TO PROVIDE ACCURATE INFORMATION. THE RECORDS KEPT BY THE DEBTORS RELY FOR THEIR ACCURACY ON INTERNAL BOOKKEEPING. THE RECORDS KEPT BY THE DEBTORS ARE NOT WARRANTED OR REPRESENTED TO BE FREE OF ANY INACCURACY. HOWEVER, EVERY EFFORT HAS BEEN MADE TO PRESENT ACCURATE INFORMATION. COUNSEL FOR THE DEBTORS HAS NOT INDEPENDENTLY VERIFIED ANY OF THE INFORMATION PROVIDED BY THE DEBTORS AND DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE TRUTH OR ACCURACY OF ANY OF THE INFORMATION PRESENTED. THE INFORMATION CONTAINED IN THE DISCLOSURE STATEMENT COMES FROM DEBTORS AND THEIR BUSINESS CONSULTANT AND ATTORNEYS. HOWEVER, ROBERT MOFFITT AND SCOTT MCCOY ARE THE PRIMARY SOURCES OF INFORMATION CONTAINED IN THE DISCLOSURE STATEMENT AND REPRESENT THE BEST SOURCES OF INFORMATION CONCERNING DEBTORS AND THEIR ASSETS AND LIABILITIES.

ALL PARTIES ENTITLED TO VOTE ON THE PLAN ARE URGED TO REVIEW IN FULL THE PLAN AND THIS DISCLOSURE STATEMENT TOGETHER WITH ALL EXHIBITS ATTACHED THERETO, PRIOR TO VOTING ON THE PLAN.

RISK AND OPPORTUNITIES ARE IDENTIFIED IN THE DISCLOSURE STATEMENT CONCERNING THE DEBTORS' ABILITY TO PERFORM UNDER THE PLAN. THE RISK OPPORTUNITIES ARE DISCUSSED IN ARTICLE IX OF THIS DISCLOSURE STATEMENT.

DEBTORS BELIEVE THAT THE PLAN IS FEASIBLE, FAIR AND EQUITABLE

1 AND THAT CONFIRMATION OF THE PLAN IS IN THE BEST INTEREST OF

2 CREDITORS AND INTEREST HOLDERS.

3 ## II.  BACKGROUND

4 ### A. Description of Debtors' Businesses

5 Iron specializes in structural steel and metal building erection and construction. Iron

6 was formed in 2003 by Charles Emanuel and Robert Moffitt. Mr. Emanuel formerly operated

7 the business as CDE Company which he formed in 2000. Iron performs structural steel and

8 metal building erection for a variety of retail consumer goods buildings, hospitals, and

9 educational institutions. Iron Industries has four separate divisions: public metal building,

10 private metal building, public structural steel and decking, and private structural steel and

11 decking. Iron operates throughout California and has about 85 employees.

12 Action is a machinery and equipment rental business. Action rents and sells a full line

13 of machinery and equipment, from hand tools to heavy equipment as well as party and event

14 supplies.

15 ### B. Description of Debtors and Insiders

16 #### 1. Iron Industries, Inc.

17 Iron is a California "S" Corporation that was formed by Charles Emanuel and Robert

18 Moffitt in 2003. Robert Moffitt and Charles Emanuel are the sole shareholders and each own

19 50% of the shares of Iron.

20 #### 2. Action Equipment Rentals

21 Action is a California general partnership formed in 2005 by its four partners,Robert

22 Moffitt, Charles Emanuel, Scott McCoy, and Ron Silveira. Each partner owns 25% of the

23 partnership. Action is a machinery and equipment rental business.

24 #### 3. Robert Moffitt

25 Robert Moffitt is the Chief Financial Officer of Iron, and the Managing Partner of

26 Action. In addition, Mr. Moffitt is a shareholder of Iron, and owns 50% of Iron's shares as

27 described above. Mr. Moffitt owns 25% of Action.

28 Mr. Moffitt studied business administration at Shawnee State University from 1995 to

1998. Mr. Moffitt began working in the equipment rental business in 1998 as a salesperson for SMA Equipment Company and was recognized as the top performer throughout California is his final year with the company (2001). From 2001 through 2005 he was in sales and the manager of Northridge Equipment Company. The company's monthly revenues grew from about $350,000 to about $1,000,000 per month during his tenure with the company. Mr. Moffitt joined Iron in 2004. Iron has built office buildings, shopping centers, medical facilities and education buildings in California under Mr. Moffitt's direction. Some of Iron's projects include:

    (1) 96 bed mental health facility located in Porterville, California

    (2) Lowes Home Improvement Stores located in Paso Robles, San Jose, and Hanford, California

    (3) College of the Sequoias – Tulare, California

    (4) Sierra Pacific High School – Hanford, California

    (5) Evergreen Oil Refinery located in Fremont, California

Mr. Moffitt participates in the day to day operations of Action and Iron. Mr. Moffitt's duties include all phases of the management of the companies including, but not limited to, oversight of accounts receivable, accounts payable, sales, human resources, legal and operations. He works closely with Charles Emanuel concerning the operation of Iron and with Scott McCoy concerning the operation of Action. He receives compensation of $112,000 per year from Iron, plus a car allowance and expenses. At the present time, he does not receive compensation from Action.

It is anticipated that Mr. Moffitt's role will remain the same during the pendency of the Chapter 11 cases.

### 4. Charles Emanuel

Mr. Emanuel is the Chief Executive Officer, Construction Estimator, and Project Manager for Iron. Mr. Emanuel owns 50% of the shares of Iron. Mr. Emanuel also owns 25% of Action.

Mr. Emanuel has been involved in the steel erection industry for the last seventeen

| 1 | years and has owned and operated his own business for the last eleven years.  His current |
| 2 | responsibilities include the primary management of the construction side of Iron, preparing |
| 3 | forecasts, providing training, and management of technology.  He also manages all of the |
| 4 | metal building construction aspect of Iron.  He receives compensation of $112,000 per year |
| 5 | from Iron, plus a car allowance and expenses.  At the present time, he does not receive |
| 6 | compensation from Action.  As noted above, Mr. Emanuel works closely with Mr. Moffitt in |
| 7 | the operation of Iron. |
| 8 |       It is anticipated that Mr. Emanuel's role will remain the same during the pendency of |
| 9 | the Chapter 11 cases. |

### 5. Scott McCoy

Mr. McCoy is the General Manager of Action, and owns 25% of Action.  Mr. McCoy graduated from Turlock High School in 1989 and completed 96 units toward a bachelor's degree in business administration.  Mr. McCoy has been involved in the equipment business since 1994, when he started working in the yard at US Rentals doing various duties until he was promoted to assistant manager.  Mr. McCoy worked for Sunbelt Rentals from 1999 to 2002 where he opened and managed new locations in Orlando, Florida and in Fresno, California.  He accepted an outside sales position with Northridge Equipment in 2002. Mr. McCoy managed his own territory and was instrumental in the increase of monthly revenues from about $400,000 to about $1,000,000 per month during his tenure with the company.  Mr. McCoy became a partner in Action in 2005 and managed a store in Madera, California and is currently Action's general manager.  His responsibilities include, but are not limited to, oversight of the store managers, approval of merchandising and advertising, implementation of policy and procedures, all aspects and oversight of equipment management, safety management, accounts receivables and payables, and the profit and loss of the company.  He receives compensation of $5,000 per month from Action, plus the use of a company vehicle and fuel.  His compensation will increase to $80,000.00 per year after confirmation of the Plan.  Additionally, Mr. McCoy will be eligible to participate in the company profit sharing plan after the effective date of the Plan.  The effective date of the Plan means the first business day after the date an Order

Confirming Plan of Reorganization becomes final and nonappealable ("Effective Date"). Mr. McCoy does not work for Iron and does not receive any compensation from Iron.

It is anticipated that Mr. McCoy's role will remain the same during the pendency of the Chapter 11 cases.

### 6. Ron Silveira

Mr. Silveira is a manager of Action, and owns 25% of Action. Mr. Silveira graduated from Notre Dame High School in 1981. Mr. Silveira began working in the equipment rental business in 1998 and, like Mr. Moffitt and Mr. McCoy, came to work for Northridge Rentals in 2002 through 2005. Mr. Silveira's duties while employed by Northridge included outside sales. Mr. Silveira became a partner in Action in 2005 and manages Action's store in Porterville, California. His responsibilities include, but are not limited to, monitoring store performance, approval of merchandising and advertising, developing plans to improve store performance, prepares store budget, maintaining government and safety standards, maintaining quality control standards, and assuming employee's responsibilities as needed. He receives compensation of $4,100.00 per month from Action, plus the use of a company vehicle and fuel. Mr. Silveira will be able to participate in the company profit sharing plan after the effective date of the plan. Mr. Silveira does not work for Iron and does not receive any compensation from Iron.

It is anticipated that Mr. Silveira's role will remain the same during the pendency of the Chapter 11 cases.

### III.   BACKGROUND OF EVENTS

Iron and Action expanded rapidly throughout 2006, 2007, and the beginning of 2008. During that time, Action opened a location in Madera and acquired the Tulare and Porterville stores from Morris Levin. In addition, Debtors acquired a large amount of machinery and equipment for their businesses. In the last quarter of 2008, the equipment rental market began to decline. At the same time, the structural steel and metal building construction had slowed due to the economic recession. In response, Action and Iron contracted with The Spartan Group to assist them in restructuring their long term debt. Debtors were successful for the most

1  part in restructuring the long term debt.  However GE Capital refused to renegotiate any of its

2  loans.

3      In 2009, Action experienced a decrease in revenues of about one half over the previous

4  year.  In the meantime, the market for the sale of used equipment was diminished due to the

5  downturn in the economy.  Action and Iron were forced to sell or return equipment in order to

6  reduce their monthly obligations to their secured creditors, leaving deficiency balances owed to

7  their creditors due to the fact that Debtors had entered into contracts for equipment at terms

8  reflective of the building boom in the economy during the years 2006 and 2007.

9      Debtors breached their loan agreements with GE Capital and other equipment lenders.

10  GE Capital filed a lawsuit against Iron, Action, and the Debtors' principals and sought a Writ

11  of Possession.  In May 2010, the parties entered into a Stipulation for Writ of Possession to

12  become effective on June 28, 2010.  Colonial Pacific Leasing Corp also filed suit against Iron,

13  Action, and the Debtors' principals seeking a Writ of Possession.  In May 2010, the parties

14  entered into a Stipulation for Writ of Possession to become effective on June 28, 2010.

15  Additionally, on September 21, 2010, Ford Motor Credit repossessed eight Ford Trucks owned

16  by Iron.  Other creditors began to take involuntary collection action against Iron and Action

17  leaving Iron and Action with no choice but to file for relief under Chapter 11 on September 28,

18  2010.

19  ## IV. CURRENT BUSINESS ACTIVITY

20      Debtors have continued to operate their businesses as debtors in possession since the

21  commencement of their Chapter 11 cases.  The Debtors have benefited from an increase in

22  structural steel and metal building projects.  In addition, the Debtors' equipment rental business

23  has stabilized and improved.  Debtors have made adequate protection payments to all of their

24  secured creditors since October 2010 and have returned all of the nonessential equipment to the

25  various lenders.  Debtors have also reduced the number of employees they once had from a

26  high of 98 to about 85 at the present time.  This reduction in their workforce and overhead has

27  enabled Debtors to operate profitably during the pendency of the Chapter 11 cases.

28  ///

## V. FUTURE BUSINESS ACTIVITY

Debtors will continue their businesses of structural steel and metal building erection and renting machinery and equipment after confirmation of the Plan.

### A. Iron's Future Business Activity

Iron has been enjoying an increase in the need for metal building erection and is bidding multiple jobs per week in this area of its business. Currently Iron has been awarded contracts on ten metal buildings and will commence work on seven of these projects within the next thirty days. This is an increase over the past twenty months when Iron completed only one metal building job during that time frame. Additionally, in the private/union structural steel aspect of the business, Iron has pending projects including, but not limited to, the following:

| Name of Job | Location | Base Bid Amount |
| --- | --- | --- |
| Roadside Raine | Tulare, CA | $142,500 |
| Burton Elementary | Porterville, CA | $285,000 |
| College of the Sequoias Phase III | Tulare, CA | $520,000 |
| Porterville Car Wash | Porterville, CA | $46,500 |

Iron is bidding on private and union projects weekly. In fact, it has several larger private structural steel projects that it has recently submitted bids on and has received positive feedback regarding the bids. Iron is utilizing its resources wisely, has commenced the process of rejecting its collective bargaining agreements with the California Field Ironworkers Union, and has established a new bidding procedure which has resulted in increased profits and will enable it to generate the income needed to fund the Plan.

