FILED
May 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003494404

HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN D. JINKERSON, CSB NO. 232143
KLEIN, DENATALE, GOLDNER,
　COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (559) 432-1847
E-Mail: hbedoyan@kleinlaw.com; ijinkerson@kleinlaw.com

Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>IRON INDUSTRIES, INC.,<br><br>　　　　Debtor-In-Possession. | Case No.  10-61192-A-11<br>Jointly Administered with<br>Case No. 10-61196-A-11<br><br>Chapter  11<br><br>DC No. KDG-45 |
| In re:<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>　　　　Debtor-In-Possession. | Date:  July 6, 2011<br>Time:  1:30 p.m.<br>Place:  United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Whitney Rimel |

**NOTICE OF HEARING ON APPROVAL OF JOINT DISCLOSURE STATEMENT FOR IRON INDUSTRIES, INC. AND ACTION EQUIPMENT RENTALS IN CONNECTION WITH DEBTORS' JOINT PLAN OF REORGANIZATION DATED MAY 15, 2011**

NOTICE IS HEREBY GIVEN that IRON INDUSTRIES, INC. ("Iron") and ACTION EQUIPMENT RENTALS ("Action") (collectively, the "Debtors") have prepared and filed a Joint Disclosure Statement and Joint Plan of Reorganization with the United States Bankruptcy Court for the Eastern District of California-Fresno Division.

Copies of the Joint Disclosure Statement and Joint Plan of Reorganization filed by Debtors have been served on Debtors, the United States Trustee, parties pursuant to the *Order Limiting Notice of Certain Motions*, and parties requesting special notice as required by

1  Bankruptcy Rule 3017. Copies of the Joint Disclosure Statement and Joint Plan of
2  Reorganization filed by Debtors are available from Karen A. Clemans at the 4550 California
3  Avenue, 2nd Floor, Bakersfield, California 93309.
4         NOTICE IS HEREBY GIVEN that a hearing on the approval of the Joint Disclosure
5  Statement filed by Debtors has been set for July 6, 2011 at 1:30 p.m. in the United States
6  Bankruptcy Court, 2500 Tulare Street, Fifth Floor, Department A, Courtroom 11, Fresno,
7  California.
8         Persons who desire to request copies of the Joint Disclosure Statement and Joint Plan
9  of Reorganization must do so promptly if they are to receive copies of the Joint Disclosure
10 Statement and Joint Plan of Reorganization in advance of the hearing. Objections to the
11 adequacy of the Joint Disclosure Statement must be in writing and filed with the United States
12 Bankruptcy Court for the Eastern District of California-Fresno Division at least 14 calendar
13 days proceeding the date of the hearing pursuant to Local Rule 9014-1(f)(1), and served on the
14 parties identified in Exhibit "A" attached hereto. The Court will not hear opposition to the
15 approval of the Joint Disclosure Statement at oral argument if written opposition to the
16 approval of the Joint Disclosure Statement has not been timely filed. Failure to timely file
17 written opposition may be deemed a waiver of any opposition to the approval of the Joint
18 Disclosure Statement or may result in the imposition of sanctions pursuant to Local Rule
19 Number 9014-1. **Further, the Court may resolve the matter without oral argument unless**
20 **written opposition and supporting evidence are filed with the Clerk of Court and served**
21 **on the moving Debtor.**
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

34H8967.DOC                               2

Creditors will be notified of the approval of the Joint Disclosure Statement and the procedure to be used in soliciting ballots for the purpose of confirming the Joint Plan of Reorganization if the Joint Disclosure Statement is approved as containing adequate information as required by 11 USC Section 1125.

Date: May 16, 2011                KLEIN, DeNATALE, GOLDNER,
                                  COOPER, ROSENLIEB & KIMBALL, LLP

                                  By  /s/ Hagop T. Bedoyan
                                  HAGOP T. BEDOYAN
                                  CHRISTIAN D. JINKERSON
                                  Attorneys for Debtor-in-Possession

34H8967.DOC                         3

Iron Industries, Inc.
10 South Brown Street
Hanford, CA 93230

Action Equipment Rentals
10 South Brown Street
Hanford, CA 93230

United States Trustee
2500 Tulare St., Ste. 1401
Fresno, CA  93721-1326

Marshall F. Goldberg, Esq.
Glass & Goldberg
21700 Oxnard Street, Ste. 430
Woodland Hills, CA 91367

Erick R. Von Helms, Esq.
4650 N. Port Washington Rd.
Milwaukee, Wisconsin 53212

Andrew K. Alper, Esq.
Frandzel, Robins, et al.
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048

Richard A. Solomon, Esq.
Solomon, Grindle, et al.
12651 High Bluff Dr., Ste. 300
San Diego, CA 92130

Melissa W. Cook, Esq.
3444 Camino del Rio North
Suite 106
San Diego, CA 92108

David M. Wiseblood, Esq.
101 Montgomery St., 27th Fl.
San Francisco, CA 94104

Austin P. Nagle, Esq.
111 Deerwood Rd., Ste. 305
San Ramon CA 94583

Riley C. Walter, Esq.
Walter & Wilhelm Law Group
205 E. River Park Circle, # 410
Fresno, CA 93720

Kelly Sweeney, Esq.
Spiwak & Iezza, LLP
555 Main Street, Ste. 140
Thousand Oaks, CA 91360

Mark D. Poniatowski, Esq.
20980 Redwood Rd., Ste. 200
Castro Valley, CA  94546

Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177

Banc of America
Formerly Gehl Finance
P.O. Box 371992
Pittsburgh, PA 15250-7992F

Bank of the West,
Trinity Division
475 Sansome St., 19th Fl.
San Francisco, CA 94111

