Case 10-61192   Doc 600   Page 1 of 7

2010-61192
FILED
May 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003506555

7

1  HAGOP T. BEDOYAN, CSB NO. 131285
   CHRISTIAN JINKERSON, CSB NO. 232143
2  KLEIN, DENATALE, GOLDNER,
       COOPER, ROSENLIEB & KIMBALL, LLP
3  5260 N. Palm Avenue, Suite 201
   Fresno, California 93704
4  Telephone: (559) 438-4374
   Facsimile:  (559) 432-1847
5  Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

6  Attorneys for Debtors in Possession

7

8               UNITED STATES BANKRUPTCY COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | In re: | Case No.  10-61192-A-11 |
|---|---|---|
| 12 | IRON INDUSTRIES, INC., | Jointly Administered with Case No. 10-61196-A-11 |
| 13 | Debtor-In-Possession. | Chapter  11 |
| 14 | | DC No.  KDG-37 |
| 15 | In re: | |
| 16 | ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP, | Date: May 18, 2011<br>Time: 1:30 p.m. |
| 17 | | Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor |
| 18 | Debtor-In-Possession. | Department A, Courtroom 11<br>Fresno, California |
| 19 | | Judge: Honorable Whitney Rimel |

20           **FINAL ORDER AUTHORIZING USE OF CASH**
21     **COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION**

22       The *Third Motion for Order Authorizing Use of Cash Collateral and Payment of*

23  *Adequate Protection* ("Motion") filed by IRON INDUSTRIES, INC. ("Iron") and ACTION

24  EQUIPMENT RENTALS ("Action") (collectively "Debtors") came on for hearing

25  before the Honorable Whitney Rimel on May 18, 2011, at 1:30 p.m

26       Christian Jinkerson, Esq. appeared on behalf of the Debtors.  Meera Parikh, Esq.

27  appeared on behalf of Caterpillar Financial, and Gregory Powell appeared for the United

28  States Trustee.  Other appearances made at the hearing are noted on the record.

RECEIVED
May 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003506555

1

34J0654.DOC

The Court, having considered the Motion and papers filed in support of the Motion, the papers filed in opposition of the Motion, the comments of counsel, and good cause appearing therefor,

IT IS ORDERED that:

1. The Motion is granted through August 31, 2011, subject to the terms and conditions of this Order;

2. Debtors are authorized to use bank deposits on hand and business receivables, (collectively "Cash Collateral"), in the amount set forth in the Budget attached hereto as Exhibit "A" ("Budget") with an allowed ten percent (10%) variance through August 31, 2011;

3. Debtors are authorized to make adequate protection payments to the secured creditors in the amounts described in Exhibit "B" attached hereto ("Secured Creditors") as well as the other payments described in the Budget through August 31, 2011;

4. Wells Fargo shall be authorized to inspect its collateral up to six times within a twelve month period with the Debtors reimbursing Wells Fargo for the inspection costs up to $500.00 per inspection. The first inspection shall be completed by May 30, 2011.

5. None of Wells Fargo's collateral may be sold or otherwise disposed of without the consent of Wells Fargo or order of this Court. If the Debtor sells or otherwise disposes of any of Wells Fargo's collateral without consent or an order of this Court, Wells Fargo may have relief from the Automatic Stay as to all of its collateral upon ex parte application after seven (7) days notice to the Debtors and Debtors' counsel.

///
///
///
///
///
///
///
///

6. The Secured Creditors are granted replacement liens against Debtors' post-petition assets to the same extent, validity, and priority of their pre-petition lien to the extent of any diminution of their collateral base during the period of this interim order. Said liens shall be perfected by operation of law upon entry of this Order and no filing or other action is necessary.

APPROVED AS TO FORM AND CONTENT:

Dated: 5/20/11          By: _____
                             Richard Solomon, Esq. Attorney for
                             Wells Fargo Equipment Finance, Inc.

