FILED
July 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003662401

4

1 HAGOP T. BEDOYAN, CSB NO. 131285
CHRISTIAN JINKERSON, CSB NO. 232143
2 KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
3 5260 N. Palm Avenue, Suite 201
Fresno, California 93704
4 Telephone: (559) 438-4374
Facsimile: (559) 432-1847
5 Email: hbedoyan@kleinlaw.com; ijinkerson@klienlaw.com

6 Attorneys for Debtors in Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| In re: | Case No. 10-61192-A-11 |
| IRON INDUSTRIES, INC., | Jointly Administered with<br>Case No. 10-61196-A-11 |
| Debtor-In-Possession. | Chapter 11 |
| | DC No. KDG-55 |
| In re: | Date: August 17, 2011<br>Time: 1:30 p.m. |
| ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP, | Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California |
| Debtor-In-Possession. | Judge: Honorable Whitney Rimel |

**DECLARATION OF ROBERT MOFFITT IN SUPPORT OF FOURTH MOTION BY DEBTORS FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND PAYMENT OF ADEQUATE PROTECTION**

I, Robert Moffitt, hereby declare and represent as follows:

1.   I am the Chief Financial Officer of Iron Industries, Inc. ("Iron Industries"), and a general partner of Action Equipment Rentals, a general partnership ("Action Equipment") (collectively "Debtors").

2.   I make this declaration in support of Iron Industries and Action Equipment's

///

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

*Fourth Motion by Debtors for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection.*

3. Debtors filed Voluntary Petitions Under Chapter 11 of the Code on September 28, 2010 ("Petition Date"). Iron is a California corporation specializing in metal building erection and is owned by two shareholders, Charles Emanuel and me. Action is a California general partnership formed in late 2005 by Ron Silveira, Charles Emanuel, Scott McCoy, and me. Action is one of Central California's largest independently owned rental companies, and rents and sells a full line of quality, well-maintained equipment, from hand tools to heavy equipment.

4. Debtors filed a *Motion For Order Directing Joint Administration of Chapter 11 Cases Filed by Iron Industries, Inc., and Action Equipment Rentals, A General Partnership* on October 14, 2010. The Court granted the motion and entered an order directing joint administration of the cases on November 7, 2010.

5. Debtors require the use of cash collateral, consisting of bank deposits on hand and business receivables ("Cash Collateral"), to operate their businesses and pay. Debtors have no other source of income at this time and, without the continued use of the Cash Collateral, could not continue to operate. Thus, the use of the Cash Collateral is critical to Debtors' continued operations while they reorganize and propose a Plan of Reorganization.

6. Debtors have authority to use Cash Collateral through August 30, 2011 pursuant to a *Final Order Authorizing Use of Cash Collateral* entered on May 24, 2011 ("Final Order"). Numerous creditors assert a perfected security interest in the Cash Collateral as described in the *Motion by Debtors for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* filed October 1, 2010 as KDG-1 ("the First Cash Collateral Motion"), and the exhibits and other documents filed in support of the First Cash Collateral Motion.

7. Debtors have been working with their creditors since the Petition Date to return and/or surrender non-essential equipment in an effort to reduce the expense associated with maintaining the equipment and the cost of creditors having to file motions seeking relief from the automatic stay. The final order authorizing use of cash collateral entered relating to the

First Cash Collateral Motion provided that relief from stay is granted to all secured creditors and/or lessors whose collateral is described as "Non-Keepers" in the schedule attached to the *Exhibits in Support of Fourth Motion by Debtors for Order Authorizing Use of Cash Collateral and Payment of Adequate Protection* ("Exhibits") as Exhibit "A".

8. Debtors offer the Secured Creditors several forms of adequate protection. First, Action and Iron have allocated funds in their budget to make adequate protection payments to Secured Creditors on a monthly basis in the amount of $73,152.48 pending the formulation of a Plan of Reorganization as described in the Exhibit's as Exhibit "B". The adequate protection payments are calculated based on the market value of the equipment to be retained or the current balance owed to the creditor, whichever is lower, with interest accruing at the rate of 8% per annum, and fully amortized over 5 years.

9. Second, Action and Iron offer the Secured Creditors replacement liens on personal property to the same extent and priority of their respective pre-petition liens, without conceding the attachment, validity or extent of any such liens.

10. Debtors seek to use Cash Collateral consistent with the budgets attached to the Exhibits as Exhibit "C" ("the Budgets"). The Budgets include, the period from September 1, 2011 through December 31, 2011, and contain separate and combined budgets for Iron and Action.

11. Debtors anticipate their combined income will total approximately $5,125,801.00 for the period including September 1, 2011 through December 31, 2011. Debtors seek to use about $4,751,518.00 during this period to meet its expenses over that period—which includes adequate protection payments to Secured Creditors of $295,652.00.

12. The beginning cash balance used for the September through December in the Budget reflects the ending August 2011 balance in the current cash collateral budget approved by the Court pursuant to the Final Order, adjusted for the actual balance on hand as of July 1, 2011.

13. It should be noted, that Action and Iron have made adequate protection payments to secured creditors totaling approximately $742,677.00 from October 2010 through

July 2011, of which approximately $513,716.00 represents the equivalent of principal payments on secured obligations.

14. The expenses identified in the Budgets such as payroll and insurance, taxes, utilities, maintenance and repairs, and the proposed adequate protection payments listed are reasonable and critical to Debtors' operations. Debtors request that they be authorized to use Cash Collateral in the amounts noted in the Budgets, with a ten percent variance.

15. Action and Iron have filed a joint disclosure statement and joint plan of reorganization and are filing a modified joint disclosure statement and modified joint plan of reorganization on July 27, 2011.

16. The foregoing statements are within my personal knowledge and I can testify competently thereto if called as a witness.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 27, 2011

/s/ Robert Moffitt
ROBERT MOFFITT, CFO for Iron Industries, Inc. and general partner in Action Equipment Rentals

ORIGINAL

3524924.DOC

4