FILED
October 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003815099

2
Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditors/
WELLS FARGO EQUIPMENT FINANCE, INC.
and HITACHI CAPITAL AMERICA CORP.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>          Debtor-In-Possession.<br><br>In re<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>          Debtor-In-Possession. | Case No: 10-61192-A-11<br>  Jointly Administered with<br>Case No.: 10-61196-A-11<br><br>Chapter 11<br><br>DC No. KDG-45<br><br>**OBJECTION TO CONFIRMATION OF SECOND MODIFIED PLAN OF REORGANIZATION DATED SEPTEMBER 21, 2011 FILED BY DEBTORS**<br><br>Date: November 9, 2011<br>Time: 1:30 p.m.<br>Dept: 11<br>Place: 2500 Tulare Street, Dept. A, 5th Fl.<br>        Fresno, CA<br>Judge: Honorable Whitney Rimel |

      Secured Creditors WELLS FARGO EQUIPMENT FINANCE, INC. ("WELLS FARGO") and HITACHI CAPITAL AMERICA CORP. ("HITACHI") hereby object to the Second Modified Plan of Reorganization Dated September 21, 2011 Filed by Debtors upon the following grounds:

      1.    <u>WELLS FARGO</u>

      A.    Section 2.12 concerns WELLS FARGO's claims. The section correctly states that WELLS FARGO has a secured claim of $390,000.00 and a total claim of $683,555.48. The section goings on to state WELLS FARGO has a total unsecured claim of $280,844.33 ($177,424.34 +

///

$103,419.99). That amount is incorrect i.e. $683,555.48 minus $390,000.00 equals $293,555.48. Said section needs to be modified to reflect the correct deficiency balance.

    B.    Section 12.02 re No Cross Default needs to reflect the fact that sub-class 13a of WELLS FARGO's secured claim is an indebtedness owed to WELLS FARGO by both Debtor IRON and ACTION. Therefore, Class 13 and Section 12.02 must be modified to acknowledge the joint indebtedness and co-obligation of the Debtors to WELLS FARGO pertaining to sub-class 13a. WELLS FARGO requires that the Plan clearly state that if there is a default in payments to WELLS FARGO under sub-class 13a, that WELLS FARGO may seek reimbursement and recovery of the outstanding indebtedness from either IRON or ACTION.

    2.    <u>HITACHI</u>

    A.    Section 2.16 which refers to Class 17, HITACHI's claim, needs to be modified to breakdown who will be paying this secured indebtedness of $73,000.00 to HITACHI. Additionally, class 17 should be entitled: "Secured Claims of Hitachi Capital America against certain items of Iron's and Action's personal property".

Based upon the forgoing, WELLS FARGO and HITACHI hereby request that confirmation of the Debtor's Second Modified Joint Plan of Reorganization Dated September 21, 2011 be modified to reflect the above-objections or in the alternative confirmation of said plan be denied.

Dated: 10/5/11

Respectfully submitted,

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER

By:_____
Richard A. Solomon
Attorneys for Secured Creditors
WELLS FARGO EQUIPMENT FINANCE, INC. and
HITACHI CAPITAL AMERICA CORP.

H:\COMMON\RAS\Wells Fargo Equip Fin\Action Equipment - Iron Industries\Iron Industries, Inc\Pld\Obj to Conf of 2nd Mod Plan of Reorg