<1>2</1>

Richard A. Solomon
SOLOMON, GRINDLE, SILVERMAN
& WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500
Fax: (858) 793-8263

Attorneys for Secured Creditor
WELLS FARGO FINANCIAL LEASING

FILED
October 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003832724

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re<br><br>IRON INDUSTRIES, INC.<br><br>        Debtor-In-Possession.<br><hr>In re<br><br>ACTION EQUIPMENT RENTALS, A GENERAL PARTNERSHIP,<br><br>        Debtor-In-Possession. | Case No: 10-61192-A-11<br>  Jointly Administered with<br>  Case No.: 10-61196-A-11<br><br>Chapter 11<br><br>DC No. KDG-45<br><br>**OBJECTION TO CONFIRMATION OF SECOND MODIFIED PLAN OF REORGANIZATION DATED SEPTEMBER 21, 2011 FILED BY DEBTORS**<br><br>Date: November 9, 2011<br>Time: 1:30 p.m.<br>Dept: 11<br>Place: 2500 Tulare Street, Dept. A, 5th Fl.<br>      Fresno, CA<br>Judge: Honorable Whitney Rimel |

Secured Creditor WELLS FARGO FINANCIAL LEASING ("WFFL") hereby objects to the Second Modified Plan of Reorganization Dated September 21, 2011, filed by Debtors upon the following grounds:

1. <u>CLASS 14: CLAIM 14c:</u>

Debtor's Plan in describing WFFL Claim 14c states that Debtors will surrender collateral. Representative of WFFL have been in contact Debtors' representative Scott McCoy. Mr. McCoy has informed WFFL that it now wishes to obtain that collateral.

///

| | |
|---|---|
| 1 | WFFL requests that Debtors' Plan be modified to reflect the fact that Debtors will be retaining the collateral covered by WFFL's Claim 14c; and that said collateral has a fair market value of $27,500.00. Therefore, WFFL's secured claim will now be $95,000.00 and the deficiency balance will be $49,027.95. |

WFFL requests that Debtors' Plan be modified to reflect the fact that Debtors will be retaining the collateral covered by WFFL's Claim 14c; and that said collateral has a fair market value of $27,500.00. Therefore, WFFL's secured claim will now be $95,000.00 and the deficiency balance will be $49,027.95.

Based upon the forgoing, the plan payments to WFFl need to be increased to included Claim 14c and catchup payments need to be paid by Debtors to WFFL from October 2010.

Dated: 10/13/11

Respectfully submitted,

SOLOMON, GRINDLE, SILVERMAN & WINTRINGER

By:_____
Richard A. Solomon
Attorneys for Secured Creditors
WELLS FARGO FINANCIAL LEASING

H:\CLIENTS\9088 - Wells Fargo Bank\0013 - Iron MountainAction Equipment\Pld\Obj to Conf of 2nd Mod Plan of Reorg