### B. Action's Future Business Activity

Action intends to continue to operate its equipment rental business and has expanded into the party and event rental business. Currently, there is only one party rental location between Fresno and Bakersfield which is located in Visalia, California. Therefore, Action believes that it can increase its profits by offering party and event rental equipment in its three existing locations - Hanford, Tulare, and Porterville, California. Action has also placed more

emphasis on the smaller hand tools, an aspect of the business that has not been prevalent in the past business operation.  In addition to the changes described here, Action has replaced two of its three store managers and reduced excess personnel.  These changes will enable Action to focus on the more profitable aspects of its future business operations and generate the income needed to fund its Plan.

## VI.  SIGNIFICANT EVENTS IN CHAPTER 11 CASES

Debtors have performed or have been involved in the following significant events since filing their Voluntary Petitions.

### A.  Employment of Professionals

Debtor has obtained authorization from the Bankruptcy Court to employ the following professionals:

| | |
|---|---|
| Klein, DeNatale, Goldner | Attorneys (General Bankruptcy) |
| Terence J. Long, CPA | Business Consultant and Advisor |
| Perkins, Mann & Everett | Special Litigation Counsel |
| Kathleen Klein, CPA | Accountant |

The employment of these professionals has and will continue to assist Debtors in their reorganization efforts.

### B.  Continued Operation of the Businesses

Debtors have worked to originate structural steel and metal building projects and to improve their equipment rental business since they filed for relief under Chapter 11.  Action has expanded into the party and event rental area to further increase income.  Both Action and Iron have worked to improve their financial condition by surrendering burdensome assets to their creditors.  Debtors have made adequate protection payments to their secured creditors throughout the Chapter 11 case.

### C.  Order Authorizing Use of Cash Collateral

Debtors have obtained authorization from the Bankruptcy Court to use cash collateral during Debtors' Chapter 11 case through May 18, 2011, and expect to obtain use beyond May 18, 2011 through confirmation of the Plan.  The use of this cash has allowed Debtors the

opportunity to reorganize their financial affairs, fund the business operations, and prepare their plan of reorganization, and it has allowed Debtors to make adequate protection payments to secured creditors.

**D. Motion for Order Directing Joint Administration of Chapter 11 Cases filed by Debtors**

Debtors filed Motions for Orders Directing Joint Administration of their Chapter 11 cases on October 14, 2010 ("the Motions for Joint Administration"). The Motions for Joint Administration were heard on November 2, 2010. The Bankruptcy Court entered an order granting the Motions for Joint Administration on November 7, 2010.

**E. Rejection of Executory Contracts or Unexpired Leases**

Debtors filed motions to reject executory contracts or equipment leases with Caterpillar Financial Services, dba FCC Equipment Finance, Key Equipment Finance, and Sacramento Leasing. The motions were unopposed, and the court granted the motions. The Debtors had determined that the rejected contracts were burdensome to the estate.

**F. Motions for Relief from Automatic Stay**

Ford Motor Credit filed five motions for relief from automatic stay. Debtors filed non-oppositions as to some of Ford's motions, and Ford withdrew some of their motions.

DCFS USA LLC ("DCFS") filed two motions for relief from stay. Debtors opposed the motions. DCFS requested to drop the motions from calendar at the hearing on the motions, and the Court dropped them from calendar and allowed DCFS to re-set the motions on 10-days notice.

CNH Capital America LLC ("CNH") filed three motions for relief from stay. The Debtors opposed all three of the motions. CNH and the Debtors resolved the motions by stipulation, and the Court entered orders approving the stipulations.

**G. Motions to Compromise Litigation**

Iron filed two motions to compromise litigation. The motions sought the approval of the Bankruptcy Court for two settlements that Iron entered into to resolve litigation. The motions were unopposed, and the Court granted the motions. The settlement of the two cases

resulted in Iron receiving payment of more than $85,000 from the defendants.

**H. Disallowance of Administrative Claim filed by State Compensation Insurance Fund**.

Action objected to the Proof of Claim Number 59 filed by State Compensation Insurance Fund ("State Fund") on February 22, 2011. State Fund's claim asserted an administrative claim in the amount of $40,000.00. On May 9, 2011, The Court entered an order disallowing the Proof of Claim Number 59 in its entirety.

**I. Disclosure Statement and Plan of Reorganization**

Debtors filed a Joint Disclosure Statement and Joint Plan of Reorganization on May 15, 2011. A hearing on approval of the Joint Disclosure Statement will be held on July 6, 2011 and the Bankruptcy Court will determine at that time if the Disclosure Statement contains "adequate information" as required by 11 U.S.C. Section 1125.

## VII. <u>LEGAL PROCEEDINGS</u>

**A. Pre-Chapter 11 Litigation**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Colonial Pacific Leasing Corp., v. Iron Industries, Inc. dba Action Equipment Rentals; Robert P. Moffitt, individually and dba Action Equipment Rentals; Charles Emanual and dba Action Equipment Rentals; Ronald A. Silveira and dba Action Equipment Rentals; Scott McCoy and dba Action Equipment Rentals Case No. 10C0114 | Civil Breach of Contract | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Stayed |
| General Electric Capital Corporation, a Delaware corporation v. Iron Industries, Inc. dba Action Equipment Rentals; Robert P. Moffitt, individually and dba Action Equipment Rentals; Charles Emanual and dba Action Equipment Rentals; Ronald A. Silveira and clba Action Equipment Rentals; Scott McCoy and dba Action Equipment Rentals Case No. 10C0115 | Civil Breach of Contract | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Stayed |
| Banc of America Leasing and Capital, LLC V. Iron Industries, Inc. Robert Moffit, Charles Emanuel Case No. 10C0140 | Civil | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Stayed |
| California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; | Complaint to Collect | United States District Court Central | Pending |

| | | | |
|---|---|---|---|
| California Field Ironworker Vacation Trust Plan; California Field Ironworker Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity Field Ironworkers Annuity Fund; California Field Ironworker Administrative Trust; California Field Ironworker Labor Management Cooperative Trust Fund; and Ironworkers Workers' Compensation Trust v. Iron Industries, a California corporation Case No. CVIO 6480-SVW | Delinquent Contributions | District of California 312 North Spring Street Los Angeles, CA 90012 | |
| Iron Industries, Inc., a California Corporation v. Shollenbarger-Borello, inc. dba Golden State Steel, Oral E. Micham, Inc., Farmington Casualty Company, a Connecticut corporation, Travelers Casualty and Surety Insurance Company of America Case No. 10 C0278 | Civil Complaint for enforcement of Stop Notice Release Bond; Enforcement of Payment Bond, and Breach of Contract | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Settled |
| Iron Industries, Inc., a California corporation v. Shollenbarger-Borello, Inc. dba Golden State Steel, Western Surety Co., a South Dakota corporation Case No. 10 CECL 06741 | Complaint for Breach of Contract | Fresno County Superior Court 2317 Tuolomne Street Fresno, CA 93721 | Settled |
| Iron Industries, Inc. v. Moreland Corporation, Sillect Avenue LLC Case No. S1500-CL-238084 | Breach of Contract | Kern County Superior Court 1415 Truxtun Ave. Bakersfield, CA | Default November 2009 |
| Iron Industries, Inc. v. Kendra Construction Services, Inc. Case No. R1C519113 | Breach of Contract | Riverside County Superior Court 4050 Main Street Riverside, CA 92501 | Judgment |
| Iron Industries, Inc. v. Shelvy Jean Fiddler, Margaret Mary Fiddler, Paul Fiddler Construction, Inc. a California corporation, Travelers Casualty and Surety, and Traveler's Casualty and Surety of America Case No. 07226249 | Breach of Contract | Tulare County Superior Court 221 S. Mooney Blvd., Room 201 Tulare, CA 93291 | Judgment |
| Ruben Chavez Rojas, Mechanical v. Iron IndustriesInc. Case No. 0444708 | Labor Claim | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Judgment |
| People's Capital and Leasing Corp., a Connecticut corporation v. Iron Industries, Inc. a California corporation; Action Equipment Rentals, a California General Partnership; Robert P. Moffitt, individually and as a general partner of Action Equipment Rentals; Charles D. Emanuel, individually and as a general partner of Action Equip. Rentals; Ronald A. Silveira, individually and as a general partner of Action Equip. Rentals; Scott G. McCoy, individually and as a general partner Case No. 10C0316 | Civil | Kings County Superior Court 1400 West Lacey Blvd. Hanford, CA 93230 | Stayed |
| Bank of the West v. Charles Emanuel, Robert Moffitt, Ron Silveira, Scott McCoy | Civil | San Francisco County Superior Court Pending | Stayed |

| | | | |
|---|---|---|---|
| Case No. CGC-10-506081 | | 400 McAllister Street<br>San Fransisco, CA 94102 | |
| Financial Pacific Leasing, LLC v. Action Equipment Rentals, Robert Moffitt, Charles Emanuel, Scott McCoy, Ron Silveira<br>Case No. 10C0364 | Civil | Kings County Superior Court<br>1400 West Lacey Blvd.<br>Hanford, CA 93230 | Stayed |
| PNCEF, LLC (PNC Equipment Financing) v. Scott McCoy, Ron Silveira, Robert Moffitt, and Charles Emanuel<br>Case No. 11 C0004 | Civil | Kings County Superior Court<br>1400 West Lacey Blvd.<br>Hanford, CA 93230 | Stayed |
| Kraus-Anderson Capital, Inc. v. Charles D. Emanuel, Robert R. Moffitt, Ron A Silveira and Scott O. McCoy<br>*Case number not yet assigned at Petition Date | Civil | State of Minnesota, County of Hennepin - District Court, Fourth<br>Judicial District<br>300 S. Sixth St.<br>Minneapolis, MN 55487 | Stayed |
| Manufacturers and Traders Trust Co. v. Charles Emanuel, Robert Moffitt, Ronald Silveira, Scott McCoy<br>Case No. 11-00609 | Civil | Supreme Court of Pennsylvania -Court Pending of Common Pleas, Chester County | Stayed |

## B. Post-Chapter 11 Litigation

Given the nature of the work that the Debtors perform, post-confirmation litigation is possible. Debtors will continue to utilize the services of Perkins, Mann & Everett if either Debtor is in need of seeking collection action in the future.

## VIII. **FINANCIAL INFORMATION**

### A. Liabilities

### 1. Creditors Having Administrative Expense Claims

Debtors have incurred administrative claims since the filing of their Voluntary Petitions. However, Debtors do not believe that they will have any administrative claims to be paid on the Effective Date of the Plan except for unpaid fees and costs owed to their attorneys and accountants. Debtors believe that the fees and costs owed to the attorneys and accountants of Debtors will be the following amounts on the Effective Date of the Plan:

| Name | Estimated Amount |
|---|---|
| Klein, DeNatale, Goldner | $40,000.00 |
| Terence J. Long, CPA | $15,000.00 |
| Perkins, Mann & Everett | $7,500.00 |

| | |
|---|---|
| 1 | Kathleen Klein, CPA $4,000.00 |

Any unpaid administrative claims will be paid after Court approval if Court approval is required. Administrative claims will be paid from the proceeds from metal building and structural steel projects, and from the rental of equipment as provided in the Plan or from other sources as permitted by the law.

### 2. Secured Claims

Iron reported secured claims totaling $7,505,735.74 on its <u>Schedules D – Creditors Holding Secured Claims</u> and Action reported secured claims totaling $7,846,428.99 on its Schedule D; however, all but $99,156.07 of the secured claims scheduled by Iron were scheduled by Action on its Schedule D. See <u>Schedules D</u> filed by Debtors. Creditors have filed Proofs of Claim in Iron asserting secured status in the amount of $3,981,519.75 and in Action in the amount of $2,696,608.18. However, $1,402,266.33 in secured claims were filed in both cases by the same creditors and $52,227.75 was filed by M&T Bank two times, one as secured and one as a general unsecured claim. Debtors believe that the allowed secured claims as of the Petition Date were about $1,441,161.09 in Iron and $2,237,574.98 in Action. Debtors dispute the duplicate claims filed by M& T Bank and Banc of America Leasing & Capital and asserts that the claims filed by GEHL Company, Hitachi Capital America Corp, and People's Capital and Leasing Corp. should only be allowed in one of the cases.

### 3. Unsecured Claims with Priority

Iron reported unsecured claims with priority totaling $7,802.00 on its <u>Schedules E – Creditors Holding Unsecured Priority Claims</u>. See <u>Schedules E</u> filed by Iron. Action reported no unsecured claims without priority on its Schedule E.