Tennessee Commerce Bank
381 Mallory Station Rd.
Suite 207
Franklin, TN 37067

Diversified Financial Services, LLC
P.O. Box 95662
Chicago, IL 60694-5662

FCC Financing Inc.
P.O. Box 905010
Charlotte, NC 28290-5010

American Bank Leasing
555 Sun Valley Dr., Bldg. E5
Rosewell, GA 30076

Balboa Capital
P.O. Box 514870
Los Angeles, CA  90051-4870

BB&T Leasing Corporation
P.O. Box 580155
Charlotte, NC 28258-0155

CNH Capital
P.O. Box 894703
Los Angeles, CA 90189-4703

CNH Capital
Dept. CH 10460
Palatine, IL 60055-0460

Cummins West, Inc.
14775 Wicks Blvd.
San Leandro, CA  94577

De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

Financial Pacific Leasing
3455 S. 344th Way, #300
Federal Way, WA 98001-9546

EXHIBIT "A"
4

| | | |
|---|---|---|
| Bank of America N.A.<br>P.O. Box 4568<br>Federal Way, WA 98063 | GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680-2585 | Ford Motor Credit<br>National Bky. Serv. Ctr.<br>P.O. Box 6275<br>Dearborn, MI 48121 |
| Citicapital Comm. Corp<br>3950 Regent Blvd<br>Irving, TX 75063 | GE Capital Corporation<br>1961 Hirst Drive<br>Moberly, AL 35270 | GEHL Company<br>143 Water Street<br>West Bend, WI 53095 |
| Greater Bay Bank, N.A.<br>100 Tri-State Int'l., #140<br>Lincolnshire, IL 60069 | Genie Industries, Inc.<br>18340 N.E. 76th Street<br>Redmond, WA 98073-9730 | TFS Capital Funding<br>3000 Lakeside Dr. Ste 200N<br>Deerfield, IL 60015 |
| Hitachi Capital America Corp.<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | HCA Equip. Finance LLC<br>800 Connecticut Avenue<br>Norwalk, CT 06854 | Key Bank<br>P.O. Box 93644<br>Cleveland, OH 44101 |
| JLG, Inc.<br>13224 Fountainhead Plaza<br>Hagerstown, MD 21742 | Irwin Commercial Finance<br>P.O. Box 6214<br>Indianapolis, IN 46206-6214 | John Deere Credit<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 |
| Key Equip. Finance Inc.<br>3075 Highland Pkwy, 7th Fl.<br>Downers Grove, IL 60515 | People's Capital & Leasing Corporation<br>255 Bank Street 4th Floor<br>Waterbury, CT 06702-2213 | HCA Equipment Finance LLC<br>21925 Network Place<br>Chicago, IL 60673-1219 |
| Sacramento Leasing<br>5301 Madison Ave., # 101<br>Sacramento, CA 95841 | Kraus-Anderson Capital<br>523 So. 8th Street<br>Minneapolis, MN 55404 | Leaf Funding Inc.<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 |
| M&T Bank<br>Formerly Court Square<br>P.O. Box 62176<br>Baltimore, MD 21264 | National City Commercial Capital Co. Ltd.<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | Komatsu Financial<br>1333 Butterfield Rd., #600<br>Downers Grove, IL 60515 |
| Sacramento Leasing, Inc.<br>P.O. Box 41376<br>Sacramento, CA 95841-0376 | First Bank, Inc.<br>1788 Tribute Road, #304<br>Sacramento, CA 95815 | Snider Leasing Corporation<br>P.O. Box 41376<br>Sacramento, CA 95841 |

EXHIBIT "A"
5

Key Bank
P.O. Box 93644
Cleveland, OH 44101

Stearns Bank
500 – 13th Street
P.O. Box 750
Albany, MN 56307

TEM Financial
550 W Locust
Fresno, CA 93650

Trinity
P.O. Box 7167
Pasadena, CA 91109-7167

US Bank Vendor Services
P.O. Box 790448
Saint Louis, MO 63179-0448

Wells Fargo Equip. Finance
P.O. Box 1450
Minneapolis, MN 55485-8178

West America Bank
PO BOX 1260
Suisun City, CA 94585-1260

Banc of America Leasing
Mailcode: IL 1-231-08-49
231 S. LaSalle Street, 8th Floor
Chicago, IL 60604
Attn: Raymond E. Ratliff

Netbank Business Finance
P.O. Box 527
Columbia, SC 29202

Takuechi Manuf. (U.S.)
1525 Broadmoor Blvd.
Buford, GA 30518

Morris Levin & Sons
1816 "K" Street
Tulare, CA 93274

General Petroleum
P.O. Box 31001-1235
Pasadena, CA 91110-1235

**Party Requesting Special Notice**
John A. Britton
Wright & Britton
3741 Douglas Blvd., Ste. 380
Roseville, CA 95661

Leo D. Plotkin, Esq.
Levy, Small & Lallas, PC
815 Moraga Drive
Los Angeles, CA 90049

Terence J. Long, CPA
7110 N. Fresno Street, Suite 460
Fresno, CA 93720

**Party Requesting Special Notice**
Douglas Holloway
Law Offices of Douglas Holloway
201 Bennington Street
Sacramento, CA 94110

**Party Requesting Special Notice**
MacKissic, Inc.
c/o David L. Allenbach, Jr., Esq.
1129 East High Street
Pottstown, PA 19464-0076

Perkins, Mann & Everett
Jerry Mann, Esq.
2222. W. Shaw Ave. Ste 202
Fresno, CA 93711

**Attorneys for Debtors**
HAGOP T. BEDOYAN
Klein DeNatale et al
5260 North Palm Ave, Ste 201
Fresno, CA93704

EXHIBIT "A"
6