Dated:

May 24, 2011

_____
United States Bankruptcy Judge

34J0654.DOC                                3

ORIGINAL

Action Equipment and Iron Industries
Combined May through August 2011 Cash Flow

| | May | June | July | August | Total | |
|---|---:|---:|---:|---:|---:|---|
| **Beginning Cash Balance** | $ 898,835 | $ 818,705 | $ 931,037 | $ 982,262 | $ 898,835 | |
| **Sources:** | | | | | | |
| Post-Petition Equipment Rental Sales-Third Party | $ 371,000 | $ 376,000 | $ 366,000 | $ 376,000 | $ 1,489,000 | |
| Post-Petition Equipment Resale Sales | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Post-Petition Equipment Rental Sales-Iron Industries | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 | |
| Post-Petition Construction Revenues Billed or Accrued | $ 539,940 | $ 444,734 | $ 467,954 | $ 443,926 | $ 1,896,554 | |
| Total Post Petition Revenues Earned | $ 989,934 | $ 890,207 | $ 905,749 | $ 889,319 | $ 3,675,209 | (b) |
| Less: Additions to Accounts Receivable | $ (989,934) | $ (890,207) | $ (905,749) | $ (889,319) | $ (3,675,209) | |
| Construction Collections | $ 533,921 | $ 533,921 | $ 547,327 | $ 495,446 | $ 2,110,615 | |
| Equipment Rental Collections-Third Party | $ 305,000 | $ 351,000 | $ 370,000 | $ 369,000 | $ 1,395,000 | |
| Equipment Resale | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Equipment Rental Collections-Iron Industries | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 | |
| Hanford Rent-Action to Iron | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 104,000 | |
| **Total Sources** | $ 943,915 | $ 980,394 | $ 1,015,123 | $ 959,839 | $ 3,899,271 | |
| **Uses:** | | | | | | |
| Parts COGS | $ 25,970 | $ 26,320 | $ 25,620 | $ 26,320 | $ 104,230 | |
| Machine COGS | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Direct Labor | $ 283,363 | $ 237,230 | $ 258,443 | $ 239,667 | $ 1,018,703 | |
| Health Insurance | $ - | $ - | $ - | $ - | $ - | |
| Material Costs | $ - | $ - | $ - | $ - | $ - | |
| Fuel | $ 45,598 | $ 41,789 | $ 42,718 | $ 41,757 | $ 171,862 | |
| Equipment Leased | $ 355 | $ 355 | $ 355 | $ 355 | $ 1,420 | |
| Equipment Rental-Iron to Action | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 | |
| Insurance | $ 19,611 | $ 10,111 | $ 10,111 | $ 10,111 | $ 49,944 | |
| Employee Certification | $ 100 | $ 100 | $ 100 | $ 100 | $ 400 | |
| Sub Pay & Travel | $ 10,799 | $ 8,895 | $ 9,359 | $ 8,879 | $ 37,931 | |
| Equipment Repairs | $ 5,399 | $ 4,447 | $ 4,680 | $ 4,439 | $ 18,966 | |
| Hotel & Lodging | $ 10,799 | $ 8,895 | $ 9,359 | $ 8,879 | $ 37,931 | |
| Work Comp | $ 26,997 | $ 22,237 | $ 23,398 | $ 22,196 | $ 94,828 | |
| Advertisement | $ 4,000 | $ 4,000 | $ 4,000 | $ 500 | $ 12,500 | |
| Building | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 12,000 | |
| Rent Hanford | $ 9,734 | $ 9,734 | $ 9,734 | $ 9,734 | $ 38,936 | |
| Rent Tulare | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 36,000 | |
| Rent Porterville | $ 5,141 | $ 5,141 | $ 5,141 | $ 5,141 | $ 20,564 | |
| Uniforms | $ 498 | $ 498 | $ 498 | $ 498 | $ 1,992 | |
| Alarm | $ 288 | $ 288 | $ 288 | $ 288 | $ 1,152 | |
| Shop Supplies | $ 5,959 | $ 5,959 | $ 5,959 | $ 5,959 | $ 23,836 | |
| Outside Hauling | $ 973 | $ 973 | $ 973 | $ 973 | $ 3,892 | |
| Office Supplies | $ 4,866 | $ 4,866 | $ 4,866 | $ 4,866 | $ 19,464 | |
| Computer System | $ - | $ - | $ - | $ - | $ - | |