Proofs of Claim have been filed claiming unsecured claims with priority in the amount of $11,315.92 owed by Iron including $7,388.01 to the Franchise Tax Board, $568.00 to the State Board of Equalization, and $3,359.91 to the California Field Ironworkers Trust Fund. Iron disputes the proof of claim filed by the California Field Ironworkers Trust Fund and is in negotiations with the creditor to resolve this claim.

///

#### 4. Unsecured Claims without Priority

Iron reported unsecured claims without priority totaling $481,239.91 on its <u>Schedules F – Creditors Holding Unsecured Nonpriority Claims</u>. However, a total of $384,707.42 is owed to non-insider creditors. Action reported unsecured claims without priority totaling $1,733,276.75. However, $1,216,213.26 is owed to non-insider creditors. See <u>Schedules F</u> filed by Debtors. Creditors filed Proofs of Claim claiming general unsecured claims totaling $3,532,311.23 and of unknown status of $234,267.64 in Iron and totaling $2,336,020.25 claiming general unsecured claims in Action. However, $839,650.66 in unsecured claims were filed in both cases by the same creditors. The Debtor asserts that the claims filed by GEHL Company and People's Capital and Leasing Corp. should only be allowed in one of the cases. There will be additional unsecured claims added to the amounts contained here due to the deficiency claims held by secured creditors resulting from the valuation of or the return of the collateral. Debtors estimate the amount of the deficiency claims to be about $2,194,270.06 in the Iron case and $2,152,738.89 in the Action case. In addition to the claims scheduled by Debtors and the deficiency claims described above, there will be an additional $187,000.00 claim in Iron's case due to Iron's withdrawal from the collective bargaining agreements with the California Iron Workers Union.

#### 5. Disputed Claims

Debtors reported disputed claims in their Schedules of Assets and Liabilities. Iron and Action listed the flowing claims as disputed in the Schedules F:

| Disputed By | Name of Creditor | Amount of Claim |
|---|---|---|
| Iron | Applied Underwriters | $23,354.00 |
| Iron and Action | Banc of America | $unknown |
| Iron | California Field Ironworkers Trust | $10,500.00 |
| Iron | California Field Ironworkers Pension | $unknown |
| Iron and Action | Colonial Pacific Leasing Corp | $unknown |
| Iron and Action | GE Capital | $unknown |
| Iron and Action | Mohammad Karamzdah | $17,093.35 |

1   Debtors reserve the right to object to disputed claims if the claim is not resolved

2   through the Plan.

3       **B.      Assets.**

4       **1. Real Property**

5   Debtors do not own any real property.

6       **2. Scheduled Personal Property**

7       a.      Iron listed the following personal property valued at $3,018,127.53 on its

8   Schedule "B," including all amendments:

9   | <u>Description of Property</u> | | <u>Value</u> |
    |---|---|---|
    | Money on Deposit | $ | 447,595.48 |
    | Deposit Worker's Compensation Insurance | $ | 37,434.23 |
    | Accounts Receivable | $ | 775,400.25 |
    | Advances made to Action Equipment rentals | $ | 426,814.24 |
    | Advances made to shareholders | $ | 402,476.51 |
    | Pre-Paid Insurance | $ | 14,760.00 |
    | Complaint against Shollenbarger-Borello | $ | 105,807.82 |
    | Vehicles | $ | 124,000.00 |
    | Machinery and Equipment | $ | 676,500.00 |
    | **TOTAL** | **$** | **3,018,127.53** |

16      b.      Action listed the following personal property valued at $5,889,366.30 on its

17  Schedule "B," including all amendments:

18  | <u>Description of Property</u> | | <u>Value</u> |
    |---|---|---|
    | Cash and Money on Deposit | $ | 110,556.86 |
    | Security Deposit-Tulare store | $ | 7,500.00 |
    | Accounts Receivable | $ | 912,962.44 |
    | Pre-Paid Insurance | $ | 5,520.00 |
    | Vehicles | $ | 7,900.00 |
    | Machinery and Equipment | $ | 4,851,677.00 |
    | **TOTAL** | **$** | **5,889,366.30** |

23      **2.    Post-Petition Change in Personal Property as of March 30, 2011**

24  **according to Debtor**

25  There have been the following changes in the personal property owned by Iron since it

26  filed for relief under Chapter 11 as of March 31, 2011:

27  ///

28  ///

| Description of Property | Value |
|---|---|
| Money on Deposit | $ 642,762.80 |
| Deposit Worker's Compensation Insurance | $ 37,434.23 |
| Accounts Receivable | $ 1,643,209.14 |
| Advances made to Action Equipment rentals | $ 51,217.71 |
| **(Unsecured claim in Action's case- will be paid 12% which is subordinate to the other claims)** | Payable in 2017 |
| Advances made to shareholders –**(uncollectable due to individual Chapter 7 cases)** | $ 0.00 |
| Pre-Paid Insurance | $ 0.00 |
| Complaint against Shollenbarger-Borello | $ collected |
| Judgment against Kendra Construction $122,403.38 - **uncollectable as company is out of business** | $ 0.00 |
| Vehicles | $ 67,649.00 |
| Machinery and Equipment | $ 1,356,023.79 |
| **TOTAL** | **$ 3,798,296.67** |

There have been the following changes in the personal property owned by Action since it filed for relief under Chapter 11 as of March 31, 2011:

| Description of Property | Value |
|---|---|
| Cash and Money on Deposit | $ 282,264.42 |
| Security Deposit-Tulare store | $ 7,500.00 |
| Accounts Receivable | $ 571,216.37 |
| Advances made to Iron Industries, Inc. | $ 14,457.95 |
| **(Unsecured claim in Iron's case- will be paid 19% which is subordinate to the other claims)** | Payable in 2017 |
| Vehicles | $ 7,500.00 |
| Machinery and Equipment | $ 2,230,074.98 |
| **TOTAL** | **$ 3,113.013.72** |

### 3. Causes of Action

Other than the recovery of avoidable transfers, Debtors are not aware of any causes of action that may be available to them.

### 4. Tax Attributes

Iron holds tax attributes of about $85,000.00 in net operating losses in the state of California. Action has no tax attributes because it is a general partnership. Therefore, Action's tax attributes pass-through to its partners.

///

///

## 5. Preferences and Fraudulent Transfers

Debtors have not completed the analysis of whether there were any preferences or fraudulent transfers made by Debtors before the filing of their Voluntary Petitions. Therefore, the Plan expressly reserves Debtors' ability to recover preferences or fraudulent transfers to benefit the estate. Any recoveries from such actions, after a reduction for costs associated with the recovery, will be paid to the estates' unsecured creditors.

## 6. Chapter 7 Comparison

Debtors believe that secured and unsecured creditors will receive a greater dividend in the Chapter 11 cases than would be available in Chapter 7 cases because the Plan provides that all allowed secured and priority claims will be paid in full after confirmation of the Plan and unsecured and under secured creditors in Iron's case will receive about 19% of their claims and in Actions' case will receive about 12% of their claims, depending on the allowed amount of Debtors' unsecured and under secured claims. In addition to the payments described above, the unsecured and under secured creditors will receive a pro-rata share of any net recovery from preference payments or fraudulent transfers recovered after the Effective Date.

Substantially all of Debtors' property secures indebtedness owed to secured creditors in an amount greater than the value of the property. Debtors believe that the secured creditors would be granted relief from the automatic stay and permitted to repossess their collateral in a Chapter 7 case or that a Chapter 7 trustee would liquidate the collateral for the benefit of the secured creditors. However, Debtors do not believe that liquidation of collateral would result in payment in full of all of the debt owed to the secured creditors and that large deficiencies would remain. This is true because the Chapter 7 Trustee would close the businesses and the forced liquidation of the personal property would yield far less than the market values reflected in Debtors Schedules of Assets and Liabilities and as reflected here. Additionally, most of the equipment owned by Debtors is out on rent and is scattered throughout all of California. Therefore, the costs to locate and bring the equipment to auction would result in increased costs of administration, which would have priority over the payment to the unsecured creditors.

///

This means that there would be little or no assets left to liquidate to pay unsecured creditors anything in Chapter 7.  Accordingly, Debtor believes that unsecured creditors will receive a far greater distribution through Debtor's Plan and would get nothing in Chapter 7.  A liquidation analysis of Debtors' personal property is attached here as Exhibit "B."

### 7. Accounting Method Used to Produce Information

Iron's tax returns are prepared using the cash method of accounting and Actions' are prepared using the accrual method of accounting.  The cash method of accounting was used to produce the information contained in the Disclosure Statement and Monthly Operating Reports filed by Debtors.

## IX. SUMMARY OF THE PLAN

### A.    Generally

The Plan provides for the continued operation of Debtors' businesses, for the payment of allowed secured claims in full over time and payments of $507,500.00 to unsecured claims in the Iron case and payment of $435,000.00 in the Action case on a pro-rata basis.  Debtors estimate that the payments to the general unsecured creditors under the Plan will be result in approximately a 19% dividend to the holders of general unsecured claims in Iron and a 12% dividend to the holders of general unsecured claims in Action  Income and expense projections for Debtors are set forth in the Exhibit "A" attached hereto (the "Budgets").  The Budgets show that Debtors will be able to generate sufficient income to continue the operation of their businesses and make the payments required by the Plan.

### B. Metal Building Erection & Structural Steel Projects, and Equipment Rental

Iron will continue to perform metal building erection and structural steel projects.  Action will continue to rent machinery and equipment and has expanded into the party and event rental arena in order to generate the income necessary to fund the Plan.  An explanation of Debtors' business is included in the Budgets and the Plan.  See *Joint Plan of Reorganization filed by Iron Industries, Inc. and Action Equipment Rentals Dated May 15, 2011*, Article VI – Means for Execution of Plan, on file herein.

///

## C. Claims

Debtors believe that the total allowed claims in their cases as of the Effective Date of the Plan will be as follows:

| Description | Estimated Amount |
|---|---|
| **Administrative Claims** | $ 66,500.00 |
| **Priority Claims - Iron** | $ 11,315.92 |
| **Secured Claims - Iron** | $1,441,161.09 |
| **Secured Claims - Action** | $2,237,574.98 |
| **General Unsecured Claims Less than $5,000 in amount- Iron** | $ 22,165.71 |
| **General Unsecured Claims Less than $5,000 in amount – Action** | $ 97,298.17 |
| **General Unsecured Claims - Iron Greater than $5,000 in amount Including deficiency claims** | $2,715,127.77[1] |
| **General Unsecured Claims– Action Greater than $5,000 in amount Including deficiency claims** | $3,271,653.98[2] |
| **Subordinated General Unsecured Claims held by Iron against Action** | $ 426,814.24 |
| **Subordinated General Unsecured Claims held by Action against Iron** | $ 76,094.44 |
| **Subordinated General Unsecured Claims held by Robert Moffitt Against Iron** | $ 28,684.00 |

i.    Administrative claims will be paid on confirmation of the Plan or after Court approval if Court approval is required.

ii.   Allowed Unsecured claims entitled to priority will be paid in full on the Effective Date.

iii.  Secured claims will be amortized and paid over a period of five years

---

[1] $333,857.71 in scheduled non insider claims, plus $187,000 owed to California Iron Workers Pension Fund for the withdrawal liability, plus $2,194,270.06 deficiency claims.

[2] $1,118,915.09 in scheduled non insider claims, plus $2,152,738.89 deficiency claims.

with interest accruing on the amount of the allowed secured claim at 8% per annum. Payments commenced to the secured creditors in October 2010.

      iv.    General unsecured creditors in the Iron case holding claims less than $5,000 will be paid a pro-rata share of $7,500.00 within 60 days of the Effective Date.

      v.    General unsecured creditors in the Action case holding claims less than $5,000 will be paid a pro-rata share of $35,000.00 within 60 days of the Effective Date.

      vi.    General unsecured creditors in the Iron case holding claims greater than $5,000.00 will be paid a pro-rata share of $500,000.00, which will be paid in quarterly installments of $25,000 per quarter commencing on the first day of the first calendar quarter after the Effective Date, or January 1, 2012, whichever occurs later, and continuing for a period of 5 years.

      vii.    General unsecured creditors in the Action case holding claims greater than $5,000.00 will be paid a pro-rata share of $400,000.00, which will be paid in quarterly installments of $20,000 per quarter commencing on the first day of the first calendar quarter after the Effective Date, or January 1, 2012, whichever occurs later, and continuing for a period of 5 years.

      viii.    General unsecured claims held by Iron against Action, and Action against Iron, and Robert Moffitt against Iron will be subordinated to all other unsecured claims of any nature and will not be paid until all of the payments to the other general unsecured creditors have been completed.