| Automobile Expense | $ 7,504 | $ 7,504 | $ 7,504 | $ 7,504 | $ 30,016 | |
| Credit Card Fees and Bank Charges | $ 1,470 | $ 1,470 | $ 1,470 | $ 1,470 | $ 5,880 | |
| Cleaning | $ 121 | $ 121 | $ 121 | $ 121 | $ 484 | |
| Contributions & Donations | $ 58 | $ 58 | $ 58 | $ 58 | $ 232 | |
| Dues and Subscriptions | $ 607 | $ 607 | $ 607 | $ 607 | $ 2,428 | |
| Equipment Rental-Iron Owned Equipment | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 80,000 | |
| Management Compensation Ron Silveira | $ 4,254 | $ 4,254 | $ 4,254 | $ 4,254 | $ 17,016 | |
| Management Compensation Scott McCoy | $ 4,669 | $ 4,669 | $ 4,669 | $ 4,669 | $ 18,676 | |
| Licenses and Permits | $ 3,862 | $ 3,862 | $ 3,862 | $ 3,862 | $ 15,448 | |
| Medical Overhead | $ 5,989 | $ 5,989 | $ 5,989 | $ 5,989 | $ 23,956 | |
| Postage and Delivery | $ 912 | $ 912 | $ 912 | $ 912 | $ 3,648 | |
| Professional Fees-Consulting | $ 15,000 | $ 9,000 | $ 8,000 | $ 8,000 | $ 40,000 | |
| Professional Fees-Legal | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 120,000 | |
| Professional Fees-Accounting | $ 14,651 | $ 4,000 | $ 4,000 | $ 4,000 | $ 26,651 | |
| Repairs | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 4,000 | |
| Computer Repairs | $ - | $ - | $ - | $ - | $ - | |
| Equipment Repairs | $ 6,562 | $ 6,562 | $ 6,562 | $ 6,562 | $ 26,248 | |
| Telephone | $ 6,405 | $ 6,405 | $ 6,405 | $ 6,405 | $ 25,620 | |
| Internet Service | $ 591 | $ 591 | $ 591 | $ 591 | $ 2,364 | |
| Training & Continued Education | $ - | $ - | $ - | $ - | $ - | |
| Freight & Delivery | $ - | $ - | $ - | $ - | $ - | |
| Travel & Ent | $ 515 | $ 515 | $ 515 | $ 515 | $ 2,060 | |
| Entertainment | $ 217 | $ 217 | $ 217 | $ 217 | $ 868 | |
| Meals | $ 760 | $ 760 | $ 760 | $ 760 | $ 3,040 | |
| Hotel & Lodging | $ 311 | $ 311 | $ 311 | $ 311 | $ 1,244 | |
| Utilities | $ 961 | $ 961 | $ 961 | $ 961 | $ 3,844 | |
| Gas and Electric | $ 7,000 | $ 7,500 | $ 8,000 | $ 8,500 | $ 31,000 | |
| Water | $ 15 | $ 15 | $ 15 | $ 15 | $ 60 | |
| Trash service | $ - | $ - | $ - | $ - | $ - | |
| 6490 - Landscaping | $ - | $ - | $ - | $ - | $ - | |
| Payroll-Salaried Employees-Iron | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 168,000 | |
| Payroll Taxes-Iron | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 16,800 | |
| Payroll and Taxes-Action | $ 120,000 | $ 120,000 | $ 180,000 | $ 120,000 | $ 540,000 | |
| Sales Taxes | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 8,000 | |
| Property Taxes | $ - | $ - | $ - | $ 15,000 | $ 15,000 | |
| Small Tools and Equipment | $ 35,000 | $ 35,000 | $ 29,000 | $ 29,000 | $ 128,000 | |
| Redemption Payments to Ford Motor Credit | $ - | $ - | $ - | $ - | $ - | |
| Workers Comp catch up payments March and April 2011 | $ 57,000 | $ - | $ - | $ - | $ 57,000 | |
| U.S. Trustee Fees | $ - | $ - | $ 16,250 | $ - | $ 16,250 | |
| Adequate Protection Payments to Secured Creditors | $ 78,968 | $ 74,268 | $ 74,268 | $ 74,268 | $ 301,771 | |
| **Total Uses** | $ 1,024,045 | $ 868,062 | $ 963,898 | $ 875,805 | $ 3,731,810 | |
| **Net Cash Flow** | $ (80,130) | $ 112,332 | $ 51,225 | $ 84,034 | $ 167,461 | |
| **Ending Cash Balance** | $ 818,705 | $ 931,037 | $ 982,262 | $ 1,066,296 | $ 1,066,296 | |
| Amount to be held in reserve pending contract start-up (a) | | | | | $ 844,840 | |
| **Ending Cash Balance After Reserve** | | | | | $ 221,456 | |
| | | | | ck | $ - | |