A recapitulation of the payments to creditors required by the Plan is included in the Budgets.

**D. Payments under the Plan**

The income needed to fund the Plan will come from metal building erection and structural steel projects and equipment rentals as set forth in the Plan. Debtors' believe that the income generated by metal building erection and structural steel projects and equipment and party rentals as provided in the Plan will be sufficient to pay all on-going business expenses and the payments required by the Plan.

### E.  Management Compensation

The management of Iron and Action will remain the same as the current management. The duties and management of Action and Iron are described in Paragraph II B above.

Compensation will be paid from the proceeds received from the operation of the businesses as provided in the Plan.

### F.  Voting

Each creditor shall be entitled to vote for acceptance or rejection of the Plan with respect to each of the cases in which the creditor holds an allowed claim.  The Plan shall be confirmed if the requirements of the Bankruptcy Code are met with respect to each of the Chapter 11 cases.

## X.  CREDITOR RISKS

Debtors do not believe that there are significant risks to creditors associated with the confirmation of the Plan.  This is true because Debtors' businesses will generate sufficient income to fund the Plan.  Furthermore, Debtors have been making the payments required by the Plan to the secured creditors since October 2010.  Debtors have continued to generate a profit while operating in Chapter 11 even though the winter months are the slower months in the construction and rental business.  The primary risk to creditors would be the continued downturn in the economy which could result in a reduction in the anticipated metal building erection projects, structural steel projects and equipment and party rentals.  If this happens, Debtors would be forced to liquidate.  In that case, it is likely that the unsecured creditors would receive little or nothing.

## XI.  ALTERNATIVES TO THE PLAN

Dismissal of the cases or conversion to Chapter 7 are alternatives available to Debtors if the Plan is not confirmed.  Confirmation of the Plan is preferable to the dismissal of the Chapter 11 cases because dismissal of the cases would result in the repossession of the Debtors' assets by secured creditors and the inability of the Debtors to continue to operate the businesses or make any payment to general unsecured creditors.  If Debtors' Chapter 11 cases are dismissed or converted to Chapter 7, the secured creditors would receive less than they are

owed and the unsecured creditors would receive nothing. In a Chapter 7 context, the collateral would likely be liquidated by a trustee who would incur auction fees and the sale of the equipment at values much less than the market values provided in the Plan. After the payment of the trustee's fees, administrative expenses associated with the case, cost of sale, and the payment to the secured creditors, there would be little or nothing left for distribution to the general unsecured creditors.

## XII. SOLICITATION OF ACCEPTANCES

The purpose of the Disclosure Statement is to provide adequate information to creditors pursuant to the provisions of the Bankruptcy Code. Each creditor should consult with its own legal, tax, or financial advisor to the extent it deems necessary to understand the effect that Confirmation of the Plan or failure of confirmation may have on the particular situation. Debtors will solicit affirmative votes for the Plan after the approval of the Disclosure Statement.

Date: May 15, 2011                                    IRON INDUSTRIES, INC.

                                    By:    /s/ Robert Moffitt
                                           ROBERT MOFFITT, CFO


Date: May 15, 2011                                    ACTION EQUIPMENT RENTALS

                                    By:    /s/ Robert Moffitt
                                           ROBERT MOFFITT, General Partner


**APPROVED:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By:    /s/ Hagop T. Bedoyan
       HAGOP T. BEDOYAN, ESQ.
       CHRISTIAN D. JINKERSON, ESQ.
       Attorneys for Debtors in Possession

ORIGINAL

**Iron Industries, Inc.**
**2011-2015 Forecast**

## INCOME STATEMENT

| | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL May - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| Construction-Metal Buildings-Private | $ 180,060 | $ 162,020 | $ 185,000 | $ 169,426 | $ 200,000 | $ 222,000 | $ 232,000 | $ 100,000 | $ 1,450,506 |
| Construction-Structural-Private | 157,930 | 97,214 | 43,636 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 673,780 |
| Construction-Structural-Union | 201,950 | 185,500 | 239,318 | 199,500 | 195,000 | 200,000 | 200,000 | 200,000 | 1,621,268 |
| Construction-Material Only | | | | | | | | | |
| Total Construction Billings | 539,940 | 444,734 | 467,954 | 443,926 | 470,000 | 497,000 | 507,000 | 375,000 | 3,745,554 |
| Equipment Rental | 47,515 | 39,137 | 41,180 | 39,065 | 41,360 | 43,736 | 44,616 | 33,000 | 329,609 |
| Other Income | 12,750 | 12,750 | 12,750 | 12,750 | 12,750 | 12,750 | 12,750 | 12,750 | 102,000 |
| Total Income | 600,205 | 496,621 | 521,884 | 495,741 | 524,110 | 553,486 | 564,366 | 420,750 | 4,177,163 |
| | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | |
| Direct Labor-Private Metal Bld. | 66,262 | 59,623 | 68,080 | 62,349 | 73,600 | 81,696 | 85,376 | 36,800 | |
| Direct Labor-Private Structural | 58,118 | 35,775 | 16,058 | 27,600 | 27,600 | 27,600 | 27,600 | 27,600 | |
| Total Direct Labor-Non Union | 124,380 | 95,398 | 84,138 | 89,949 | 101,200 | 109,296 | 112,976 | 64,400 | 781,737 |
| Direct Labor-Union Structural | 92,897 | 85,330 | 110,086 | 91,770 | 89,700 | 92,000 | 92,000 | 92,000 | 745,783 |
| Total Direct Labor | 217,277 | 180,728 | 194,224 | 181,719 | 190,900 | 201,296 | 204,976 | 156,400 | 1,527,521 |
| Reserve for Non Billable Labor | 10,864 | 9,036 | 9,711 | 9,086 | 9,545 | 10,065 | 10,249 | 7,820 | 76,376 |
| Union Dues | 47,749 | 43,860 | 56,584 | 47,170 | 46,106 | 47,288 | 47,288 | 47,288 | 383,333 |
| Health Insurance | 16,294 | 12,497 | 11,022 | 11,783 | 13,257 | 14,318 | 14,800 | 8,436 | 102,408 |
| Material Costs | - | - | - | - | - | - | - | - | |
| Fuel | 21,598 | 17,789 | 18,718 | 17,757 | 18,800 | 19,880 | 20,280 | 15,000 | 149,822 |
| Hauling-Outside | 1,080 | 889 | 936 | 888 | 940 | 994 | 1,014 | 750 | 7,491 |
| Equipment Rental-To Action-Ongoing Projects | 25,377 | 20,902 | 21,994 | 20,865 | 22,090 | 23,359 | 23,829 | 17,625 | 176,041 |
| Equipment Repairs | 5,399 | 4,447 | 4,680 | 4,439 | 4,700 | 4,970 | 5,070 | 3,750 | 37,456 |
| Sub Pay & Travel-Ongoing Travel | 18,898 | 15,566 | 16,378 | 15,537 | 16,450 | 17,395 | 17,745 | 13,125 | 131,094 |
| Hotel & Lodging-Ongoing Projects | 12,419 | 10,229 | 10,763 | 10,210 | 10,810 | 11,431 | 11,661 | 8,625 | 86,148 |
| Work Comp-Ongoing Projects | 31,856 | 26,239 | 27,609 | 26,192 | 27,730 | 29,323 | 29,913 | 22,125 | 220,988 |
| **Total COGS** | 408,811 | 342,184 | 372,620 | 345,646 | 361,328 | 380,319 | 386,825 | 300,944 | 2,898,676 |
| **Gross Profit** | 191,394 | 154,437 | 149,264 | 150,096 | 162,782 | 173,167 | 177,541 | 119,806 | 1,278,486 |
| | 32% | 31% | 29% | 30% | 31% | 31% | 31% | 28% | 31% |
| | | | | | | | | | |
| **Expense** | | | | | | | | | |
| 5110 - Automobile Expense | 7,578 | 5,700 | 4,200 | 7,578 | 5,700 | 4,200 | 7,578 | 5,700 | 48,235 |
| 5152 - Equipment Leased | 355 | 355 | 355 | 355 | 355 | 355 | 355 | 355 | 2,840 |
| 5185 - Liability Insurance | | | | | | | | | |
| 5230 - Employee Certification | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 800 |
| 5900 - Tools and Machinery | - | | | | | | | | $ - |
| 6075 - Bond Expense | | | | | | | | | $ - |
| 6076 - Building Rent-Hanford | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 4,540 | 36,320 |
| Building | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 12,000 |
| 6108 - Office Supplies | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 7,320 |
| 6120 - Bank Service Charges | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 57 | 456 |
| 6153- Job Consumables | | | | | | | | | |
| 6150 - Depreciation Expense | 24,019 | 24,019 | 24,019 | 24,019 | 24,019 | 24,019 | 24,019 | 24,019 | 192,155 |
| 6160 - Dues and Subscriptions | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 352 |
| 6180 - Insurance | 6,327 | 6,327 | 6,327 | 6,327 | 6,327 | 6,327 | 6,327 | 6,327 | 50,616 |
| 6230 - Licenses and Permits | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 9,600 |
| 6250 - Postage and Delivery | | | | | | | | | |
| Professional Fees-Legal | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 5,000 | 5,000 | 130,000 |
| Professional Fees-Consulting | 2,764 | 3,686 | 5,000 | 3,000 | 3,000 | 3,000 | 2,000 | 2,000 | 23,450 |
| Professional Fees-Accounting | 7,186 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 21,186 |
| 6270 - Professional Fees | | | | | | | | | |
| 6300 - Repairs-Equipment | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 24,000 |
| 6340 - Telephone | | | | | | | | | |
| 6350 - Travel & Business Meals | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 515 | 4,120 |
| 6560 - Payroll-Salaried Employees | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 488,000 |
| 6570 - Simple IRA Match Expense | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,200 |
| 6820 - Payroll Taxes | 33,393 | 29,007 | 30,627 | 29,126 | 30,228 | 31,476 | 31,917 | 26,088 | 241,862 |
| Payroll and Taxes-Action Employees | 121,585 | 121,585 | 182,378 | 182,378 | 182,378 | 182,378 | 182,378 | 182,378 | 1,337,438 |
| Less: Payroll and Tax Reimbursment from Action | (121,585) | (121,585) | (182,378) | (182,378) | (182,378) | (182,378) | (182,378) | (182,378) | (1,337,438) |
| Small Tools and Equipment | 15,000 | 15,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 84,000 |
| | | | | | | | | | |
| **Total Expense** | 189,894 | 179,366 | 174,799 | 174,677 | 173,901 | 172,648 | 161,467 | 153,761 | 1,380,512 |
| **Net Ordinary Income** | 1,500 | (24,929) | (25,535) | (24,581) | (11,119) | 520 | 16,074 | (33,955) | (102,026) |
| | | | | | | | | | |
| 8030-Misc. Income (Refunds) | | | | | | | | | |
| 8100 - Interest Income | | | | | | | | | |
| 6200 - Interest (Expense)-Plan Payments, Secured | (8,188) | (8,188) | (8,188) | (8,188) | (8,188) | (8,188) | (8,188) | (8,188) | (65,504) |
| Equipment Reimbursements from Action | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 233,776 |
| U.S. Trustee Fees (Expense) | (9,750) | | | (9,750) | | | (9,750) | | (29,250) |
| | | | | | | | | | |
| **Total Other Income/(Expense)** | 11,284 | 21,034 | 21,034 | 11,284 | 21,034 | 21,034 | 11,284 | 21,034 | 139,022 |
| **Net Income-Pre Tax** | 12,784 | (3,895) | (4,501) | (13,297) | 9,915 | 21,554 | 27,358 | (12,921) | 36,996 |