(a) Iron Industries has a significant backlog of pending projects which, when starting, require the funding of significant start up costs. Excess funds are reserved for this purpose.
(b) Additions to Collateral.

EXHIBIT "A"

4

Final Cash Collateral Budget-May-Aug 2011 r7.xls

Action Equipment Rental
May through August 2011 Cash Flow
April 11, 2011

|  | May | June | July | August | Total |  |
|---|---:|---:|---:|---:|---:|---|
| **Beginning Cash Balance (b)** | $ 308,835 | $ 253,409 | $ 255,278 | $ 213,168 | $ 308,835 | |
| **Sources:** | | | | | | |
| Post-Petition Equipment Rental Sales-Third Party | $ 371,000 | $ 376,000 | $ 366,000 | $ 376,000 | $ 1,489,000 | |
| Post Petition Equipment Resale Sales | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Post Petition Equipment Rental Sales-Iron Industries | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 | |
| Total Post Petition Revenues | $ 449,994 | $ 445,473 | $ 437,795 | $ 445,393 | $ 1,778,655 | (c) |
| Less: Additions to Accounts Receivable | $ (449,994) | $ (445,473) | $ (437,795) | $ (445,393) | $ (1,778,655) | |
| Equipment Rental Collections-Third Party | $ 305,000 | $ 351,000 | $ 370,000 | $ 369,000 | $ 1,395,000 | |
| Equipment Resale Collections (a) | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Equipment Rental Collections-Iron Industries | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 | |
| **Total Sources** | $ 383,994 | $ 420,473 | $ 441,795 | $ 438,393 | $ 1,684,655 | |
| **Uses:** | | | | | | |
| Parts and Materials COGS | $ 25,970 | $ 26,320 | $ 25,620 | $ 26,320 | $ 104,230 | |
| Machine COGS (a) | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 100,000 | |
| Advertisement | $ 4,000 | $ 4,000 | $ 4,000 | $ 500 | $ 12,500 | |
| Rent Hanford-To Iron Industries | $ 6,000 | $ 6,000 | $ 6,000 | $ 6,000 | $ 24,000 | |
| Rent Tulare | $ 9,000 | $ 9,000 | $ 9,000 | $ 9,000 | $ 36,000 | |
| Rent Porterville | $ 5,141 | $ 5,141 | $ 5,141 | $ 5,141 | $ 20,564 | |
| Fuel | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 96,000 | |
| Uniforms | $ 498 | $ 498 | $ 498 | $ 498 | $ 1,992 | |
| Outside Labor-Iron Industries | $ 120,000 | $ 120,000 | $ 180,000 | $ 120,000 | $ 540,000 | |
| Alarm | $ 288 | $ 288 | $ 288 | $ 288 | $ 1,152 | |
| Shop Supplies | $ 5,959 | $ 5,959 | $ 5,959 | $ 5,959 | $ 23,836 | |
| Outside Hauling | $ 137 | $ 137 | $ 137 | $ 137 | $ 548 | |
| Office Supplies | $ 3,951 | $ 3,951 | $ 3,951 | $ 3,951 | $ 15,804 | |
| Computer System | $ - | $ - | $ - | $ - | $ - | |
| Automobile Expense | $ 2,004 | $ 2,004 | $ 2,004 | $ 2,004 | $ 8,016 | |
| Credit Card Fees and Bank Charges | $ 1,441 | $ 1,441 | $ 1,441 | $ 1,441 | $ 5,764 | |
| Cleaning | $ 121 | $ 121 | $ 121 | $ 121 | $ 484 | |
| 6151 · Contributions & Donations | $ 58 | $ 58 | $ 58 | $ 58 | $ 232 | |
| Dues and Subscriptions | $ 563 | $ 563 | $ 563 | $ 563 | $ 2,252 | |
| Equipment Rental-Iron Owned Equipment | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 80,000 | |
| Management Compensation Ron Silveira | $ 4,254 | $ 4,254 | $ 4,254 | $ 4,254 | $ 17,016 | |
| Management Compensation Scott McCoy | $ 4,669 | $ 4,669 | $ 4,669 | $ 4,669 | $ 18,676 | |
| Health Insurance | | | | | $ - | |
| Insurance | $ 14,000 | $ 4,500 | $ 4,500 | $ 4,500 | $ 27,500 | |
| Licenses and Permits | $ 1,862 | $ 1,862 | $ 1,862 | $ 1,862 | $ 7,448 | |
| Medical Overhead | $ 5,989 | $ 5,989 | $ 5,989 | $ 5,989 | $ 23,956 | |
| Postage and Delivery | $ 912 | $ 912 | $ 912 | $ 912 | $ 3,648 | |
| Professional Fees-Consulting | $ 8,000 | $ 6,000 | $ 5,000 | $ 5,000 | $ 24,000 | |
| Professional Fees-Legal | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 60,000 | |
| Professional Fees-Accounting | $ 7,465 | $ 2,000 | $ 2,000 | $ 2,000 | $ 13,465 | |
| Equipment Repairs | $ 6,562 | $ 6,562 | $ 6,562 | $ 6,562 | $ 26,248 | |
| Telephone | $ 6,405 | $ 6,405 | $ 6,405 | $ 6,405 | $ 25,620 | |
| Internet Service | $ 591 | $ 591 | $ 591 | $ 591 | $ 2,364 | |
| Entertainment | $ 217 | $ 217 | $ 217 | $ 217 | $ 868 | |
| Meals | $ 760 | $ 760 | $ 760 | $ 760 | $ 3,040 | |
| Hotel & Lodging | $ 311 | $ 311 | $ 311 | $ 311 | $ 1,244 | |
| 6390 · Utilities | $ 961 | $ 961 | $ 961 | $ 961 | $ 3,844 | |
| Gas and Electric | $ 7,000 | $ 7,500 | $ 8,000 | $ 8,500 | $ 31,000 | |
| Water | $ 15 | $ 15 | $ 15 | $ 15 | $ 60 | |
| Sales Taxes | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 8,000 | |
| Property Taxes | | | | $ 15,000 | $ 15,000 | |
| Small Tools and Equipment | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 80,000 | |
| U.S. Trustee Fees | | | $ 6,500 | | $ 6,500 | |
| Adequate Protection Payment-Wells Fargo Equipment (e) | $ 4,700 | | | | $ 4,700 | |
| Adequate Protection Payments to Secured Creditors | $ 73,616 | $ 73,616 | $ 73,616 | $ 73,616 | $ 294,463 | |
| **Total Uses** | $ 439,420 | $ 418,605 | $ 483,905 | $ 430,105 | $ 1,772,034 | (d) |
| **Net Cash Flow** | $ (55,426) | $ 1,869 | $ (42,109) | $ 8,288 | $ (87,379) | |
| **Ending Cash Balance** | $ 253,409 | $ 255,278 | $ 213,168 | $ 221,456 | $ 221,456 | |