Exhibit _____ A

Page _____ 25

**Iron Industries, Inc.**
**2011-2015 Forecast**

| CASH FLOW | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL May - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 299,921 | $ 799,680 | $ 1,011,544 | $ 1,040,701 | $ 967,016 | $ 931,227 | $ 855,789 | $ 845,131 | $ 299,921 |
| **Sources of Cash:** | | | | | | | | | |
| Construction and Rental Revenues | $ 600,205 | $ 496,621 | $ 521,884 | $ 495,741 | $ 524,110 | $ 553,488 | $ 564,366 | $ 420,750 | $ 4,177,163 |
| Less: Additions to Accounts Receivable | $ (600,205) | $ (496,621) | $ (521,884) | $ (495,741) | $ (524,110) | $ (553,488) | $ (564,366) | $ (420,750) | $ (4,177,163) |
| Collection of 90% | $ - | $ - | $ 540,184 | $ 446,959 | $ 469,696 | $ 446,167 | $ 471,699 | $ 498,137 | $ 2,872,842 |
| Collection of Retention | | | $ - | $ - | $ - | $ - | $ 60,020 | $ 49,662 | $ 109,683 |
| Collection of Beginning Receivables | $ 750,000 | $ 750,000 | | | | | | | $ 1,500,000 |
| Depreciation Expense | $ 24,019 | $ 24,019 | $ 24,019 | $ 24,019 | $ 24,019 | $ 24,019 | $ 24,019 | $ 24,019 | $ 192,155 |
| Other Income/(Expense) | $ 11,284 | $ 21,034 | $ 21,034 | $ 11,284 | $ 21,034 | $ 21,034 | $ 11,284 | $ 21,034 | $ 139,022 |
| | | | | | | | | $ - | $ - |
| | | | | | | | | $ - | $ - |
| **Total Sources of Cash** | $ 785,303 | $ 795,053 | $ 585,238 | $ 482,262 | $ 514,749 | $ 491,221 | $ 567,023 | $ 592,853 | $ 4,813,701 |
| **Uses of Cash:** | | | | | | | | | |
| Costs of Goods Sold-Labor & Benefits | $ 217,277 | $ 180,728 | $ 194,224 | $ 181,719 | $ 190,900 | $ 201,296 | $ 204,976 | $ 156,400 | $ 1,527,521 |
| Costs of Goods Sold-Other | $ 191,534 | $ 161,456 | $ 178,396 | $ 163,927 | $ 170,428 | $ 179,023 | $ 181,849 | $ 144,544 | $ 1,371,156 |
| Expenses | $ 189,894 | $ 179,366 | $ 174,799 | $ 174,677 | $ 173,901 | $ 172,648 | $ 161,467 | $ 153,761 | $ 1,380,512 |
| Less: Additions to Accounts Payable | $ (381,427) | $ (340,822) | $ (353,195) | $ (338,604) | $ (344,329) | $ (351,670) | $ (343,316) | $ (298,305) | $ (2,751,668) |
| Payment of Accounts Payable | $ 47,233 | $ 381,427 | $ 340,822 | $ 353,195 | $ 338,604 | $ 344,329 | $ 351,670 | $ 343,316 | $ 2,500,596 |
| Payment of Classes 45 and 47 | | | | | | | | $ 7,500 | $ 7,500 |
| Payment of Class 2 | | | | | | | | $ 11,316 | $ 11,316 |
| Plan Principal Payments, Secured | $ 21,034 | $ 21,034 | $ 21,034 | $ 21,034 | $ 21,034 | $ 21,034 | $ 21,034 | $ 21,034 | $ 168,272 |
| Capital Expenditures | | | | | | | | $ 75,000 | $ 75,000 |
| **Total Uses of Cash** | $ 285,544 | $ 583,190 | $ 556,080 | $ 555,948 | $ 550,538 | $ 566,659 | $ 577,680 | $ 614,566 | $ 4,290,204 |
| Net Cash Flow | $ 499,760 | $ 211,864 | $ 29,157 | $ (73,686) | $ (35,789) | $ (75,438) | $ (10,658) | $ (21,713) | $ 523,497 |
| Ending Cash Balance | $ 799,680 | $ 1,011,544 | $ 1,040,701 | $ 967,016 | $ 931,227 | $ 855,789 | $ 845,131 | $ 823,418 | $ 823,418 |

**Exhibit** _____A_____

**Page** _____26_____

**Iron Industries, Inc.**
**2011-2015 Forecast**

## INCOME STATEMENT

| | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Income** | | | | |
| Construction-Metal Buildings-Private | $ 1,962,061 | $ 2,060,164 | $ 2,163,172 | $ 2,206,435 |
| Construction-Structural-Private | $ 1,061,895 | $ 1,114,990 | $ 1,170,740 | $ 1,194,155 |
| Construction-Structural-Union | $ 2,588,010 | $ 2,717,411 | $ 2,853,281 | $ 2,910,347 |
| Construction-Material Only | | | | |
| Total Construction Billings | $ 5,611,967 | $ 5,892,565 | $ 6,187,193 | $ 6,310,937 |
| Equipment Rental | $ 493,853 | $ 518,546 | $ 544,473 | $ 555,362 |
| Other Income | $ 147,000 | $ 147,000 | $ 147,000 | $ 147,000 |
| Total Income | $ 6,252,820 | $ 6,558,111 | $ 6,878,666 | $ 7,013,299 |
| | | | | |
| **Cost of Goods Sold** | | | | |
| Direct Labor-Private Metal Bld. | $ 722,038 | $ 758,140 | $ 796,047 | $ 811,968 |
| Direct Labor-Private Structural | $ 390,778 | $ 410,316 | $ 430,832 | $ 439,449 |
| Total Direct Labor-Non Union | $ 1,112,816 | $ 1,168,457 | $ 1,226,880 | $ 1,251,417 |
| Direct Labor-Union Structural | $ 1,190,485 | $ 1,250,009 | $ 1,312,509 | $ 1,338,760 |
| Total Direct Labor | $ 2,303,301 | $ 2,418,466 | $ 2,539,389 | $ 2,590,177 |
| Reserve for Non Billable Labor | $ 115,165 | $ 120,923 | $ 126,969 | $ 129,509 |
| Union Dues | $ 611,909 | $ 642,505 | $ 674,630 | $ 688,122 |
| Health Insurance | $ 145,779 | $ 153,068 | $ 160,721 | $ 163,936 |
| Material Costs | $ - | $ - | $ - | $ - |
| Fuel | $ 224,479 | $ 235,703 | $ 247,488 | $ 252,437 |
| Hauling-Outside | $ 11,224 | $ 11,785 | $ 12,374 | $ 12,622 |
| Equipment Rental-To Action-Ongoing Projects | $ 263,762 | $ 276,951 | $ 290,798 | $ 296,614 |
| Equipment Repairs | $ 56,120 | $ 58,926 | $ 61,872 | $ 63,109 |
| Sub Pay & Travel-Ongoing Travel | $ 196,419 | $ 206,240 | $ 216,552 | $ 220,883 |
| Hotel & Lodging-Ongoing Projects | $ 129,075 | $ 135,529 | $ 142,305 | $ 145,152 |
| Work Comp-Ongoing Projects | $ 331,106 | $ 347,661 | $ 365,044 | $ 372,345 |
| **Total COGS** | $ 4,388,338 | $ 4,607,755 | $ 4,838,143 | $ 4,934,906 |
| **Gross Profit** | $ 1,864,481 | $ 1,950,355 | $ 2,040,523 | $ 2,078,393 |
| | 30% | 30% | 30% | 30% |
| | | | | |
| **Expense** | | | | |
| 5110 · Automobile Expense | $ 71,312 | $ 74,878 | $ 78,621 | $ 82,552 |
| 5152 · Equipment Leased | $ 4,971 | $ 4,971 | $ 4,971 | $ 4,971 |
| 5185 · Liability Insurance | $ - | $ - | $ - | $ - |
| 5230 · Employee Certification | $ 971 | $ 1,020 | $ 1,071 | $ 1,124 |
| 5900 - Tools and Machinery | $ 900 | $ 945 | $ 992 | $ 1,041 |
| 6075 · Bond Expense | $ - | $ - | $ - | $ - |
| 6076 · Building Rent-Hanford | $ 49,811 | $ 52,301 | $ 54,916 | $ 57,662 |
| Building | $ 15,964 | $ 16,762 | $ 17,600 | $ 18,480 |
| 6108 · Office Supplies | $ 10,629 | $ 11,160 | $ 11,718 | $ 12,304 |
| 6120 · Bank Service Charges | $ 698 | $ 733 | $ 769 | $ 808 |
| 6153- Job Consumables | $ 1,281 | $ 1,345 | $ 1,412 | $ 1,483 |
| 6150 · Depreciation Expense | $ 288,232 | $ 288,232 | $ 288,232 | $ 288,232 |
| 6160 · Dues and Subscriptions | $ 494 | $ 519 | $ 545 | $ 572 |
| 6180 · Insurance | $ 77,440 | $ 81,312 | $ 85,378 | $ 89,646 |
| 6230 · Licenses and Permits | $ 13,425 | $ 14,097 | $ 14,801 | $ 15,542 |
| 6250 · Postage and Delivery | $ - | $ - | $ - | $ - |
| Professional Fees-Legal | $ 30,000 | $ 31,500 | $ 33,075 | $ 34,729 |
| Professional Fees-Consulting | $ 20,000 | $ 15,000 | $ 5,000 | $ 5,000 |
| Professional Fees-Accounting | $ 21,610 | $ 22,690 | $ 23,825 | $ 25,016 |
| 6270 · Professional Fees | $ - | $ - | $ - | $ - |
| 6300 · Repairs-Equipment | $ 37,027 | $ 38,878 | $ 40,822 | $ 42,863 |
| 6340 · Telephone | $ 1,653 | $ 1,736 | $ 1,823 | $ 1,914 |
| 6350 · Travel & Business Meals | $ 5,133 | $ 5,390 | $ 5,660 | $ 5,943 |
| 6560 · Payroll-Salaried Employees | $ 734,820 | $ 756,865 | $ 779,571 | $ 802,958 |
| 6570 · Simple IRA Match Expense | $ 3,264 | $ 3,427 | $ 3,599 | $ 3,778 |
| 6820 · Payroll Taxes | $ 388,988 | $ 408,437 | $ 428,859 | $ 450,302 |
| Payroll and Taxes-Action Employees | $ 1,635,864 | $ 1,717,657 | $ 1,803,540 | $ 1,893,717 |
| Less: Payroll and Tax Reimbursment from Action | $ (1,635,864) | $ (1,717,657) | $ (1,803,540) | $ (1,893,717) |
| Small Tools and Equipment | $ 85,680 | $ 89,964 | $ 94,462 | $ 99,185 |
| | | | | |
| **Total Expense** | $ 1,864,303 | $ 1,922,162 | $ 1,977,722 | $ 2,046,107 |
| **Net Ordinary Income** | $ 178 | $ 28,193 | $ 62,800 | $ 32,286 |
| | | | | |
| 8030-Misc. Income (Refunds) | $ - | $ - | $ - | $ - |
| 8100 · Interest Income | $ - | $ - | $ - | $ - |
| 6200 · Interest (Expense)-Plan Payments, Secured | $ (80,876) | $ (58,484) | $ (34,234) | $ (8,556) |
| Equipment Reimbursements from Action | $ 350,659 | $ 350,659 | $ 350,659 | $ 262,994 |
| U.S. Trustee Fees (Expense) | | | | |
| **Total Other Income/(Expense)** | $ 269,783 | $ 292,175 | $ 316,425 | $ 254,438 |
| **Net Income-Pre Tax** | $ 269,961 | $ 320,368 | $ 379,225 | $ 286,724 |

Exhibit A
Page 27

**Iron Industries, Inc.**
**2011-2015 Forecast**

| CASH FLOW | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Beginning Cash Balance** | $ 823,418 | $ 683,750 | $ 737,362 | $ 822,008 |
| **Sources of Cash:** | | | | |
| Construction and Rental Revenues | $ 6,252,820 | $ 6,558,111 | $ 6,878,666 | $ 7,013,299 |
| Less: Additions to Accounts Receivable | $ (6,252,820) | $ (6,558,111) | $ (6,878,666) | $ (7,013,299) |
| Collection of 90% | $ 5,576,219 | $ 5,856,506 | $ 6,142,716 | $ 6,291,775 |
| Collection of Retention | $ 417,716 | $ 625,282 | $ 655,811 | $ 687,867 |
| Collection of Beginning Receivables | | | | |
| Depreciation Expense | $ 288,232 | $ 288,232 | $ 288,232 | $ 288,232 |
| Other Income/(Expense) | $ 269,783 | $ 292,175 | $ 316,425 | $ 254,438 |
| **Total Sources of Cash** | $ 6,551,951 | $ 7,062,195 | $ 7,403,184 | $ 7,522,311 |
| **Uses of Cash:** | | | | |
| Costs of Goods Sold-Labor & Benefits | $ 2,303,301 | $ 2,418,466 | $ 2,539,389 | $ 2,590,177 |
| Costs of Goods Sold-Other | $ 2,085,038 | $ 2,189,290 | $ 2,298,754 | $ 2,344,729 |
| Expenses | $ 1,864,303 | $ 1,922,162 | $ 1,977,722 | $ 2,046,107 |
| Less: Additions to Accounts Payable | $ (3,949,341) | $ (4,111,452) | $ (4,276,477) | $ (4,390,836) |
| Payment of Accounts Payable | $ 3,918,534 | $ 4,097,942 | $ 4,262,725 | $ 4,381,306 |
| Payment of Classes 45 and 47 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| Payment of Class 2 | | | | |
| Plan Principal Payments, Secured | $ 269,783 | $ 292,175 | $ 316,425 | $ 254,438 |
| Capital Expenditures | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| **Total Uses of Cash** | $ 6,691,618 | $ 7,008,583 | $ 7,318,539 | $ 7,425,921 |
| **Net Cash Flow** | $ (139,668) | $ 53,612 | $ 84,646 | $ 96,390 |
| **Ending Cash Balance** | $ 683,750 | $ 737,362 | $ 822,008 | $ 918,399 |