(a) The company buys and sells equipment from time to time in the ordinary course of business.
Timing is difficult to predict, therefore, the cost is budgeted with no margin to avoid artificially overstating
the excess cash balance in the event that these sales do not occur during the relevant budget period.
(b) Beginning cash balance adjusted to budgeted April ending balance.
(c) Additions to Collateral.
(d) Cash used is less than additions to collateral (c). Cash used includes adequate protection payments to secured creditors.
(e) Refund of proceeds received from a pre-bankruptcy sale without secured creditor's permission.

EXHIBIT "A"

Iron Industries
May through August 2011 Cash Flow
April 11, 2011

| | May | June | July | August | Total |
|---|---:|---:|---:|---:|---:|
| **Beginning Cash Balance (b)** | $ 590,000 | $ 565,296 | $ 675,759 | $ 769,094 | $ 590,000 |
| **Sources:** | | | | | |
| Post-Petition Construction Revenues Billed or Accrued-Private Metal Bld. | $ 180,060 | $ 162,020 | $ 185,000 | $ 169,426 | $ 696,506 |
| Post-Petition Construction Revenues Billed or Accrued-Private Structural | $ 157,930 | $ 97,214 | $ 43,636 | $ 75,000 | $ 373,780 |
| Post-Petition Construction Revenues Billed or Accrued-Union Structural | $ 201,950 | $ 185,500 | $ 239,318 | $ 199,500 | $ 826,268 |
| Billings of Prior period Change order Work | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 20,000 |
| Post-Petition Construction Revenues Billed or Accrued-Material Only | | | | | $ - |
| Less: Additions to Accounts Receivable | $ (544,940) | $ (449,734) | $ (472,954) | $ (448,926) | $ (1,916,554) (c) |
| Construction Collections | $ 533,921 | $ 533,921 | $ 547,327 | $ 495,446 | $ 2,110,615 |
| Rent from Action-Rental Equipment and Hanford Building | $ 26,000 | $ 26,000 | $ 26,000 | $ 26,000 | $ 104,000 |
| **Total Sources** | $ 559,921 | $ 559,921 | $ 573,327 | $ 521,446 | $ 2,214,615 |
| **Uses:** | | | | | |
| **Project Related Costs:** | | | | | |
| Direct Labor and related costs-Ongoing Projects-Private Metal Bld. | $ 81,027 | $ 72,909 | $ 83,250 | $ 76,242 | $ 313,428 |
| Direct Labor and related costs-Ongoing Projects-Private Structural | $ 71,069 | $ 43,746 | $ 19,636 | $ 33,750 | $ 168,201 |
| Direct Labor and related costs-Ongoing Projects-Union Structural | $ 131,268 | $ 120,575 | $ 155,557 | $ 129,675 | $ 537,074 |
| Total Direct Labor | $ 283,363 | $ 237,230 | $ 258,443 | $ 239,667 | $ 1,018,703 |
| Material Costs-Ongoing Projects | $ - | $ - | $ - | $ - | $ - |
| Fuel-Ongoing Projects | $ 21,598 | $ 17,789 | $ 18,718 | $ 17,757 | $ 75,862 |
| Equipment Rental-To Action-Ongoing Projects | $ 53,994 | $ 44,473 | $ 46,795 | $ 44,393 | $ 189,655 |