Exhibit _____ A

Page _____ 28

**Action Equipment Rental**
**2011-2015 Forecast**

## INCOME STATEMENT

| | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL May - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | |
| 7005 - LABOR INCOME | $ 1,532 | $ 1,672 | $ 1,818 | $ 1,724 | $ 1,888 | $ 1,873 | $ 1,660 | $ 1,678 | $ 13,847 |
| 7010 - FINANCE CHARGES | $ 1,760 | $ 1,921 | $ 2,089 | $ 1,980 | $ 2,169 | $ 2,152 | $ 1,907 | $ 1,928 | $ 15,906 |
| 7019 - RE-RENTAL INCOME | $ 3,843 | $ 4,200 | $ 4,566 | $ 4,333 | $ 4,752 | $ 4,717 | $ 4,191 | $ 4,281 | $ 34,883 |
| 7020 - RENTAL INCOME | $ 257,040 | $ 280,940 | $ 305,440 | $ 289,800 | $ 317,860 | $ 315,480 | $ 280,350 | $ 286,350 | $ 2,333,260 |
| 7021 - MACHINE SALES | $ 12,000 | $ - | $ 12,000 | $ - | $ 12,000 | $ - | $ 12,000 | $ - | $ 48,000 |
| 7030 - DAMAGE WAIVER | $ 14,981 | $ 16,374 | $ 17,802 | $ 16,890 | $ 18,526 | $ 18,387 | $ 16,339 | $ 16,689 | $ 135,988 |
| 7031 - ENVIRONMENTAL | $ 4,924 | $ 5,382 | $ 5,852 | $ 5,552 | $ 6,085 | $ 6,044 | $ 5,371 | $ 5,486 | $ 44,700 |
| 7032 - DELIVERY | $ 24,352 | $ 26,616 | $ 28,937 | $ 27,455 | $ 30,114 | $ 29,888 | $ 26,560 | $ 27,128 | $ 221,049 |
| 7033 - FUEL INCOME | $ 10,154 | $ 11,098 | $ 12,066 | $ 11,448 | $ 12,557 | $ 12,463 | $ 11,075 | $ 11,312 | $ 92,173 |
| 7035 - PARTS | $ 30,845 | $ 33,713 | $ 36,653 | $ 34,776 | $ 38,143 | $ 37,858 | $ 33,642 | $ 34,362 | $ 279,991 |
| **Total Income** | $ 361,431 | $ 381,916 | $ 427,222 | $ 393,959 | $ 444,098 | $ 428,860 | $ 393,096 | $ 389,215 | $ 3,219,797 |
| | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | |
| 5000 - RE RENT COGS | $ 129 | $ 141 | $ 154 | $ 146 | $ 160 | $ 159 | $ 141 | $ 144 | $ 1,174 |
| 5001 - REPAIR EXPENSE | $ 8,951 | $ 9,780 | $ 10,633 | $ 10,087 | $ 11,059 | $ 10,975 | $ 9,747 | $ 9,930 | $ 81,161 |
| 5002 - PARTS COGS | $ 18,583 | $ 20,318 | $ 22,089 | $ 20,961 | $ 22,997 | $ 22,828 | $ 20,296 | $ 20,774 | $ 168,846 |
| 5004 - MACHINE COGS | $ 114 | $ - | $ 114 | $ - | $ 114 | $ - | $ 114 | $ - | $ 456 |
| **Total COGS** | $ 27,778 | $ 30,239 | $ 32,990 | $ 31,193 | $ 34,330 | $ 33,961 | $ 30,298 | $ 30,848 | $ 251,637 |
| | | | | | | | | | |
| **Gross Profit** | $ 333,653 | $ 351,678 | $ 394,233 | $ 362,765 | $ 409,767 | $ 394,899 | $ 362,798 | $ 358,367 | $ 2,968,160 |
| | | | | | | | | | |
| **Expense** | | | | | | | | | |
| 4000 - Reconciliation Discrepancies | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5006 - Small Equipment less than $1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 8,000 |
| 6004 - Advertisement | $ 2,520 | $ 2,750 | $ 2,990 | $ 2,835 | $ 3,105 | $ 3,080 | $ 2,730 | $ 2,760 | 22,770 |
| 6100 - Fuel | $ 27,972 | $ 30,525 | $ 33,189 | $ 31,469 | $ 34,466 | $ 34,188 | $ 30,333 | $ 30,636 | 252,747 |
| 6102 - Uniforms | $ 1,008 | $ 1,100 | $ 1,196 | $ 1,134 | $ 1,242 | $ 1,232 | $ 1,092 | $ 1,104 | 9,108 |
| 6103 - Outside Labor | $ 121,585 | $ 121,585 | $ 182,378 | $ 121,585 | $ 121,585 | $ 121,585 | $ 121,585 | $ 182,378 | 1,094,265 |
| 6104 - Alarm | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | 1,600 |
| 6105 - Shop Supplies | $ 1,890 | $ 2,063 | $ 2,243 | $ 2,126 | $ 2,329 | $ 2,310 | $ 2,048 | $ 2,070 | 17,078 |
| 6106 - Outside Hauling | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6108 - Office Expense | $ 2,016 | $ 2,200 | $ 2,392 | $ 2,268 | $ 2,484 | $ 2,464 | $ 2,184 | $ 2,208 | 18,216 |
| 6109 - Computer System | $ 504 | $ 550 | $ 598 | $ 567 | $ 621 | $ 616 | $ 546 | $ 552 | 4,554 |
| 6110 - Automobile Expense | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | $ 2,057 | 16,456 |
| 6111 - Amortization Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6120 - Bank Service Charges | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | $ 23 | 184 |
| 6121 - Credit Card Fees | $ 1,890 | $ 2,063 | $ 2,243 | $ 2,126 | $ 2,329 | $ 2,310 | $ 2,048 | $ 2,070 | 17,078 |
| 6145 - Cleaning | $ 91 | $ 91 | $ 91 | $ 91 | $ 91 | $ 91 | $ 91 | $ 91 | 728 |
| 6150 - Depreciation Expense | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | 298,344 |
| 6151 - Contributions & Donations | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | 1,600 |
| 6152 - Leased Equipment | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6160 - Dues and Subscriptions | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | 400 |
| 6170 - Equipment Rental (Incl. Use of Iron Equipment) | $ 29,222 | $ 29,222 | $ 29,222 | $ 29,222 | $ 29,222 | $ 29,222 | $ 29,222 | $ 29,222 | 233,776 |
| 6178.1 - Ron Silveira-Management Comp. | $ 4,100 | $ 4,100 | $ 4,100 | $ 4,100 | $ 4,100 | $ 4,100 | $ 4,100 | $ 4,100 | 32,800 |
| 6178.2 - Scott McCoy-Management Comp. | $ 6,700 | $ 6,700 | $ 6,700 | $ 6,700 | $ 6,700 | $ 6,700 | $ 6,700 | $ 6,700 | 53,600 |
| 6239 Health Insurance | $ 6,069 | $ 6,069 | $ 6,069 | $ 6,069 | $ 6,069 | $ 6,069 | $ 6,069 | $ 6,069 | 48,552 |
| 6300 Partners Health Insurance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6191 - Liability Insurance | $ 4,784 | $ 4,784 | $ 4,784 | $ 4,784 | $ 4,784 | $ 4,784 | $ 4,784 | $ 4,784 | 38,272 |
| 6230 - Licenses and Permits | $ 1,260 | $ 1,375 | $ 1,495 | $ 1,418 | $ 1,553 | $ 1,540 | $ 1,365 | $ 1,380 | 11,385 |
| 6239 - Medical Overhead | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | 400 |
| 6240 - Misc. | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6250 - Postage and Delivery | $ 1,029 | $ 1,029 | $ 1,029 | $ 1,029 | $ 1,029 | $ 1,029 | $ 1,029 | $ 1,029 | 8,232 |
| 6270 - Overhead | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6280 - Legal Fees | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 5,000 | $ 5,000 | 130,000 |
| 6281 - Accounting Fees | $ - | $ 8,900 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | 20,900 |
| 628x - Consulting Fees | $ 5,904 | $ 7,605 | $ 7,500 | $ 5,000 | $ 3,000 | $ 2,000 | $ 2,000 | $ 2,000 | 35,009 |
| 6290-30 Rent Tulare | $ 7,800 | $ 7,800 | $ 7,800 | $ 7,800 | $ 7,800 | $ 7,800 | $ 7,800 | $ 7,800 | 62,400 |
| 6290-40 Rent Porterville | $ 5,741 | $ 5,741 | $ 5,741 | $ 5,741 | $ 5,741 | $ 5,741 | $ 5,741 | $ 5,741 | 45,928 |
| 6290-xx Rent Hanford | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | 48,000 |
| 6310 - Building Repairs | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 8,000 |
| 6320 - Computer Repairs | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | 800 |
| 6330 - Equipment Repairs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6340 - Telephone | $ 5,703 | $ 5,703 | $ 5,703 | $ 5,703 | $ 5,703 | $ 5,703 | $ 5,703 | $ 5,703 | 45,624 |
| 6341 - Internet Service | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | 2,400 |
| 6344 - Training & Continued Education | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 4,000 |
| 6345 - Freight & Delivery | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 4,000 |
| 6350 - Travel & Ent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| 6360 - Entertainment | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | 2,400 |
| 6370 - Meals | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | 6,400 |
| 6381 - Hotel & Lodging | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | 800 |
| 6390 - Utilities | $ 4,051 | $ 4,051 | $ 4,051 | $ 4,051 | $ 4,051 | $ 4,051 | $ 4,051 | $ 4,051 | 32,408 |
| 6400 - Gas and Electric | $ 2,021 | $ 2,021 | $ 2,021 | $ 2,021 | $ 2,021 | $ 2,021 | $ 2,021 | $ 2,021 | 16,170 |
| 6410 - Water | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | 3,200 |
| 6420 - Trash service | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | 3,200 |
| 6490 - Landscaping | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | 800 |
| 6850 - Property Taxes | $ - | $ - | $ - | $ 20,000 | $ - | $ - | $ - | $ - | 20,000 |
| 6900 - BAD DEBT | $ 5,395 | $ 5,698 | $ 6,375 | $ 5,877 | $ 5,423 | $ 5,600 | $ 5,858 | $ 5,784 | 48,004 |
| **Total Expense** | $ 320,628 | $ 335,097 | $ 393,282 | $ 347,088 | $ 330,020 | $ 328,403 | $ 307,442 | $ 368,626 | $ 2,730,587 |
| **Net Ordinary Income** | $ 13,025 | $ 16,581 | $ 951 | $ 15,677 | $ 79,747 | $ 66,496 | $ 55,355 | $ (10,259) | $ 237,573 |
| | | | | | | | | | |
| 8010-U.S. Trustee Fees | $ (4,875) | $ - | $ (4,875) | $ - | $ (4,875) | $ - | $ - | $ - | $ (14,625) |
| 6220 - Interest (Expense)-Plan Payments, Secured | $ (13,763) | $ (13,763) | $ (13,763) | $ (13,763) | $ (13,763) | $ (13,763) | $ (13,763) | $ (13,763) | $ (110,100) |
| **Total Other Income/(Expense)** | $ (18,638) | $ (13,763) | $ (18,638) | $ (13,763) | $ (18,638) | $ (13,763) | $ (13,763) | $ (13,763) | $ (124,725) |
| | | | | | | | | | |
| **Net Income** | $ (5,612) | $ 2,818 | $ (17,686) | $ 1,914 | $ 65,985 | $ 47,858 | $ 41,593 | $ (24,022) | $ 112,848 |