| Equipment Repairs | $ 5,399 | $ 4,447 | $ 4,680 | $ 4,439 | $ 18,966 |
| Sub Pay & Travel-Ongoing Travel | $ 10,799 | $ 8,895 | $ 9,359 | $ 8,879 | $ 37,931 |
| Hotel & Lodging-Ongoing Projects | $ 10,799 | $ 8,895 | $ 9,359 | $ 8,879 | $ 37,931 |
| Work Comp-Ongoing Projects | $ 26,997 | $ 22,237 | $ 23,398 | $ 22,196 | $ 94,828 |
| **Total Project Related Costs** | $ 412,949 | $ 343,966 | $ 370,752 | $ 346,209 | $ 1,473,876 |
| **Fixed Costs:** | | | | | |
| Equipment Leased | $ 355 | $ 355 | $ 355 | $ 355 | $ 1,420 |
| Rent Hanford | $ 3,734 | $ 3,734 | $ 3,734 | $ 3,734 | $ 14,936 |
| Insurance | $ 5,611 | $ 5,611 | $ 5,611 | $ 5,611 | $ 22,444 |
| Employee Certification | $ 100 | $ 100 | $ 100 | $ 100 | $ 400 |
| Building | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 12,000 |
| Outside Hauling | $ 836 | $ 836 | $ 836 | $ 836 | $ 3,344 |
| Automobile Expense | $ 5,500 | $ 5,500 | $ 5,500 | $ 5,500 | $ 22,000 |
| Office Supplies | $ 915 | $ 915 | $ 915 | $ 915 | $ 3,660 |
| Bank Service Charges | $ 29 | $ 29 | $ 29 | $ 29 | $ 116 |
| Dues and Subscriptions | $ 44 | $ 44 | $ 44 | $ 44 | $ 176 |
| Licenses and Permits | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 8,000 |
| Professional Fees-Legal | $ 15,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 60,000 |
| Professional Fees-Consulting | $ 7,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 16,000 |
| Professional Fees-Accounting | $ 7,186 | $ 2,000 | $ 2,000 | $ 2,000 | $ 13,186 |
| Repairs | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 4,000 |
| Telephone | $ - | $ - | $ - | $ - | $ - |
| Business Meals | $ 515 | $ 515 | $ 515 | $ 515 | $ 2,060 |
| Payroll-Salaried Employees | $ 42,000 | $ 42,000 | $ 42,000 | $ 42,000 | $ 168,000 |
| Payroll Taxes-Salaried Employees | $ 4,200 | $ 4,200 | $ 4,200 | $ 4,200 | $ 16,800 |
| Payroll and Taxes-Action Employees | $ 120,000 | $ 120,000 | $ 180,000 | $ 120,000 | $ 540,000 |
| Less: Payroll and Tax Reimbursement from Action | $ (120,000) | $ (120,000) | $ (180,000) | $ (120,000) | $ (540,000) |
| Small Tools and Equipment | $ 15,000 | $ 15,000 | $ 9,000 | $ 9,000 | $ 48,000 |
| Workers Comp catch up payments March and April 2011 | $ 57,000 | | | | $ 57,000 |
| U.S. Trustee Fees | | | $ 9,750 | | $ 9,750 |
| Adequate Protection Payments to Secured Creditors | $ 652 | $ 652 | $ 652 | $ 652 | $ 2,607 |
| **Total Uses** | $ 584,625 | $ 449,457 | $ 479,993 | $ 445,700 | $ 1,959,775 |
| **Net Cash Flow** | $ (24,704) | $ 110,464 | $ 93,335 | $ 75,746 | $ 254,840 |
| **Ending Cash Balance** | $ 565,296 | $ 675,759 | $ 769,094 | $ 844,840 | $ 844,840 |
| Amount to be held in reserve pending contract start-up (a) | | | | | $ 844,840 |
| Ending Cash Balance-After Reserve | | | | | $ - |