**Action Equipment Rental**
**2011-2015 Forecast**

| CASH FLOW | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | TOTAL May - Dec 11 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 196,181 | $ 131,995 | $ 250,483 | $ 204,555 | $ 232,052 | $ 265,001 | $ 320,586 | $ 414,236 | $ 196,181 |
| **Sources of Cash:** | | | | | | | | | |
| Labor Income | $ 1,532 | $ 1,672 | $ 1,818 | $ 1,724 | $ 1,888 | $ 1,873 | $ 1,660 | $ 1,678 | $ 13,847 |
| Finance Charges | $ 1,760 | $ 1,921 | $ 2,089 | $ 1,980 | $ 2,169 | $ 2,152 | $ 1,907 | $ 1,928 | $ 15,906 |
| Machine Sales | $ 12,000 | $ - | $ 12,000 | $ - | $ 12,000 | $ - | $ 12,000 | $ - | $ 48,000 |
| Rental Related Income | $ 346,138 | $ 378,323 | $ 411,315 | $ 390,254 | $ 428,041 | $ 424,836 | $ 377,528 | $ 385,608 | $ 3,142,044 |
| Less: Additions to Accounts Receivable | $ (346,138) | $ (378,323) | $ (411,315) | $ (390,254) | $ (428,041) | $ (424,836) | $ (377,528) | $ (385,608) | $ (3,142,044) |
| Collections of New Accounts Receivable | | $ 346,138 | $ 378,323 | $ 411,315 | $ 390,254 | $ 428,041 | $ 424,836 | $ 377,528 | $ 2,756,436 |
| Collections of Beginning Accounts Receivable | $ 286,667 | $ 143,333 | | | | | | | $ 430,000 |
| Depreciation | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 37,293 | $ 298,344 |
| Amortization | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Fixed Asset Disposal | | | | | | | | | |
| Total Sources of Cash | $ 339,252 | $ 530,358 | $ 431,523 | $ 452,313 | $ 443,604 | $ 469,358 | $ 477,696 | $ 418,428 | $ 3,562,533 |
| **Uses of Cash:** | | | | | | | | | |
| Re Rent COGS | $ 129 | $ 141 | $ 154 | $ 146 | $ 160 | $ 159 | $ 141 | $ 144 | $ 1,174 |
| Repair Expense | $ 8,951 | $ 9,780 | $ 10,633 | $ 10,087 | $ 11,059 | $ 10,975 | $ 9,747 | $ 9,930 | $ 81,161 |
| Parts COGS | $ 18,583 | $ 20,318 | $ 22,089 | $ 20,961 | $ 22,997 | $ 22,828 | $ 20,296 | $ 20,774 | $ 168,846 |
| Less: Parts Inventory Reduction | $ (18,583) | $ (20,318) | $ (22,089) | $ (20,961) | $ (22,997) | $ (22,828) | $ (20,296) | $ (20,774) | $ (168,846) |
| Additions to Parts Inventory | $ 18,583 | $ 20,318 | $ 22,089 | $ 20,961 | $ 22,997 | $ 22,828 | $ 20,296 | $ 20,774 | $ 168,846 |
| Machine COGS | $ 114 | $ - | $ 114 | $ - | $ 114 | $ - | $ 114 | $ - | $ 456 |
| Less: Equipment Inventory Reduction | $ (114) | $ - | $ (114) | $ - | $ (114) | $ - | $ (114) | $ - | $ (456) |
| Equipment Purchases for Resale Inventory | | $ 114 | $ - | $ 114 | $ - | $ 114 | $ - | $ 114 | $ 456 |
| Fixed Costs | $ 320,628 | $ 335,097 | $ 393,282 | $ 347,088 | $ 330,020 | $ 328,403 | $ 307,442 | $ 368,626 | $ 2,730,587 |
| Payment of Sales Tax | $ 3,852 | | | | | | | | $ 3,852 |
| Capital Expenditures | $ - | | | | | | | $ 50,000 | $ 50,000 |
| Plan Principal Payments, Secured | $ 32,657 | $ 32,657 | $ 32,657 | $ 32,657 | $ 32,657 | $ 32,657 | $ 32,657 | $ 32,657 | $ 261,256 |
| Plan Interest Payments, Secured | $ 13,763 | $ 13,763 | $ 13,763 | $ 13,763 | $ 13,763 | $ 13,763 | $ 13,763 | $ 13,763 | $ 110,100 |
| Changes in Accounts Payable-Post Petition | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Payments on Classes 44 and 46 | | | | | | | | $ 35,000 | $ 35,000 |
| U.S. Trustee Fees | $ 4,875 | $ - | $ 4,875 | $ - | $ - | $ 4,875 | $ - | $ - | $ 14,625 |
| Total Uses of Cash | $ 403,439 | $ 411,869 | $ 477,452 | $ 424,815 | $ 410,656 | $ 413,773 | $ 384,046 | $ 531,007 | $ 3,457,057 |
| Net Cash Flow | $ (64,186) | $ 118,489 | $ (45,929) | $ 27,498 | $ 32,948 | $ 55,585 | $ 93,650 | $ (112,579) | $ 105,476 |
| Ending Cash Balance | $ 131,995 | $ 250,483 | $ 204,555 | $ 232,052 | $ 265,001 | $ 320,586 | $ 414,236 | $ 301,657 | $ 301,657 |

Exhibit A

Page 30

**Action Equipment Rental**
**2011-2015 Forecast**

## INCOME STATEMENT

| | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Income** | | | | |
| 7005 · LABOR INCOME | $ 18,016 | $ 18,557 | $ 19,299 | $ 19,878 |
| 7010 · FINANCE CHARGES | $ 21,246 | $ 21,883 | $ 22,759 | $ 23,441 |
| 7019 · RE-RENTAL INCOME | $ 65,745 | $ 67,717 | $ 70,426 | $ 72,539 |
| 7020 · RENTAL INCOME | $ 3,235,013 | $ 3,332,156 | $ 3,465,442 | $ 3,569,406 |
| 7021 · MACHINE SALES | $ 65,776 | $ 67,749 | $ 70,459 | $ 72,573 |
| 7030 · DAMAGE WAIVER | $ 193,124 | $ 198,918 | $ 206,874 | $ 213,081 |
| 7031 · ENVIRONMENTAL | $ 62,473 | $ 64,347 | $ 66,921 | $ 68,929 |
| 7032 · DELIVERY | $ 303,413 | $ 312,516 | $ 325,016 | $ 334,767 |
| 7033 · FUEL INCOME | $ 122,126 | $ 125,790 | $ 130,821 | $ 134,746 |
| 7035 · PARTS | $ 404,215 | $ 416,342 | $ 432,995 | $ 445,985 |
| **Total Income** | $ 4,491,237 | $ 4,625,974 | $ 4,811,013 | $ 4,955,344 |
| | | | | |
| **Cost of Goods Sold** | | | | |
| 5000 · RE RENT COGS | $ 16,687 | $ 17,188 | $ 17,875 | $ 18,411 |
| 5001 · REPAIR EXPENSE | $ 91,882 | $ 94,638 | $ 98,424 | $ 101,377 |
| 5002 · PARTS COGS | $ 242,035 | $ 249,296 | $ 259,268 | $ 267,046 |
| 5004 · MACHINE COGS | $ 9,706 | $ 9,997 | $ 10,397 | $ 10,709 |
| **Total COGS** | $ 360,310 | $ 371,119 | $ 385,964 | $ 397,543 |
| | | | | |
| **Gross Profit** | $ 4,130,927 | $ 4,254,855 | $ 4,425,050 | $ 4,557,801 |
| | | | | |
| **Expense** | | | | |
| 4000 · Reconciliation Discrepancies | $ (14) | $ (14) | $ (15) | $ (16) |
| 5006 · Small Equipment less than $1,000 | $ 10,667 | $ 11,200 | $ 11,760 | $ 12,348 |
| 6004 · Advertisement | $ 27,758 | $ 29,146 | $ 30,604 | $ 32,134 |
| 6100 · Fuel | $ 370,183 | $ 388,692 | $ 408,126 | $ 428,533 |
| 6102 · Uniforms | $ 9,812 | $ 10,303 | $ 10,818 | $ 11,359 |
| 6103 · Outside Labor | $ 1,635,864 | $ 1,717,657 | $ 1,803,540 | $ 1,893,717 |
| 6104 · Alarm | $ 2,700 | $ 2,835 | $ 2,976 | $ 3,125 |
| 6105 · Shop Supplies | $ 43,317 | $ 45,483 | $ 47,757 | $ 50,145 |
| 6106 · Outside Hauling | $ 431 | $ 452 | $ 475 | $ 498 |
| 6108 · Office Expense | $ 31,452 | $ 33,024 | $ 34,675 | $ 36,409 |
| 6109 · Computer System | $ 4,782 | $ 5,021 | $ 5,272 | $ 5,535 |
| 6110 · Automobile Expense | $ 26,104 | $ 27,410 | $ 28,780 | $ 30,219 |
| 6111 · Amortization Expense | $ - | $ - | $ - | $ - |
| 6120 · Bank Service Charges | $ 248 | $ 261 | $ 274 | $ 288 |
| 6121 · Credit Card Fees | $ 24,481 | $ 25,705 | $ 26,991 | $ 28,340 |
| 6145 · Cleaning | $ 1,080 | $ 1,134 | $ 1,191 | $ 1,251 |
| 6150 · Depreciation Expense | $ 447,516 | $ 447,516 | $ 447,516 | $ 447,516 |
| 6151 · Contributions & Donations | $ 1,864 | $ 1,957 | $ 2,055 | $ 2,158 |
| 6152 · Leased Equipment | $ 1,904 | $ 2,000 | $ 2,100 | $ 2,205 |
| 6160 · Dues and Subscriptions | $ 2,193 | $ 2,303 | $ 2,418 | $ 2,539 |
| 6170 · Equipment Rental (Incl. Use of Iron Equipment) | $ 350,659 | $ 350,659 | $ 350,659 | $ 262,994 |
| 6178.1 · Ron Silveira-Management Comp. | $ 51,660 | $ 54,243 | $ 56,955 | $ 59,803 |
| 6178.2 · Scott McCoy-Management Comp. | $ 77,280 | $ 81,144 | $ 85,201 | $ 89,461 |
| 6239 Health Insurance | $ 50,980 | $ 53,529 | $ 56,205 | $ 59,015 |
| 6300 Partners Health Insurance | $ - | $ - | $ - | $ - |
| 6191 · Liability Insurance | $ 65,314 | $ 68,579 | $ 72,008 | $ 75,609 |
| 6230 · Licenses and Permits | $ 19,651 | $ 20,633 | $ 21,665 | $ 22,748 |
| 6239 · Medical Overhead | $ 25,429 | $ 26,700 | $ 28,035 | $ 29,437 |
| 6240 · Misc. | $ - | $ - | $ - | $ - |
| 6250 · Postage and Delivery | $ 12,729 | $ 13,365 | $ 14,033 | $ 14,735 |
| 6270 · Overhead | $ - | $ - | $ - | $ - |
| 6280 · Legal Fees | $ 30,000 | $ 31,500 | $ 33,075 | $ 34,729 |
| 6281 · Accounting Fees | $ 21,945 | $ 23,042 | $ 24,194 | $ 25,404 |
| 628x · Consulting Fees | $ 5,000 | $ 5,250 | $ 5,513 | $ 5,788 |
| 6290-20 Rent Madera | $ - | $ - | $ - | $ - |
| 6290-30 Rent Tulare | $ 98,280 | $ 103,194 | $ 108,354 | $ 113,771 |
| 6290-40 Rent Porterville | $ 72,337 | $ 75,953 | $ 79,751 | $ 83,739 |
| 6290-xx Rent Hanford | $ 75,600 | $ 79,380 | $ 83,349 | $ 87,516 |
| 6310 · Building Repairs | $ 39,000 | $ 40,950 | $ 42,998 | $ 45,148 |
| 6320 · Computer Repairs | $ 840 | $ 882 | $ 926 | $ 972 |
| 6330 · Equipment Repairs | $ - | $ - | $ - | $ - |
| 6340 · Telephone | $ 69,153 | $ 72,610 | $ 76,241 | $ 80,053 |
| 6341 · Internet Service | $ 4,383 | $ 4,602 | $ 4,832 | $ 5,073 |
| 6344 · Training & Continued Education | $ 4,200 | $ 4,410 | $ 4,631 | $ 4,862 |
| 6345 · Freight & Delivery | $ 4,200 | $ 4,410 | $ 4,631 | $ 4,862 |
| 6350 · Travel & Ent | $ - | $ - | $ - | $ - |
| 6360 · Entertainment | $ 2,520 | $ 2,646 | $ 2,778 | $ 2,917 |
| 6370 · Meals | $ 9,600 | $ 10,080 | $ 10,584 | $ 11,113 |
| 6381 · Hotel & Lodging | $ 1,821 | $ 1,912 | $ 2,008 | $ 2,108 |
| 6390 · Utilities | $ 39,459 | $ 41,432 | $ 43,504 | $ 45,679 |
| 6400 · Gas and Electric | $ 30,880 | $ 32,424 | $ 34,045 | $ 35,747 |
| 6410 · Water | $ 4,261 | $ 4,474 | $ 4,698 | $ 4,933 |
| 6420 · Trash service | $ 3,581 | $ 3,760 | $ 3,948 | $ 4,145 |
| 6490 · Landscaping | $ 840 | $ 882 | $ 926 | $ 972 |
| 6850 · Property Taxes | $ 24,635 | $ 25,867 | $ 27,160 | $ 28,518 |
| 6900 · BAD DEBT | $ 71,373 | $ 74,942 | $ 78,689 | $ 82,623 |
| **Total Expense** | $ 3,909,951 | $ 4,065,540 | $ 4,228,908 | $ 4,312,780 |
| **Net Ordinary Income** | $ 220,977 | $ 189,316 | $ 196,142 | $ 245,021 |
| | | | | |
| 8010-U.S. Trustee Fees | $ - | $ - | $ - | $ - |
| 6220 · Interest (Expense)-Plan Payments, Secured | $ (125,570) | $ (90,804) | $ (53,152) | $ (13,285) |
| **Total Other Income/(Expense)** | $ (125,570) | $ (90,804) | $ (53,152) | $ (13,285) |
| | | | | |
| **Net Income** | $ 95,407 | $ 98,512 | $ 142,990 | $ 231,736 |