a) The Company has a significant backlog of pending projects which, when starting, require the funding of significant start up costs. Excess funds are reserved for this purpose.
b) Beginning cash balance adjusted to estimated ending April balance.
c) Additions to Collateral.

EXHIBIT "A"
6

Final Cash Collateral Budget-May-Aug 2011 r7.xls

Action Equipment Rentals and Iron Industries, Inc.
Adequate Protection Payments

| | Retained Equipment @ FMV | Adequate Protection Payment (a) | |
|---|---:|---:|---|
| GE Credit | $ 310,500 | $ 6,295.82 | Revised 4.8.11 |
| Colonial Leasing | $ 85,000 | $ 1,723.49 | Revised 4.8.11 |
| Bank of America | $ 206,000 | $ 4,177.00 | Revised 10.13.10 |
| Gehl | $ 328,000 | $ 6,650.66 | Revised 12.18.10 |
| Wells Fargo Equipment Finance, Inc. | $ 390,000 | $ 7,907.79 | Revised 12.28.10 |
| Wells Fargo Financial Capital Finance | $ 67,500 | $ 1,368.66 | |
| Peoples | $ 609,500 | $ 12,358.46 | Revised 10.12.10 |
| National City PNC | $ 154,000 | $ 3,122.56 | Revised 1.20.11 |
| Key Equipment | | | |
| FCC | $ 206,500 | $ 4,187.08 | Revised 12.18.10 |
| Daimler Chrysler | $ 180,000 | $ 3,649.75 | |
| Tennessee Commerce Bank | $ 25,000 | $ 506.91 | Revised 4.8.11 |
| Balboa | $ 35,000 | $ 709.67 | |
| Ford-Iron | $ 32,149 | $ 651.86 | Revised 4/13/11 |
| Ford-Action | $ 43,000 | $ 871.89 | Revised 4/13/11 |
| HCA | $ 73,000 | $ 1,480.18 | |
| Diversified | $ 61,000 | $ 1,236.86 | Revised 3/11 |
| Financial Pacific | | | |
| CNH | $ 97,850 | $ 1,984.05 | Revised 2.9.11 |
| Sacramento Leasing | $ 166,364 | $ 3,373.26 | Revision Pending 4.8.11 |
| Trinity | $ 122,500 | $ 2,483.86 | |
| Stearns Bank | $ 46,000 | $ 932.71 | |
| DLL | $ 12,000 | $ 243.32 | |
| Leaf Financial | $ 64,400 | $ 1,305.80 | |
| WestAmerica | $ 59,000 | $ 1,196.31 | |
| Kraus-Anderson | $ 108,000 | $ 2,189.85 | |
| BB&T | $ 35,000 | $ 709.67 | |
| John Deere | $ 80,000 | $ 1,622.11 | |
| M&T Bank | $ 23,500 | $ 476.50 | |
| U.S. Bank | $ 34,000 | $ 689.40 | |
| Irwin | $ 8,000 | $ 162.21 | |
| | $ 3,662,763 | $ 74,267.69 | |

(a) Monthly payment calculated based on the fully amortized payment at 8% for 5 years.

Exhibit "B"
Page 7