Exhibit _____ A

Page _____ 31

**Action Equipment Rental**
**2011-2015 Forecast**

| CASH FLOW | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| **Beginning Cash Balance** | $ 301,657 | $ 265,801 | $ 167,227 | $ 71,386 |
| **Sources of Cash:** | | | | |
| Labor Income | $ 18,016 | $ 18,557 | $ 19,299 | $ 19,878 |
| Finance Charges | $ 21,246 | $ 21,883 | $ 22,759 | $ 23,441 |
| Machine Sales | $ 65,776 | $ 67,749 | $ 70,459 | $ 72,573 |
| Rental Related Income | $ 4,386,199 | $ 4,517,785 | $ 4,698,496 | $ 4,839,451 |
| Less: Additions to Accounts Receivable | $ (4,386,199) | $ (4,517,785) | $ (4,698,496) | $ (4,839,451) |
| Collections of New Accounts Receivable | $ 4,406,291 | $ 4,506,819 | $ 4,683,437 | $ 4,827,705 |
| Collections of Beginning Accounts Receivable | | | | |
| Depreciation | $ 447,516 | $ 447,516 | $ 447,516 | $ 447,516 |
| Amortization | $ - | $ - | $ - | $ - |
| Fixed Asset Disposal | | | | |
| **Total Sources of Cash** | $ 4,958,845 | $ 5,062,525 | $ 5,243,470 | $ 5,391,114 |
| **Uses of Cash:** | | | | |
| Re Rent COGS | $ 16,687 | $ 17,188 | $ 17,875 | $ 18,411 |
| Repair Expense | $ 91,882 | $ 94,638 | $ 98,424 | $ 101,377 |
| Parts COGS | $ 242,035 | $ 249,296 | $ 259,268 | $ 267,046 |
| Less: Parts Inventory Reduction | $ (242,035) | $ (249,296) | $ (259,268) | $ (267,046) |
| Additions to Parts Inventory | $ 242,035 | $ 249,296 | $ 259,268 | $ 267,046 |
| Machine COGS | $ 9,706 | $ 9,997 | $ 10,397 | $ 10,709 |
| Less: Equipment Inventory Reduction | $ (9,706) | $ (9,997) | $ (10,397) | $ (10,709) |
| Equipment Purchases for Resale Inventory | $ 9,706 | $ 9,997 | $ 10,397 | $ 10,709 |
| Fixed Costs | $ 3,909,951 | $ 4,065,540 | $ 4,228,908 | $ 4,312,780 |
| Payment of Sales Tax | | | | |
| Capital Expenditures | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| Plan Principal Payments, Secured | $ 418,870 | $ 453,636 | $ 491,287 | $ 395,045 |
| Plan Interest Payments, Secured | $ 125,570 | $ 90,804 | $ 53,152 | $ 13,285 |
| Changes in Accounts Payable-Post Petition | $ - | $ - | $ - | $ - |
| Payments on Classes 44 and 46 | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 |
| U.S. Trustee Fees | $ - | $ - | $ - | $ - |
| Total Uses of Cash | $ 4,994,701 | $ 5,161,099 | $ 5,339,311 | $ 5,298,652 |
| Net Cash Flow | $ (35,856) | $ (98,574) | $ (95,841) | $ 92,461 |
| Ending Cash Balance | $ 265,801 | $ 167,227 | $ 71,386 | $ 163,848 |

Exhibit _A_

Page _32_

## SUMMARY OF PAYMENTS TO CREDITORS UNDER JOINT PLAN

| CLASS | DEBTOR | CREDITOR | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|-------|--------|----------|----------------|-------------------|
| 1 | Both | Administrative Claims | | On Confirmation of After Court Approval if Court Approval is Required |
| 2 | Iron | Priority Claims | $11,315.92 | Within 60 days of Effective Date of Plan |
| 3 | Action | De Lange Financial | $243.32 | Monthly |
| 4 | Action | Westamerica Bank | $1,196.31 | Monthly |
| 5 | Action | John Deere | $1,450.34 | Monthly |
| 6 | Action | FBC Financial | Class 46 | |
| 7 | Iron | BB&T | $709.67 | Monthly |
| 8 | Iron | CNH Capital | $1,905.98 | Monthly |
| 9 | Iron | Leaf Funding | $1,305.80 | Monthly |
| 10 | Action | M&T Bank | $476.50 | Monthly |
| 11 | Iron | Tennessee Commerce Bank | $506.91 | Monthly |
| 12 | Iron | Tennessee Commerce Bank | Class 45 | |
| 13.a. | Action | Wells Fargo Equipment Finance | $3,305.05 | Monthly |
| 13b.-f. | Iron | Wells Fargo Equipment Finance | $2,727.18 | Monthly |
| 14 | Iron | Wells Fargo Financial Leasing | $1,368.66 | Monthly |
| 15a.-c. and e.-g. | Iron | Ford Motor Credit | $1,574.44 | Monthly |
| 15d. | Action | Ford Motor Credit | $152.07 | Monthly |
| 16 | Iron | Ford Motor Credit | Class 45 | |
| 17 | Iron | Hitachi | $1,480.18 | Monthly |
| 18 | Iron | Diversified Financial Services | $1,236.86 | Monthly |
| 19 | Iron | Diversified Financial Services | Class 47 | |
| 20 | Iron | Stearns Bank | $932.71 | Monthly |
| 21 | Iron | Stearns Bank | Class 45 | |
| 22 | Action | People's Capital and Leasing | $13,372.28 | Monthly |
| 23 (ex 23f.) | Iron | General Electric Capital Corporation | $4,039.06 | Monthly |
| 23f. | Action | General Electric Capital Corporation | $4,227.63 | Monthly |
| 24 | both | General Electric Capital Corporation | Class 45&46 | |
| 25 | Action | PNC Equipment Finance | $3,122.56 | Monthly |
| 26 | Action | Sacramento Leasing, Inc. | $3,102.29 | Monthly |
| 28 | Iron | Caterpillar Financial Services | $2,970.49 | Monthly |
| 29 | Iron | Caterpillar Financial Services | $1,216.58 | Monthly |
| 30 | Action | Irwin | $162.21 | Monthly |
| 31 | Action | Financial Pacific Leasing | Class 46 | |
| 32 | Action | Trinity | $2,190.79 | Monthly |
| 33 | Action | Gehl Company | $6,650.66 | Monthly |
| 34 | Action | Gehl Company | Class 46 | |
| 35a.,c.,f.,g. | Iron | Colonial Pacific Leasing | $973.27 | Monthly |
| 35b.,d.,e.,h. | Action | Colonial Pacific Leasing | $750.23 | Monthly |
| 36 | Both | Colonial Pacific Leasing | Class 47&48 | |
| 37h. | Iron | Banc of America Leasing & Capital | $608.29 | Monthly |
| 37 (ex 39h.) | Action | Banc of America Leasing & Capital | $3,568.65 | Monthly |
| 38 | Action | Banc of America Leasing & Capital | Class 46 | |
| 39 | Iron | Kraus-Anderson Capital | $2,189.85 | Monthly |
| 40 | Action | US Bancorp Business Finance | $689.40 | Monthly |

1

Exhibit _____ A

Page _____ 33

SUMMARY OF PAYMENTS TO CREDITORS UNDER JOINT PLAN

| CLASS | DEBTOR | CREDITOR | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| 41 | Action | Balboa Capital | $709.67 | Monthly |
| 42 | Iron | DCFS USA LLC | $3,475.62 | Monthly |
| 43 | Iron | General Unsecured Creditors holding claims of $5,000 or less | $7,500.00 | 1 time pro-rata share |
| 44 | Action | General Unsecured Creditors holding claims of $5,000 or less | $35,000.00 | 1 time pro-rata share |
| 45 | Iron | General Unsecured Creditors holding claims greater than $5,000 | $25,000.00 | Quarterly pro-rata share |
| 46 | Action | General Unsecured Creditors holding claims greater than $5,000 | $20,000.00 | Quarterly pro-rata share |
| 47 | Action | Subordinate General Unsecured Claims held by Iron against Action | | Not paid until all payments to Class 43-46 are completed |
| 48 | Iron | Subordinate General Unsecured Claims held by Action against Iron | | Not paid until all payments to Class 43-46 are completed |
| 49 | Iron | Subordinate General Unsecured Claims of Robert Moffitt against Iron | | Not paid until all payments to Class 43-46 are completed |

2

Exhibit _____ A

Page _____ 34

**Iron Industries**
**Liquidation Analysis**
**As of April 30, 2011**

| | Total |
|---|---|
| Value of Equipment Retained by Debtor | $ 1,441,161 |
| Value of Equipment Returned or to be Returned | $ 435,000 |
| Less: Cost to Liquidate at 30% | $ (562,848) |
| Net Recovery From Equipment for Secured Creditors | $ 1,313,313 |
| | |
| Accounts Receivable | $ 1,500,000 |
| Less: Reserve for uncollectability | $ (750,000) |
| Less: Cost to Liquidate at 30% | $ (225,000) |
| Legal and Administrative Costs | $ (100,000) |
| Estimated Chapter 7 Trustee Fees | $ (102,035) |
| Total Unencumbered Assets | $ 322,965 |
| | |
| Proceeds Available For Creditors | $ 1,636,278 |
| Liquidation Value of Secured Collateral | $ 1,313,313 |
| Total Available for Unsecured and Under Secured Creditors | $ 322,965 (a) |

(a) Excludes any tax ramifications resulting from the sale of assets.

**Action Equipment Rental**
**Liquidation Analysis**
**As of April 30, 2011**

|                                                            |     | Total       |     |
| ---------------------------------------------------------- | --- | ----------- | --- |
| Value of Equipment Retained by Debtor                      | $   | 2,237,575   |     |
| Value of Equipment Returned or to be Returned              | $   | 400,867     |     |
| Less:  Cost to Liquidate at 30%                            | $   | (791,533)   |     |
| Net Recovery From Equipment for Secured Creditors          | $   | 1,846,909   |     |
|                                                            |     |             |     |
| Accounts Receivable                                        | $   | 430,000     |     |
| Less:  Reserve for uncollectability                        | $   | (215,000)   |     |
| Unencumbered Equipment                                     | $   | 26,517      |     |
| Less:  Cost to Liquidate at 30%                            | $   | (72,455)    |     |
| Legal and Administrative Costs                             | $   | (50,000)    |     |
| Estimated Chapter 7 Trustee Fees                           | $   | (109,649)   |     |
| Total Unencumbered Assets                                  | $   | 9,413       |     |
|                                                            |     |             |     |
| Proceeds Available For Creditors                           | $   | 1,856,323   |     |
| Liquidation Value of Secured Collateral                    | $   | 1,846,909   |     |
| Total Available for Unsecured and Under Secured Creditors  | $   | 9,413       | (a) |

(a)  Excludes any tax ramifications resulting from the sale of assets.